**SJRMC**

St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC) 000540526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 3/18/2013 |
| Discharge Date: | 3/18/2013 |
| Account Number: | 010352871-3077 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

---

## *Face Sheet*

---

**\*\*\* Clinical Documentation Content on Following Page \*\*\***

**\* Auth (Verified) \***

## SAINT ✠ JOSEPH
### Regional Medical Center
125 Years of Faith Based Healthcare in Michiana

**SJRMC**
5215 HOLY CROSS PARK
MISHAWAKA, IN  46545

Patient Type: EM EM EMERGENCY ROOM

Reg Ini: KCR

Print Date: 03/18/2013  Time: 18:21

| Patient Acct.# / FIN: | Financial Class: | Admit Date/Time: | Location/Room/Bed: | MR#: |
|---|---|---|---|---|
| 010352871-3077 | ST SELF PAY TRAD | 03/18/2013 18:21 | ERM ED-SJRMC          – | 000540526 |

| Patient Name/Addr/Phone: | Age: 27Y | Nearest Relative: | Emergency Contact: |
|---|---|---|---|
| HUFFMAN, JEREMY SCOTT | Sex: M | | |
| 125 DAVID ST | DOB: 08/06/1985 | Hm#: | Hm#: |
| | SS#: XXX-XX-2648 | Wk#: | Wk#: |
| SOUTH BEND, IN  46637-3411 | | Ext: | Ext: |
| Hm#: 574-575-7454  Alt#: | Mar Status: S | Rel: | Rel: |

Race: W WHITE  Ethnicity: NHO NOT HISPAN/LAT
Language: ENG ENGLISH
Rlg: CATHOLIC
Congregation: NONE
Pt Employer/Addr/Phone:
UNEMPLOYED                          UNEM

000-000-0000  Ext: 000000  Status: NOT EMPLOYED

| Guarantor Name/Addr/Phone: | DOB: 08/06/1985 |
|---|---|
| HUFFMAN, JEREMY SCOTT | CPI#: 010352871 |
| 125 DAVID ST | SS#: XXX-XX-2648 |
| SOUTH BEND, IN  46637-3411 | Status: |
| Hm#:  574-575-7454 | NOT EMPLOYED |
| Rel: SELF | |
| Guar Employer/Addr: | |
| UNEMPLOYED | Ph#: 000-000-0000 |
| | Ext: 000000 |

Acc Type:     NON-ACCIDENT
Acc State:      Acc Place:
Acc Date/Time:
Nature:
Police Notified By:
Brought In By:    NO AMBULANCE
Information Given By:

| Physicians: | ID:    Phone: |
|---|---|
| Atn: PHYSICIAN, EMERGENCY | 066661 000-000-0000 |
| Adm: | |
| Pcp: PHYSICIAN, NO PCP | 099992 000-000-0000 |
| Ref: | |

Adm/Reg Type:    EMERGENCY
Adm/Reg Source:  NON HEALTH CARE FAC
Referring Inst:
Mode of Arrival:    WALKED
Chief Complaint:
PAIN AND SWELLING IN LEFT ARM
Admitting Dx:

HIPAA/ACK Consent/Date:              Obj:
MSP:          Bypass:    Pt Class:    Rest:

| Insurance #1: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:          Rel: | Ph#:          Ext: |

| Insurance #2: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:          Rel: | Ph#:          Ext: |

| Insurance #3: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:          Rel: | Ph#:          Ext: |

| Insurance #4: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:          Rel: | Ph#:          Ext: |

Comments:
CPI:
Visit:
INS:
Critical Alert 1:
Critical Alert 2:
Critical Alert 3:
DOWNTIME #:
Prior Adm:
Prior Reg: 08/02/2011

CHART: _____ ANALYZED _____ ABSTRACTED _____

MEDICAL RECORD
CERNER
BARCODE
LABEL

Disposition:

Date:____ / ____ /20 _____
Time:____ : ____ am/pm

Form 8 9150

HRS: 000540326

Pat Acct.8/FIN:010352871-3077

QUICK REGISTRATION        ERTR    Printer: PMED By: KCR

* Auth (Verified) *

Regional Medical Center
125 Years of Faith-Based Healthcare in Michiana

**SJRMC**
5215 HOLY CROSS PARK
MISHAWAKA, IN 46545

Reg Ini: RCA

Patient Type: EM EM EMERGENCY ROOM   Print Date: 03/18/2013  Time: 18:52

| Patient Acct.# / FIN: | Financial Class: | Admit Date/Time: | Location/Room/Bed: | MR#: |
|---|---|---|---|---|
| 010352871-3077 | ST SELF PAY TRAD | 03/18/2013 18:21 | ERM ED-SJRMC       – | 000540526 |

| Patient Name/Addr/Phone: | Age: 27Y | Nearest Relative: | Emergency Contact: |
|---|---|---|---|
| HUFFMAN, JEREMY SCOTT<br>125 DAVID ST<br><br>SOUTH BEND, IN 46637-3411<br>Hm#:574-575-7454  Alt#:<br>Race:W WHITE<br>Language: ENG ENGLISH<br>Rlg: CATHOLIC<br>Congregation: NONE<br>Pt Employer/Addr/Phone:<br>UNEMPLOYED                  UNEM<br><br>000-000-0000  Ext: 000000  Status: NOT EMPLOYED | Sex: M<br>DOB: 08/06/1985<br>SS#: XXX-XX-2648<br><br>Mar Status: S<br>Ethnicity:NHO NOT HISPAN/LAT | Hm#:<br>Wk#:<br>Ext:<br>Rel: | Hm#:<br>Wk#:<br>Ext:<br>Rel: |

| Guarantor Name/Addr/Phone: | DOB: 08/06/1985 |
|---|---|
| HUFFMAN, JEREMY SCOTT<br>125 DAVID ST<br><br>SOUTH BEND, IN 46637-3411<br>Hm#: 574-575-7454<br>Rel: SELF<br>Guar Employer/Addr:<br>UNEMPLOYED | CPI#: 010352871<br>SS#: XXX-XX-2648<br><br>Status:<br>NOT EMPLOYED<br><br>Ph#: 000-000-0000<br>Ext: 000000 |

| Acc Type: | NON-ACCIDENT |
|---|---|
| Acc State: | Acc Place: |
| Acc Date/Time: | |
| Nature: | |
| Police Notified By: | |
| Brought In By: | NO AMBULANCE |
| Information Given By: | |

| Physicians: | ID: | Phone: |
|---|---|---|
| Atn: ANNIS, CHRISTY | 005215 | 574-335-1110 |
| Adm: | | |
| Pcp: PHYSICIAN, NO PCP | 099992 | 000-000-0000 |
| Ref: ANNIS, CHRISTY | 005215 | 574-335-1110 |

HIPAA/ACK Consent/Date: Y 03/18/2013 Obj:

MSP:          Bypass:       Pt Class: PS  Rest:

| Adm/Reg Type: | EMERGENCY |
|---|---|
| Adm/Reg Source: | NON HEALTH CARE FAC |
| Referring Inst: | |
| Mode of Arrival: | WALKED |
| Chief Complaint: | |
| PAIN AND SWELLING IN LEFT ARM | |
| Admitting Dx: | |

| Insurance #1: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:              Rel: | Ph#:         Ext: |

| Insurance #2: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:              Rel: | Ph#:         Ext: |

| Insurance #3: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:              Rel: | Ph#:         Ext: |

| Insurance #4: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:              Rel: | Ph#:         Ext: |

| Comments: | CHART: _____  ANALYZED _____  ABSTRACTED _____ |
|---|---|
| CPI: | |
| Visit:ER VISIT | |
| INS: | **MEDICAL RECORD** |
| Critical Alert 1: | **CERNER** |
| Critical Alert 2: | **BARCODE** |
| Critical Alert 3: | **LABEL** |
| DOWNTIME #: | |

| Disposition: | |
|---|---|
| Prior Adm:<br>Prior Reg: 08/02/2011 | Date:____ /____ /20 ____<br>Time:____ : ____ am/pm |

Form # 9150

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
|---|---|
| MRN: | (RMC)-000540526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 3/18/2013 |
| Discharge Date: | 3/18/2013 |
| Account Number: | 010352871-3077 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

---

### *ED Physician Note*

---

DOCUMENT NAME:
ELECTRONICALLY SIGNED BY:

ED Physician Notes
Annis MD,Christy (3/29/2013 13:31 EDT); (3/25/2013 10:01 EDT)

**Emergency Department Report**
```
PATIENT NAME:      HUFFMAN, JEREMY
ACCOUNT#:          103528713077
MED REC#:          540526
PT LOCATION:       ERM
DATE:              03/18/2013
AUTHOR:            Mark Lester PA
ADMIT DATE:        03/18/2013
DISCHARGE DATE:    03/18/2013
DOB:               08/06/1985
```

ATTENDING PHYSICIAN:
Christy Annis, MD

CHIEF COMPLAINT:
Left arm pain and swelling.

HISTORY OF PRESENT ILLNESS:
This pleasant 27-year-old male presents to the Emergency Department today with a chief complaint of left arm pain and swelling. Symptoms have been present for the last month now. The patient stated that he started with a palpation of a bump on the posterior aspect of his left arm just proximal from the elbow. The patient has a history of a humerus fracture, which required surgical fixation with plates and screws. The surgery was performed by Dr. Jeff Yergler some 5 years ago. The patient states that he was concerned with this feeling of a "bump" was one of the screws loosening. He states since then, the area has become more notably swollen and followed by a redness of the skin. He states he has lost range of motion of the elbow because of the swelling and has been somewhat painful. He states he has been splinting it. He has been working through it, he is a carpet layer. He cannot afford to take time off. He denies any fevers or chills, no fatigue, no nasal congestion or cough. No chest pain or dyspnea. No abdominal pain, nausea, vomiting, diarrhea or constipation. Has not had any rash. No headache, no dizziness.

The patient was seen at the urgent care facility approximately a week ago. X-ray was performed then, which showed no significant injury. The patient was started on Naprosyn. He believes that his arm was infected knee and he shows up today for a second opinion.

PAST MEDICAL HISTORY, SURGICAL HISTORY, SOCIAL HISTORY:
Please see supplemental Emergency Department form.

ALLERGIES:
No known drug allergies.

HOME MEDICATIONS:

Printed Date/Time:   2/20/2019 12:32 EST
Report Request ID:   228396125

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC) 600030526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 3/18/2013 |
| Discharge Date: | 3/18/2013 |
| Account Number: | 010352871-3077 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

### *ED Physician Note*

Naproxen as noted above.

REVIEW OF SYSTEMS:
Positive for extremity pain and swelling.  Remainder of 8-system review is negative.

PHYSICAL EXAMINATION:
GENERAL:  The patient is awake, alert and oriented x4 and in no acute distress while at rest.
VITAL SIGNS:  Blood pressure 155/106, pulse of 76, respirations 16, temp of 98.8 degrees Fahrenheit, oxygen saturation 100% on room air.  Followup blood pressure 126/72.
HEENT:  Normocephalic, atraumatic, EOMI, PERRLA. Mucous membranes are moist.
CARDIAC:  Regular rate and rhythm, S1, S2, no murmurs, gallops or rubs.
PULMONARY:  Clear to auscultation bilaterally without wheezes, rales or rhonchi.
ABDOMEN:  Soft, nontender, positive bowel sounds.  No organomegaly.
EXTREMITIES:  The patient has noted swelling to the distal aspect of his left humeral area.  The skin is notably taut.  There is erythema of the overlying tissues.  There is no area of induration or fluctuance palpable.  It is warm to the touch as compared to the right upper extremity.  He has noted a decrease of range of motion to approximately 30 to 40 degrees flexion of the left elbow.  There is no erythema or swelling to the distal tissues.  He has full grip strength to both hands bilaterally, full range of motion of the wrists bilaterally.  There is no tracking of the erythema from the affected area.
NEUROLOGICALLY:  The patient is awake, alert, oriented x4 without focal neuro deficits.

LABORATORIES:
Sodium 138, potassium 3.4, chloride is 103, CO2 is 29, BUN is 13, serum creatinine 0.71, serum glucose 82, calcium 9.2.  Lactic acid of 0.6.  White blood cell count 10.08, hemoglobin 14.3, hematocrit 43.1, platelets 325.  C-reactive protein is 29.9.  Sedimentation rate is 40.  Blood cultures x2 are currently pending.

RADIOLOGICAL EXAMINATION:
X-ray of the left humerus and elbow notes no loosening of orthopaedic hardware.

Ultrasound of the left upper extremity negative for DVT.  There is no evidence of fluid collection, just evidence of soft tissue swelling.

EMERGENCY ROOM COURSE:
The patient was seen and examined by myself and independently by Dr. Christy Annis. History and physical examination as noted above.  With some concern of infection overlying the tissues of the previous orthopedic repair, labs were drawn.  X-ray was performed. Ultrasound was performed as well.  All as noted above.  The patient presents with what appears to be a noted cellulitis of the tissues overlying the area with related swelling. No evidence of area of induration or fluctuance to be IandD'd.  The patient was given a liter of normal saline as well as 1 g of ceftriaxone here in the Emergency Department.  No leukocytosis noted.  There is a mild elevation of sedimentation rate as well as C-reactive protein.  He will be sent home on prescriptions for Keflex and Bactrim as well as Ultram for pain control.  He already has a followup appointment with Dr. Akre on 03/28/2013.  He is also given the contact information for the on-call family practice physician for reexamination in 1 week.  He is to return here with any worsening or

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC)-000540526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 3/18/2013 |
| Discharge Date: | 3/18/2013 |
| Account Number: | 010352871-3077 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

---

### *ED Physician Note*

concerning symptoms.  He agrees and verbalizes understanding with the current plan.


DISCHARGE CONDITION:
Stable.

DISCHARGE DIAGNOSIS:
Cellulitis of the left upper extremity.



eScription document: 2280098

D:      03/20/2013
T:      03/20/2013
Doct#: 1555373/2280098 ML/jm
MT:     133/247


CC:

---

DOCUMENT NAME:                              ED Physician Notes
ELECTRONICALLY SIGNED BY:                   Annis MD,Christy (3/19/2013 01:07 EDT)

**Supv Note*ED**

Patient: **HUFFMAN, JEREMY SCOTT**        **MRN: (RMC)-000540526**        **FIN: 010352871-3077**
Age: **27 years**   Sex: **Male**   DOB: **8/6/1985**
Associated Diagnoses:   **None**
Author:  **Annis MD, Christy**

### Basic Information
**Additional information:** Chief Complaint from Nursing Triage Note : Chief Complaint-Triage.
    3/18/2013 18:25 EDT      Chief Complaint-Triage    left arm/elbow pain swelling

### History of Present Illness
   27 y/o male c/o left elbow pain x 1 month, and intermittent swelling over the past 2 weeks, acutely worse
and accompanied by redness during the past 3 days. Pain is exacerbated by bending of the elbow. Pt performs
 strenous activity while at work, building boats. Denies trauma to the left elbow. No fevers. Pt has hardware in
the left elbow s/p surgery of the left elbow secondary to fracture 5 years ago.  Pt seen at an Urgent Care
Center PTA. Has an appointment with Ortho specialist on 03/28

### Health Status
**Allergies: .**
   <u>Allergic Reactions (Selected)</u>
      NKA

Printed Date/Time:   2/20/2019 12:32 EST
Report Request ID:   228396125

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC) 000340926 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 3/18/2013 |
| Discharge Date: | 3/18/2013 |
| Account Number: | 010352871-3077 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

---

### *ED Physician Note*

---

## Past Medical/ Family/ Social History
### Medical history: .
#### Resolved
Heat stroke (86678016):  Resolved.
Gunshot wound (94413013):  Resolved.
### Surgical history: .
Left upper arm (SNOMED CT 507687013).

## Physical Examination

### Vital Signs
Vital Signs/Measurements.

| 3/18/2013 18:25 EDT | | |
|---|---|---|
| Temperature | 98.8 Degrees F | NML |
| Pulse Rate | 76 BPM | NML |
| Respiratory Rate | 16 Br PM | NML |
| Pulse Oximetry | 100 % | NML |
| Oxygen Delivery | Room air | |
| **Systolic BP** | **155 mm Hg** | **HI** |
| **Diastolic BP** | **106 mm Hg** | **HI** |

**General:** Alert.
**Skin:** Warm, dry, pink.
**Musculoskeletal:** LUE: normal ROM at wrist and shoulder, Left shoulder ROM limited to 45 deg of flexion, full extension, swelling and tenderness proximally to elbow with erytehma and warmth over the dorsal part of the arm, no appreciable medial swelling or tenderness, no distal swelling, 2+ radial pulse.
**Psychiatric:** Cooperative, appropriate mood & affect.

## Medical Decision Making
### Results review:  Lab results : LAB.

| 3/18/2013 19:30 EDT | Blood Culture | Blood Cult | (Unauth) |
|---|---|---|---|
| 3/18/2013 19:25 EDT | Blood Culture | Blood Cult | (Unauth) |
| | Sodium Level | 138 mEq/L | |
| | **Potassium Level** | **3.4 mEq/L   LOW** | |
| | Chloride Level | 103 mEq/L | |
| | Carbon Dioxide Level | 29 mEq/L | |
| | Anion Gap | 9 | |
| | Glucose Level | 82 mg/dL | |
| | BUN | 13 mg/dL | |
| | Creatinine | 0.71 mg/dL | |
| | GFR Estimated Non African American | | 133.1 |
| mL/min/1.73 m2 | | | |
| | GFR Estimated African American | | 161.0 |
| mL/min/1.73 m2 | | | |
| | Calculated GFR | SEE NOTE | |

---

Printed Date/Time:    2/20/2019 12:32 EST
Report Request ID:    228396125

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMO) 000540526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 3/18/2013 |
| Discharge Date: | 3/18/2013 |
| Account Number: | 010352871-3077 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

---

### *ED Physician Note*

```
Calcium Total              9.2 mg/dL
Lactic Acid Level          0.6 mMol/L
C-Reactive Protein         29.91 mg/L   HI
WBC Count                  10.08 thou/mcL
Red Blood Cell Count       4.70 million/mcL
Hemoglobin                 14.3 gm/dL
Hematocrit                 43.1 %
MCV                        91.7 FL
MCH                        30.4 Picograms
MCHC                       33.2 gm/dL
RDW                        12.8 %
Platelet Count             325 thou/mcL
Neutrophil Absolute        6.88 thou/mcL
Lymphocyte Absolute        2.11 thou/mcL
Monocyte Absolute          0.93 thou/mcL
Eosinophil Absolute        0.13 thou/mcL
Basophil Absolute          0.03 thou/mcL
Neutrophil                 68.3 %
Lymphocyte                 20.9 %   LOW
Monocyte                   9.2 %
Eosinophil                 1.3 %
Basophil                   0.3 %
Sedimentation Rate         40 mm/hr   HI
```

**Notes:** Doppler US did now show DVT, XRs did not show osseous abnormalities, hardware in correct position. Labs are c/w inflammatory changes. Sxs most c/w cellulitis. Swelling and erythema is proximal to elbow joint and do not feel pt has septic elbow joint. Pt is stable for d/c on Keflex, Bactrim, and Utram. Will f/u with PCP for further tx. Given dose of abx in the ED..

## Addendum

### Teaching-Supervisory Addendum-Brief
I participated in the following activities of this patients care: the medical history, the physical exam, medical decision making.
I personally performed: supervision of the patient's care, the medical history, the physical exam, the medical decision making.
The case was discussed with: the physician assistant.
Evaluation and management service: I agree with the evaluation and management decisions made in this patient's care.
Results interpretation: I agree with the study interpretation in this patient's care.
Notes: I sa and evaluated the patient myself and discussed with Mark Lester, PA-C. I reviewed the PAs assessment and agree with the findings and the plan of care. I personally interacted with this patient. .

Documented by Dorota Stobierska acting as scribe for Dr. Annis

---

Printed Date/Time:    2/20/2019 12:32 EST
Report Request ID:    228396125

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC) 000340526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 3/18/2013 |
| Discharge Date: | 3/18/2013 |
| Account Number: | 010352871-3077 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

---

## *ED Physician Note*

I, Dr. Annis, have reviewed the chart documented by the scribe in its entirety for accuracy and agree with its content.

10:21PM
03/18/2013

Patient Name: HUFFMAN, JEREMY SCOTT
Date of Birth: 8/6/1985 12:00 EST
MRN: (MW)-001340271; (SB)-540526; (RMC)-000540526
FIN: 010352871-3077

* Auth (Verified) *

## Saint Joseph Regional Medical Center
### Emergency Department Supplemental Physician Record

HUFFMAN, JEREMY SCOTT                    EM

010352871-3077                          ADM: 03/18/2013
000540526          08/06/1985           27Y    M
06661 PHYSICIAN, EMERGENCY

Complete info not available due to: ☐ mental impairment ☐ intoxication ☐ urgency

| Neg | System | Strike Negatives    Circle Positives |
|-----|--------|--------------------------------------|
| ☐ | Constitutional | Fever  Sweats  Chills  Weight Loss  Fatigue |
| ☐ | Eyes | Visual changes  Pain  Discharge  Redness |
| ☐ | Mouth / ENT | Earache  Congestion  Toothache  Sore Throat |
| ☐ | Cardiovascular | Chest Pain  Orthopnea  Palpitations  DOE  PND |
| ☐ | Respiratory | Cough  Dyspnea  Wheezing  Sputum |
| ☐ | Gastrointestinal | Abdominal pain  GI bleed  N  N/D  Constipation |
| ☐ | Genitourinary | Dysuria  Urgency  Frequency  Menstrual Problems  Vaginal  Penile  Discharge  Bleeding |
| ☐ | Musculoskeletal | Extremity  Joint  Back  Neck  Pain  Swelling |
| ☐ | Integumentary | Rash  Growths  Itching  Breast Changes |
| ☐ | Neurologic | Headache  Weakness  Dizzy  LOC  Confusion  Problems with:  Motor  Sensory  Coordination  Speech |
| ☐ | Psychiatric | Mood changes  Depression  Anxiety  Hallucinations |
| ☐ | Endocrine | Temp Intolerance  Polydipsia  Polyuria |
| ☐ | Heme / Lymphatic | Bruising  Bleeding  Swollen Glands  Lumps |
| ☐ | Immune / Allergic | Hives  Itching  Frequent Infections  Seasonal Allergies |

### Social History

| | No | Yes | How Much? | Quit? |
|---|---|---|---|---|
| Smoke | ☐ | ☑ | 1pp | |
| 2nd Hand Smoke | ☐ | ☐ | | |
| Alcohol | ☑ | ☐ | | |
| Drugs | ☑ | ☐ | | |
| Shots UTD? | ☐ | ☐ | | |

| Lives | Marital Status | Activity |
|---|---|---|
| ☐ Locally | ☐ Married | ☐ Work |
| ☐ Alone | ☐ Single | ☐ Unemployed |
| ☐ With Family | ☐ Divorced | ☐ Daycare |
| ☐ Nursing home | ☐ Widowed | ☐ Homemaker |
| ☐ Partner | ☐ Separated | ☐ On disability |
| | | ☐ School |
| PCP: | | ☐ Retired |

(1) arm / Elbow pain
x 1 month

### Family History

| | No | Yes |
|---|---|---|
| CAD | ☐ | ☐ |
| Cancer | ☐ | ☐ |
| Diabetes | ☐ | ☐ |
| CVA | ☐ | ☐ |
| Other | ☐ | ☐ |

ALLERGIES:
☑ NKDA

| Past Medical History: ✓ positives | Surgery |
|---|---|
| ☐ No Significant Past Medical History | ☐ No Surgical History |
| ☐ Anemia | ☐ G___P___ | ☐ PTCA / Stent |
| ☐ Angina | ☐ GERD | ☐ Appendectomy |
| ☐ Anxiety | ☐ Glaucoma | ☐ Bariatric |
| ☐ Arthritis ☐ RA  ☐ Osteoarthritis | ☐ Hepatitis: ☐ A ☐ B ☐ C | ☐ Bowel resection |
| ☐ Asthma | ☐ Hypertension | ☐ CABG |
| ☐ A-Fib | ☐ Inflammatory Bowel Disease | ☐ Cholecystectomy |
| ☐ Bipolar disorder | ☐ Immunizations UTD | ☐ C-Section |
| ☐ CAD | ☐ Kidney Stones | ☐ Hernia repair |
| ☐ Cancer: | ☐ Migraines | ☐ Hysterectomy |
| | ☐ MI | ☐ Joint: |
| ☐ CHF | ☐ Otitis Media | |
| ☐ Chronic Pain: | ☐ Pancreatitis | ☐ Laminectomy |
| | ☐ Peptic Ulcer Disease | ☐ Lumpectomy |
| ☐ Congenital Disease | ☐ Pneumonia | ☐ Mastectomy |
| ☐ COPD | ☐ Premature birth | ☐ Pacemaker |
| ☐ CVA / TIA | ☐ Pulmonary Embolism | ☐ Tonsils / Adenoids |
| ☐ Dementia | ☐ Renal insufficiency | ☐ Thyroidectomy |
| ☐ Depression | ☐ STDs | ☐ Transplant: |
| ☐ Diabetes: ☐ I ☐ II | ☐ Sickle Cell | ☐ Tubal ligation |
| ☐ Dialysis ☐ Missed?  ☐ MWF  ☐ T Th S | ☐ Seizures | ☐ Vasectomy |
| ☐ Diverticular Dz | ☐ Thyroid Disease | ☐ V-P Shunt |
| ☐ DVT | ☐ UTIs | ☐ Vascular Bypass |
| ☐ Dyslipidemia | BSW | (R) Upper Arm |

Room #
31

Dictation #

### ED Attending Physician Attestations

| | | |
|---|---|---|
| ED physician first examination time: | ED physician disposition time: | |
| I supervised the care provided by the non-physician practitioner. | ☐ Yes | ☐ No |
| I saw and evaluated the patient and discussed management with the resident. | ☐ Yes | ☐ No |
| I reviewed the resident's assessment and agree with the findings and the plan of care. | | |
| I personally interacted with this patient. | ☐ Yes | ☐ No |
| ED Attending Physician critical care time independent of teaching & procedures exceeded: | ☐ 30 min | ☐ 75 min |
| Acute Initial Fracture Care provided | ☐ Yes | ☐ No |
| Physician splint examination after application—Neuro-vascular exam intact and splint in good position. | ☐ Yes | ☐ No |
| ECG interpretation dictated by physician | ☐ Yes | ☐ No |

| Mid-level provider / House Staff signature:  pac | Date: 3/18/13 | Time: 1845 |
|---|---|---|
| ED physician signature: | Date: 3/18/13 | Time: |

/kmt    (04/09/10)  6687

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC) 000540526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 3/18/2013 |
| Discharge Date: | 3/18/2013 |
| Account Number: | 010352871-3077 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

## *Diagnostic Radiology*

| Exam Name: | Accession Number: | Ordering Physician: | Exam Date/Time: |
|---|---|---|---|
| XR Elbow 3+ Views LT | XR-13-0150100 | | 3/18/2013 19:22 EDT |

**Reason For Exam:**
(XR Elbow 3+ Views LT) Swelling

**Report**
Patient Name: HUFFMAN, JEREMY
Account #: 103528713077
Med Rec #: 540526
Date: 03/18/2013
Ordering Physician: MARK LESTER
Date of Birth : 08/06/1985

LEFT ELBOW, FOUR VIEWS, 03/18/2013:

Findings:

There are 2 buttress plates transfixing the distal humerus. By clinical history, this is in the repair of a prior gunshot wound. There is a focal anterior angulation at the healed fracture apex. There is no residual fracture lucency and there are no bone destructive changes. The screws appear to be normally situated within the buttress plates with none of the screws apparently backed from its original position. There is dorsal soft tissue swelling, which by clinical history relates to soft tissue inflammatory change. There is no displacement of the distal humeral fat pads to suggest the presence of joint fluid within the elbow joint spaces.

IMPRESSION:

1. Healed distal humeral fracture with buttress plates in place.

2. No acute bone or joint space abnormality.

3. Nonspecific soft tissue swelling at the dorsal soft tissues of the distal upper arm consistent with inflammatory change per history.

NOTE: Examination results discussed with Mark Lester, PA, following the study.


eScription document: 2278636


D:    03/18/2013
T:    03/18/2013
Doct#: RV00180108836/2278636 MM/kh
MT:   165/402

CC:


Printed Date/Time:    2/20/2019 12:32 EST
Report Request ID:    228396125

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC) 000540526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 3/18/2013 |
| Discharge Date: | 3/18/2013 |
| Account Number: | 010352871-3077 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

---

## *Diagnostic Radiology*

| Exam Name: | Accession Number: | Ordering Physician: | Exam Date/Time: |
|---|---|---|---|
| XR Elbow 3+ Views LT | XR-13-0150100 | | 3/18/2013 19:22 EDT |

**Report**

********** *FINAL REPORT* **********

*Dictated By: McCrea MD, Michael S  03/18/2013 19:25*
*Assigned Physician: McCrea MD, Michael S*
*Reviewed and Electronically Signed By: McCrea MD, Michael S  03/18/2013 22:06*
*Transcribed by: AKH  03/18/2013 21:43*
*Technologist:  SEV,AO*

---

| Exam Name: | Accession Number: | Ordering Physician: | Exam Date/Time: |
|---|---|---|---|
| XR Humerus 2+ Views LT | XR-13-0150101 | | 3/18/2013 19:22 EDT |

**Reason For Exam:**
(XR Humerus 2+ Views LT) Swelling

**Report**
Patient Name: HUFFMAN, JEREMY
Account #: 103528713077
Med Rec #: 540526
Date: 03/18/2013
Ordering Physician: MARK LESTER
Date of Birth : 08/06/1985

LEFT HUMERUS, 03/18/2013:

Three views are compared to the prior study of 12/2007.

Findings:

Buttress plates are in place with interim healing of the comminuted fracture of the distal humerus.  There are no acute appearing fractures or bone destructive changes.  Periosteal new bone is identified near the buttress plates.  There is swelling of the soft tissues at the dorsal aspect of the distal upper arm, which by clinical history relates to inflammatory change.  The proximal humerus and glenohumeral joint as visualized are unremarkable.

eScription document: 2278642

D:   03/18/2013
T:   03/18/2013
Doct#: RV00180108841/2278642 MM/kh
MT:   165/402

CC:

Printed Date/Time:    2/20/2019 12:32 EST
Report Request ID:    228396125

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC) 000940526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 3/18/2013 |
| Discharge Date: | 3/18/2013 |
| Account Number: | 010352871-3077 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

---

## *Diagnostic Radiology*

**Exam Name:**
XR Humerus 2+ Views LT

**Accession Number:**
XR-13-0150101

**Ordering Physician:**

**Exam Date/Time:**
3/18/2013 19:22 EDT

**Report**

********** *FINAL REPORT* **********
*Dictated By: McCrea MD, Michael S  03/18/2013 19:31*
*Assigned Physician: McCrea MD, Michael S*
*Reviewed and Electronically Signed By: McCrea MD, Michael S  03/18/2013 22:06*
*Transcribed by:  AKH  03/18/2013 21:47*
*Technologist:  SEV,AO*

Printed Date/Time:     2/20/2019 12:32 EST
Report Request ID:     228396125

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC) 000540526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 3/18/2013 |
| Discharge Date: | 3/18/2013 |
| Account Number: | 010352871-3077 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

---

## *Noninvasive Vascular*

Exam Name:                    Accession Number:        Ordering Physician:          Exam Date/Time:
NV Duplex Ext Venous LT       NV-13-0005401                                         3/18/2013 19:54 EDT

**Reason For Exam:**
(NV Duplex Ext Venous LT) Swelling

**Report**
Patient Name: HUFFMAN, JEREMY
Account #: 103528713077
Med Rec #: 540526
Date: 03/18/2013
Ordering Physician: MARK LESTER
Date of Birth : 08/06/1985

GRADED COMPRESSION COLOR DOPPLER VENOUS SONOGRAM OF THE LEFT UPPER EXTREMITY, 03/18/2013:

Findings:

Antegrade blood flow is detected in the basilic, the cephalic, and the brachial as well as the axillary veins of the left upper
extremity.  These vessels are normally compressible.  There is normal color Doppler flow detected within the subclavian
and internal jugular veins on the left.

The dorsum of the arm was evaluated in the region of suspected cellulitis.  No fluid collections are identified that might
suggest the presence of a soft tissue abscess.

IMPRESSION:

1. No evidence of acute DVT.

2. No fluid collections identified on the dorsum of the upper arm to suggest the presence of abscess.

Note:  Phoned report to Mark Lester, PA, following the study.


eScription document: 2278674


D:    03/18/2013
T:    03/18/2013
Doct#: RV00180108846/2278674 MM/ds
MT:   164/132

CC:

********** *FINAL REPORT* **********
*Dictated By:  McCrea MD, Michael S  03/18/2013 20:14*
*Assigned Physician:  McCrea MD, Michael S*
*Reviewed and Electronically Signed By:  McCrea MD, Michael S  03/19/2013 06:52*
*Transcribed by:  DMS  03/18/2013 22:09*
*Technologist:  RML*

Printed Date/Time:    2/20/2019 12:32 EST
Report Request ID:    228396125

SJRMC

St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMG)000540526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 3/18/2013 |
| Discharge Date: | 3/18/2013 |
| Account Number: | 010352871-3077 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

---

## *Chemistry*

### *General Chemistry*

| Procedure | Result | Reference Range | Units | Collected Date/Time | Performed Date/Time |
|---|---|---|---|---|---|
| GFR Estimated Non African American | 133.1 | | mL/min/1.73 m2... | 3/18/2013 19:25 EDT | 3/18/2013 19:54 EDT |
| GFR Estimated African American | 161.0 | | mL/min/1.73 m2... | 3/18/2013 19:25 EDT | 3/18/2013 19:54 EDT |
| Lactate Level | 0.6 R1 | [0.4-2.0] | mMol/L | 3/18/2013 19:25 EDT | |
| Sodium Level | 138 R2 | [134-145] | mEq/L | 3/18/2013 19:25 EDT | |
| Potassium Level | 3.4 L R2 | [3.6-5.2] | mEq/L | 3/18/2013 19:25 EDT | |
| Chloride Level | 103 R2 | [96-108] | mEq/L | 3/18/2013 19:25 EDT | |
| Carbon Dioxide Level | 29 R2 | [21-29] | mEq/L | 3/18/2013 19:25 EDT | |
| Anion Gap | 9 R2 | [6-22] | | 3/18/2013 19:25 EDT | |
| Glucose Level | 82 R2 | [64-105] | mg/dL | 3/18/2013 19:25 EDT | |
| BUN | 13 R2 | [8-23] | mg/dL | 3/18/2013 19:25 EDT | |
| Creatinine | 0.71 R2 | [0.70-1.50] | mg/dL | 3/18/2013 19:25 EDT | |
| Calculated GFR | SEE NOTE R3 | | | 3/18/2013 19:25 EDT | |
| Calcium Total | 9.2 R2 | [8.2-10.4] | mg/dL | 3/18/2013 19:25 EDT | |

Result Comments
R1:     Lactate Level
        SBMF - SJRMC Lab, 611 Douglas Rd, Mishawaka, IN CLIA #15D0357411
        Significant lactic acidosis: Above 4.0 mEq/L
        Severe lactic acidosis: Above 7.0 mEq/L
R2:     Anion Gap, BUN, Calcium Total, Carbon Dioxide Level, Chloride Level, Creatinine, Glucose Level, Potassium
        Level, Sodium Level
        SBMF - SJRMC Lab, 611 Douglas Rd, Mishawaka, IN CLIA #15D0357411
R3:     Calculated GFR
        SBMF - SJRMC Lab, 611 Douglas Rd, Mishawaka, IN CLIA #15D0357411
        GFR > 60 mL/min/1.73 sqm
        Reference Range > 60 mL/min/1.73 sqm
        Estimated glomerular filtration rate (eGFR) is calculated
        based on IDMS-traceable serum creatinine methods and MDRD
        Study Equation.

Printed Date/Time:     2/20/2019 12:32 EST
Report Request ID:     228396125

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC) 000540626 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 3/18/2013 |
| Discharge Date: | 3/18/2013 |
| Account Number: | 010352871-3077 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

---

## *Chemistry*

### *Chemistry - Miscellaneous*

| Procedure | Result | Reference Range | Units | Collected Date/Time | Performed Date/Time |
|---|---|---|---|---|---|
| C-Reactive Protein | 29.91 H R2 | [0.00-10.00] | mg/L | 3/18/2013 19:25 EDT | |

Result Comments
R2:     C-Reactive Protein
         SBMF - SJRMC Lab, 611 Douglas Rd, Mishawaka, IN CLIA #15D0357411

Printed Date/Time:     2/20/2019 12:32 EST
Report Request ID:     228396125

**SJRMC**

St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC) 000546526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 3/18/2013 |
| Discharge Date: | 3/18/2013 |
| Account Number: | 010352871-3077 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

---

## *Hematology*

### *Differential*

| Procedure | Result | Reference Range | Units | Collected Date/Time | Performed Date/Time |
|---|---|---|---|---|---|
| Eosinophil Absolute | 0.13 R1 | [0.11-0.55] | thou/mcL | 3/18/2013 19:25 EDT | |
| Basophil Absolute | 0.03 R1 | [0.02-0.10] | thou/mcL | 3/18/2013 19:25 EDT | |

Result Comments
R1:   Basophil, Basophil Absolute, Eosinophil, Eosinophil Absolute, Lymphocyte, Lymphocyte Absolute, Monocyte, Monocyte Absolute, Neutrophil, Neutrophil Absolute
      SBMF - SJRMC Lab, 611 Douglas Rd, Mishawaka, IN CLIA #15D0357411

### *Hematology - Miscellaneous*

| Procedure | Result | Reference Range | Units | Collected Date/Time | Performed Date/Time |
|---|---|---|---|---|---|
| Sedimentation Rate | 40 H R1 | [0-15] | mm/hr | 3/18/2013 19:25 EDT | |

Result Comments
R1:   Sedimentation Rate
      SBMF - SJRMC Lab, 611 Douglas Rd, Mishawaka, IN CLIA #15D0357411

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC) 000540526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 3/18/2013 |
| Discharge Date: | 3/18/2013 |
| Account Number: | 010352871-3077 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

---

## *Hematology*

### *CBC*

| Procedure | Result | Reference Range | Units | Collected Date/Time | Performed Date/Time |
|---|---|---|---|---|---|
| WBC Count | 10.08 R1 | [4.00-11.00] | thou/mcL | 3/18/2013 19:25 EDT | |
| Red Blood Cell Count | 4.70 R1 | [3.90-5.90] | million/mcL | 3/18/2013 19:25 EDT | |
| Hemoglobin | 14.3 R1 | [13.0-17.3] | gm/dL | 3/18/2013 19:25 EDT | |
| Hematocrit | 43.1 R1 | [39.0-53.0] | % | 3/18/2013 19:25 EDT | |
| MCV | 91.7 R1 | [81.0-100.0] | FL | 3/18/2013 19:25 EDT | |
| MCH | 30.4 R1 | [27.0-34.0] | Picograms | 3/18/2013 19:25 EDT | |
| MCHC | 33.2 R1 | [30.0-36.0] | gm/dL | 3/18/2013 19:25 EDT | |
| RDW | 12.8 R1 | [12.2-15.2] | % | 3/18/2013 19:25 EDT | |
| Platelet Count | 325 R1 | [130-470] | thou/mcL | 3/18/2013 19:25 EDT | |

Result Comments
R1:    Hematocrit, Hemoglobin, MCH, MCHC, MCV, Platelet Count, RDW, Red Blood Cell Count, WBC Count
SBMF - SJRMC Lab, 611 Douglas Rd, Mishawaka, IN CLIA #15D0357411

### *Differential*

| Procedure | Result | Reference Range | Units | Collected Date/Time | Performed Date/Time |
|---|---|---|---|---|---|
| Neutrophil | 68.3 R1 | [37.0-77.0] | % | 3/18/2013 19:25 EDT | |
| Lymphocyte | 20.9 L R1 | [23.0-44.0] | % | 3/18/2013 19:25 EDT | |
| Monocyte | 9.2 R1 | [4.0-13.0] | % | 3/18/2013 19:25 EDT | |
| Eosinophil | 1.3 R1 | [1.0-6.0] | % | 3/18/2013 19:25 EDT | |
| Basophil | 0.3 R1 | [0.0-1.0] | % | 3/18/2013 19:25 EDT | |
| Neutrophil Absolute | 6.88 R1 | [1.67-8.47] | thou/mcL | 3/18/2013 19:25 EDT | |
| Lymphocyte Absolute | 2.11 R1 | [1.03-4.84] | thou/mcL | 3/18/2013 19:25 EDT | |
| Monocyte Absolute | 0.93 R1 | [0.27-0.98] | thou/mcL | 3/18/2013 19:25 EDT | |

Printed Date/Time:    2/20/2019 12:32 EST
Report Request ID:    228396125

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC) 000340526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 3/18/2013 |
| Discharge Date: | 3/18/2013 |
| Account Number: | 010352871-3077 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

---

## *Microbiology*

| Procedure | Result | Reference Range | Units | Collected Date/Time | Performed Date/Time |
|---|---|---|---|---|---|
| Blood Culture | See Below T1 | | | 3/18/2013 19:25 EDT | |
| Blood Culture | See Below T2 | | | 3/18/2013 19:30 EDT | |

Textual Results
T1:     3/18/2013 19:25 EDT (Blood Culture)


Collected: 03/18/13 1925

PROCEDURE: CULTURE - BLOOD
Accession:  13-077-08575

SOURCE:  BLOOD

******************** FINAL REPORT ********************
              03/24/13  1023  CL4270
NO GROWTH AT 5 DAYS

TEST/S PERFORMED AT:
SBMF Lab, 530 N Lafayette Blvd, South Bend, IN 46601 CLIA #15D0357169
03/18/13  1925  C BLOOD HV
T2:     3/18/2013 19:30 EDT (Blood Culture)


Collected: 03/18/13 1930

PROCEDURE: CULTURE - BLOOD
Accession:  13-077-08576

SOURCE:  BLOOD

******************** FINAL REPORT ********************
              03/24/13  1023  CL4270
NO GROWTH AT 5 DAYS

TEST/S PERFORMED AT:
SBMF Lab, 530 N Lafayette Blvd, South Bend, IN 46601 CLIA #15D0357169
03/18/13  1930  C BLOOD HV

Printed Date/Time:    2/20/2019 12:32 EST
Report Request ID:    228396125

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC) 000705824 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 8/29/2013 |
| Discharge Date: | 8/29/2013 |
| Account Number: | 010352871-3241 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

---

### *Face Sheet*

---

**\*\*\* Clinical Documentation Content on Following Page \*\*\***

Printed Date/Time:    2/20/2019 12:32 EST
Report Request ID:    228396124

* Auth (Verified) *

## SAINT JOSEPH
### Regional Medical Center
145 Years of Faith Based Healthcare in Michiana

**SJRMC**
5215 HOLY CROSS PARK
MISHAWAKA, IN  46545

Reg Ini: KLD

Patient Type: EM  EM EMERGENCY ROOM

Print Date: 08/29/2013  Time: 20:51

| Patient Acct.# / FIN: | Financial Class: | Admit Date/Time: | Location/Room/Bed: | | MR#: |
|---|---|---|---|---|---|
| 010352871-3241 | CM COMMERCIAL OTHER M/C | 08/29/2013 20:51 | ERM ED-SJRMC | - | 000540526 |

| Patient Name/Addr/Phone: | | Nearest Relative: | Emergency Contact: |
|---|---|---|---|
| HUFFMAN, JEREMY SCOTT | Age: 28Y | MOORE, ROXANNE | KURDYS, CASSY |
| 125 DAVID ST | Sex: M | Hm#: 574-234-2525 | Hm#: 574-300-9528 |
| | DOB: 08/06/1985 | Wk#: | Wk#: |
| SOUTH BEND, IN 46637-3411 | SS#: XXX-XX-2648 | Ext: | Ext: |
| Hm#: 574-575-7454   Alt#: | Mar Status: S | Rel: FRIEND | Rel: SIGNIFICANT OTH |

Race: W WHITE    Ethnicity: NHO NOT HISPAN/LAT
Language: ENG ENGLISH
Rlg: CATHOLIC
Congregation: NONE
Pt Employer/Addr/Phone:
NAUTIC GLOBAL GROUP      ENOF
4500 MIDDLEBERRY ST
ELKHART, IN
000-000-0000  Ext:      Status: FULL TIME

Guarantor Name/Addr/Phone:      DOB: 08/06/1985
HUFFMAN, JEREMY SCOTT      CPI#: 010352871
125 DAVID ST      SS#: XXX-XX-2648

SOUTH BEND, IN 46637-3411
Hm#: 574-575-7454      Status:
Rel: SELF      FULL TIME
Guar Employer/Addr:
NAUTIC GLOBAL GROUP      Ph#: 000-000-0000
4500 MIDDLEBERRY ST      Ext:
ELKHART, IN

Acc Type:      NON-ACCIDENT
Acc State:      Acc Place:
Acc Date/Time:
Nature:
Police Notified By:
Brought In By:      NO AMBULANCE
Information Given By:

Physicians:      ID:      Phone:
Atn: PHYSICIAN, EMERGENCY   066661 000-000-0000
Adm:
Pcp: PHYSICIAN, NO PCP   099992 000-000-0000
Ref:

Adm/Reg Type:      EMERGENCY
Adm/Reg Source:      NON HEALTH CARE FAC
Referring Inst:
Mode of Arrival:      WALKED
Chief Complaint:
L ARM SWELLING
Admitting Dx:

HIPAA/ACK Consent/Date: Y 03/18/2013  Obj:
MSP:      Bypass:   Pt Class:   Rest:
Info Release Indicator:   -

| Insurance #1: 231  UHC PPO PAR | Ins Name: HUFFMAN, JEREMY SCOTT      08/06/1985 |
|---|---|
| Cont#:14340429 | Grp#: 76410766 |
| Grp Name: NAUTIC GLOBAL GROUP INC | Eff Dates: 03/01/2013    03/31/2014 |
| Auth#:      Rel: SELF | Ph#:877-842-3210  Ext: |
| P.O. BOX 30555      SALT LAKE CITY | UT841300555 |

| Insurance #2: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:      Rel: | Ph#:      Ext: |

| Insurance #3: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:      Rel: | Ph#:      Ext: |

| Insurance #4: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:      Rel: | Ph#:      Ext: |

Comments:
CPI:
Visit:
INS:
Critical Alert 1:
Critical Alert 2:
Critical Alert 3:
DOWNTIME #:

CHART: _____  ANALYZED _____  ABSTRACTED _____

MEDICAL RECORD
CERNER
BARCODE
LABEL

Disposition:
Date: ____ / ____ /20 _____
Time: ____ : ____ am/pm

Prior Adm:
Prior Reg: 03/18/2013

Form 8 9180

HR#: 000540526

Pat Acct.8/FIN:010352871-3241

QUICK REGISTRATION      ERTR      Printer: PMED By: KLD

Patient Name: HUFFMAN, JEREMY SCOTT
Date of Birth: 8/6/1985 12:00 EST

MRN: (MW)-001340271; (SB)-540526; (RMC)-000540526
FIN: 010352871-3241

USDC IN/ND case 3:19-cv-00169-JD-MGG   document 1-1   filed 03/11/19   page 22 of 133
* Auth (Verified) *

Regional Medical Center
125 Years of Faith Based Healthcare in Michiana

**SJRMC**
5215 HOLY CROSS PARK
MISHAWAKA, IN  46545

Reg Ini: DWL

Patient Type: EM EM EMERGENCY ROOM      Print Date: 08/29/2013 Time: 22:16

| Patient Acct.# / FIN: | Financial Class: | Admit Date/Time: | Location/Room/Bed: | MR#: |
|---|---|---|---|---|
| 010352871-3241 | ST SELF PAY TRAD | 08/29/2013 20:51 | ERM ED-SJRMC    – | 000540526 |

| Patient Name/Addr/Phone: | | Nearest Relative: | Emergency Contact: |
|---|---|---|---|
| HUFFMAN, JEREMY SCOTT | Age:  28Y | MOORE, ROXANNE | KURDYS, CASSY |
| 125 DAVID ST | Sex: M | Hm#: 574-234-2525 | Hm#: 574-300-9528 |
| | DOB:  08/06/1985 | Wk#: | Wk#: |
| SOUTH BEND, IN  46637-3411 | SS#:  XXX-XX-2648 | Ext: | Ext: |
| Hm#:574-575-7454  Alt#: | | Rel:  FRIEND | Rel:  SIGNIFICANT OTH |
| Race:W WHITE    Ethnicity:NHO NOT HISPAN/LAT | | Guarantor Name/Addr/Phone: | DOB:  08/06/1985 |
| Language: ENG  ENGLISH | | HUFFMAN, JEREMY SCOTT | CPI#:  010352871 |
| Rlg: CATHOLIC | | 125 DAVID ST | SS#:  XXX-XX-2648 |
| Congregation: NONE | | | |
| Pt Employer/Addr/Phone: | | SOUTH BEND, IN  46637-3411 | Status: |
| NAUTIC GLOBAL GROUP        ENOF | | Hm#:  574-575-7454 | FULL TIME |
| 4500 MIDDLEBERRY ST | | Rel:   SELF | |
| ELKHART, IN | | Guar Employer/Addr: | |
| 000-000-0000   Ext:        Status: FULL TIME | | NAUTIC GLOBAL GROUP | Ph#: 000-000-0000 |

| Acc Type: | NON-ACCIDENT | 4500 MIDDLEBERRY ST | Ext: |
|---|---|---|---|
| Acc State: | Acc Place: | ELKHART, IN | |
| Acc Date/Time: | | Physicians: | ID:    Phone: |
| Nature: | | Atn:  ANNIS, CHRISTY | 005215 574-335-1110 |
| Police Notified By: | | Adm: | |
| Brought In By: | NO AMBULANCE | Pcp: PHYSICIAN, NO PCP | 099992 000-000-0000 |
| Information Given By: | | Ref: ANNIS, CHRISTY | 005215 574-335-1110 |

| Adm/Reg Type: | EMERGENCY | HIPAA/ACK Consent/Date: Y 03/18/2013  Obj: |
|---|---|---|
| Adm/Reg Source: | NON HEALTH CARE FAC | MSP:     Bypass:     Pt Class: PS   Rest: |
| Referring Inst: | | Info Release Indicator:    - |
| Mode of Arrival: | WALKED | |
| Chief Complaint: | | |
| L ARM SWELLING | | |
| Admitting Dx: | | |

| Insurance #1: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:              Rel: | Ph#:              Ext: |

| Insurance #2: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:              Rel: | Ph#:              Ext: |

| Insurance #3: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:              Rel: | Ph#:              Ext: |

| Insurance #4: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:              Rel: | Ph#:              Ext: |

| Comments: | | CHART: _____  ANALYZED _____  ABSTRACTED _____ |
|---|---|---|
| CPI: | | |
| Visit: | | |
| INS: | | |
| Critical Alert 1: | | MEDICAL RECORD |
| Critical Alert 2: | | CERNER |
| Critical Alert 3: | | BARCODE |
| DOWNTIME #: | | LABEL |

| Prior Adm: | Disposition: |
|---|---|
| Prior Reg:  03/18/2013 | Date:____ /_____ /20 _____ |
| | Time:____ : ____ am/pm |

Form # 9130

MR#: 000540526

Pat Acct.#/FIN:010352871-3241

ERRG      Printer:EDB  By:DWL

Patient Name: HUFFMAN, JEREMY SCOTT
Date of Birth: 8/6/1985 12:00 EST

MRN: (MW)-001340271; (SB)-540526; (RMC)-000540526
FIN: 010352871-3241

USDC IN/ND case 3:19-cv-00169-JD-MGG   document 1-1   filed 03/11/19   page 23 of 133
* Auth (Verified) *

**Regional Medical Center**
125 Years of Faith Based Healthcare in Michiana

**SJRMC**
5215 HOLY CROSS PARK
MISHAWAKA, IN 46545

Reg Ini: KLD

Patient Type: EM  EM EMERGENCY ROOM         Print Date: 08/29/2013  Time: 20:51

| Patient Acct.# / FIN: | Financial Class: | Admit Date/Time: | Location/Room/Bed: | MR#: |
|---|---|---|---|---|
| 010352871-3241 | CM COMMERCIAL OTHER M/C | 08/29/2013 20:51 | ERM ED-SJRMC      – | 000540526 |

| Patient Name/Addr/Phone: | Nearest Relative: | Emergency Contact: |
|---|---|---|
| HUFFMAN, JEREMY SCOTT<br>125 DAVID ST<br><br>SOUTH BEND, IN 46637-3411<br>Hm#:574-575-7454  Alt#:<br>Race: W WHITE<br>Language: ENG ENGLISH<br>Rlg: CATHOLIC<br>Congregation: NONE<br>Pt Employer/Addr/Phone:<br>NAUTIC GLOBAL GROUP         ENOF<br>4500 MIDDLEBERRY ST<br>ELKHART, IN<br>000-000-0000  Ext:     Status: FULL TIME | Age:  28Y<br>Sex: M<br>DOB:  08/06/1985<br>SS#:  XXX-XX-2648<br><br>Mar Status: S<br>Ethnicity: NHO NOT HISPAN/LAT | MOORE, ROXANNE<br>Hm#: 574-234-2525<br>Wk#:<br>Ext:<br>Rel: FRIEND | KURDYS, CASSY<br>Hm#: 574-300-9528<br>Wk#:<br>Ext:<br>Rel: SIGNIFICANT OTH |

| | Guarantor Name/Addr/Phone: | |
|---|---|---|
| | HUFFMAN, JEREMY SCOTT<br>125 DAVID ST<br><br>SOUTH BEND, IN 46637-3411<br>Hm#: 574-575-7454<br>Rel: SELF<br>Guar Employer/Addr:<br>NAUTIC GLOBAL GROUP<br>4500 MIDDLEBERRY ST<br>ELKHART, IN | DOB:  08/06/1985<br>CPI#:  010352871<br>SS#:   XXX-XX-2648<br>Status:<br>   FULL TIME<br>Ph#: 000-000-0000<br>Ext: |

| Acc Type: | NON-ACCIDENT |
|---|---|
| Acc State:  Acc Place: | |
| Acc Date/Time: | |
| Nature: | |
| Police Notified By: | |
| Brought In By: | NO AMBULANCE |
| Information Given By: | |
| Adm/Reg Type: | EMERGENCY |
| Adm/Reg Source: | NON HEALTH CARE FAC |
| Referring Inst: | |
| Mode of Arrival: | WALKED |
| Chief Complaint: | |
| L ARM SWELLING | |
| Admitting Dx: | |

| Physicians: | ID: | Phone: |
|---|---|---|
| Atn: PHYSICIAN, EMERGENCY | 066661 | 000-000-0000 |
| Adm: | | |
| Pcp: PHYSICIAN, NO PCP | 099992 | 000-000-0000 |
| Ref: | | |

HIPAA/ACK Consent/Date: Y 03/18/2013  Obj:

| MSP: | Bypass: | Pt Class: | Rest: |
|---|---|---|---|

Info Release Indicator:  -

| Insurance #1: 231  UHC PPO PAR | Ins Name: HUFFMAN, JEREMY SCOTT          08/06/1985 |
|---|---|
| Cont#:14340429<br>Grp Name: NAUTIC GLOBAL GROUP INC<br>Auth#:                    Rel: SELF<br>P.O. BOX 30555       SALT LAKE CITY | Grp#: 76410766<br>Eff Dates: 03/01/2013   03/31/2014<br>        Ph#:877-842-3210  Ext:<br>UT841300555 |

| Insurance #2: | Ins Name: |
|---|---|
| Cont#:<br>Grp Name:<br>Auth#:                    Rel: | Grp#:<br>Eff Dates:<br>        Ph#:           Ext: |

| Insurance #3: | Ins Name: |
|---|---|
| Cont#:<br>Grp Name:<br>Auth#:                    Rel: | Grp#:<br>Eff Dates:<br>        Ph#:           Ext: |

| Insurance #4: | Ins Name: |
|---|---|
| Cont#:<br>Grp Name:<br>Auth#:                    Rel: | Grp#:<br>Eff Dates:<br>        Ph#:           Ext: |

| Comments: | CHART:_____  ANALYZED_____  ABSTRACTED_____ |
|---|---|
| CPI:<br>Visit:<br>INS:<br>Critical Alert 1:<br>Critical Alert 2:<br>Critical Alert 3:<br>DOWNTIME #: | |

Disposition:

Date:____ /____ /20
Time:____ :____  am/pm

**MEDICAL RECORD
CERNER
BARCODE
LABEL**

Prior Adm:
Prior Reg: 03/18/2013

Form # 9150

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-


A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN | (RMC)-000540526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 8/29/2013 |
| Discharge Date: | 8/29/2013 |
| Account Number: | 010352871-3241 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

---

## *ED Physician Note*

DOCUMENT NAME:                                    ED Physician Notes
ELECTRONICALLY SIGNED BY:              Annis MD,Christy (9/10/2013 03:37 EDT)

**LUE pain *ED**

Patient: **HUFFMAN, JEREMY SCOTT**        **MRN: (RMC)-000540526**        **FIN: 010352871-3241**
Age: **28 years**   Sex: **Male**   DOB: **8/6/1985**
Associated Diagnoses:  **None**
Author:  **Annis MD, Christy**

### Basic Information
**Time seen:** Date & time 08/29/2013 22:32:00.
**History source:** Patient.
**Arrival mode:** Private vehicle.
**History limitation:** None.
**Additional information:** Chief Complaint from Nursing Triage Note : Chief Complaint-Triage.
    8/29/2013 21:11 EDT     Chief Complaint-Triage    pain/swelling arm

### History of Present Illness
   A 28 y/o male presents in the ED with LUE pain and swelling.  Associated shoulder pain and decreased ROM of left elbow. No fever, chills, N/V, numbness, or tingling have been present. He denies any recent trauma. The pt was seen for the sam sxs last March, after which he didn't follow-up with ortho. He feels as though the abx prescribed at that time helped. The pt is right-hand dominant.

### Review of Systems
   **Constitutional symptoms:** No fever, no chills.
   **Cardiovascular symptoms:**  Chest pain.
   **Gastrointestinal symptoms:**  No nausea, no vomiting.
   **Musculoskeletal symptoms:**  Reports: Left, upper arm, shoulder, pain, swelling, decreased range of motion.
   **Neurologic symptoms:**  No numbness, no tingling.

### Health Status
   **Allergies:** .
      Allergic Reactions (Selected)
         NKA
   **Medications:** Medication in ED summary reviewed..

### Past Medical/ Family/ Social History

   **Medical history**
      Reviewed as documented in chart.
   **Surgical history:** Reviewed as documented in chart.
   **Family history:** Reviewed as documented in chart.

Printed Date/Time:    2/20/2019 12:32 EST
Report Request ID:    228396124

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC) 000040626 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 8/29/2013 |
| Discharge Date: | 8/29/2013 |
| Account Number: | 010352871-3241 |
| Patient Type: | Emergency |
| Attending: | Annis MD ,Christy |

---

### *ED Physician Note*

---

**Social history:** Reviewed as documented in chart, Alcohol use: Denies, Tobacco use: Denies.

## Physical Examination

### Vital Signs
Vital Signs/Measurements.

| 8/29/2013 21:11 EDT | | |
|---|---|---|
| Temperature | 97.8 Degrees F | NML |
| Pulse Rate | 66 BPM | NML |
| **Respiratory Rate** | **20 Br PM** | **HI** |
| Pulse Oximetry | 98 % | NML |
| Systolic BP | 125 mm Hg | NML |
| Diastolic BP | 79 mm Hg | NML |

**General:** Alert, no acute distress.
**Skin:** multiple tattoos.
**Head:** Normocephalic, atraumatic.
**Ears, nose, mouth and throat:** Oral mucosa moist.
**Cardiovascular:** Arterial pulses: Left, radial (and brachial), normal.
**Respiratory:** Respirations are non-labored.
**Musculoskeletal:** Nml ROM of the left shoulder, elbow, and wrist, superior to left elbow at distal humerus there is mild swelling, faint erythema, and warmth laterally in a 5cm x 4 cm area , Proximal upper extremity: Left, arm, swelling, warmth
, no erythema.
**Neurological:** No focal neurological deficit observed, normal sensory observed.
**Psychiatric:** Cooperative, appropriate mood & affect.

## Medical Decision Making
**Documents reviewed:** Emergency department nurses' notes.
**Notes:** I saw this pt i March, 2013 for the same sxs. At this timea duplex US, labs, and XR were done. Since there has been no new trauma and the pt presents with the same sxs, and at that time there was no DVT, repeat sudies will not be repeated. He will be discharged home with Bactrim and Naproxen. .

## Reexamination/ Reevaluation
Time: 08/29/2013 22:36:00 .
Notes: I explained that the pt is at risk for recurrent infections due to his hx. He will be placed on abd. He request Naproxen for his pain. He will also be prescribe Bactrim..

## Impression and Plan
### Diagnosis
Cellulitis (ICD9 682.9, Discharge, Medical)

### Calls-Consults
### Plan
**Condition:** Stable.

| | |
|---|---|
| Printed Date/Time: | 2/20/2019 12:32 EST |
| Report Request ID: | 228396124 |

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

Patient Name: **HUFFMAN, JEREMY SCOTT**
MRN: (RMC) 000540526
Date of Birth: 8/6/1985
Admit Date: 8/29/2013
Discharge Date: 8/29/2013
Account Number: 010352871-3241
Patient Type: Emergency
Attending: Annis MD ,Christy

---

| *ED Physician Note* |
|---|

**Disposition:** Medically cleared, Discharged: Time 08/29/2013 23:01:00, to home.

**Prescriptions: Rx-08/29/13-sulfamethoxazole-trimethoprim(Bactrim DS 800 mg-160 mg oral tablet)** 1 Tab, By Mouth,  Twice a day, x 7  Day(s)  14,,  Tab(s)

**Rx-08/29/13-cephalexin(cephalexin hydrochloride 500 mg oral tablet)** 500  mg = 1 Tab,  By Mouth,  4 Times/Day, x 7  Day(s)  28,,  Tab(s)

**Rx-08/29/13-naproxen(naproxen 500 mg oral tablet)** 500  mg = 1 Tab,  By Mouth,  Twice a day, PRN  30,, Tab(s).

**Patient was given the following educational materials:** Cellulitis.

**Follow up with:** Return to Emergency Department Within Follow-up as needed for worsening redness, swelling, high fever or for new concerns.

**Counseled:** Patient, Regarding diagnosis, Regarding treatment plan, Regarding prescription, Patient indicated understanding of instructions.

Documented by Wesley Kendle acting as scribe for Dr. Annis.

I, Dr.Annis, have reviewed the chart documented by the scribe in its entirety for accuracy and agree with its content.

8/29/2013
2306

Printed Date/Time:    2/20/2019 12:32 EST
Report Request ID:    228396124

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC) 000340624 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 1/1/2016 |
| Discharge Date: | 1/1/2016 |
| Account Number: | 010352871-6001 |
| Patient Type: | Emergency |
| Attending: | Eder MD ,Stephen C |

## *Face Sheet*

**\*\*\* Clinical Documentation Content on Following Page \*\*\***

Patient Name: HUFFMAN, JEREMY SCOTT
MRN: (MW)-001340271; (SB)-540526; (RMC)-000540526
Date of Birth: 8/6/1985 12:00 EST
FIN: 010352871-6001

USDC IN/ND case 3:19-cv-00169-JD-MGG   document 1-1   filed 03/11/19   page 28 of 133

* Auth (Verified) *

**SAINT ✠ JOSEPH**
Regional Medical Center
125 Years of Faith-Based Healthcare in Michiana

**SJRMC**
5215 HOLY CROSS PARK
MISHAWAKA, IN 46545

Patient Type: EM EM EMERGENCY ROOM

Reg Ini: DLK
Print Date: 01/01/2016 Time: 18:49

| Patient Acct.# / FIN: | Financial Class: | Admit Date/Time: | Location/Room/Bed: | MR#: |
|---|---|---|---|---|
| 010352871-6001 | ST SELF PAY TRAD | 01/01/2016 18:49 | ERM ED-SJRMC | 000540526 |

| Patient Name/Addr/Phone: | | Age: 30Y | Nearest Relative: | Emergency Contact: |
|---|---|---|---|---|
| HUFFMAN, JEREMY SCOTT | | Sex: M | Hm#: | Hm#: |
| 4815 BELLEVILLE CIR | DOB: 08/06/1985 | Wk#: | Wk#: |
| APT 3 | SS#: XXX-XX-2648 | Ext: | Ext: |
| SOUTH BEND, IN 46619-9243 | | Rel: | Rel: |
| Hm#: 574-520-0161 Alt#: | Mar Status: S | | |

Race: W WHITE          Ethnicity: NHO NOT HISPAN/LAT
Language: ENG ENGLISH
Rlg: CATHOLIC
Congregation: NONE
Pt Employer/Addr/Phone:
UNEMPLOYED                    UNEM

000-000-0000  Ext:        Status: NOT EMPLOYED

| Guarantor Name/Addr/Phone: | DOB: 08/06/1985 |
|---|---|
| HUFFMAN, JEREMY SCOTT | |
| 4815 BELLEVILLE CIR | CPI# 010352871 |
| APT 3 | SS# XXX-XX-2648 |
| SOUTH BEND, IN 46619-9243 | |
| Hm#: 574-520-0161 | Status: |
| Rel: SELF | NOT EMPLOYED |
| Guar Employer/Addr: | |
| UNEMPLOYED | Ph#: 000-000-0000 |
| | Ext: |

Acc Type:        NON-ACCIDENT
Acc State:   Acc Place:
Acc Date/Time:
Nature:
Police Notified By:
Brought In By:    NO AMBULANCE
Information Given By:

Adm/Reg Type:    EMERGENCY
Adm/Reg Source:  NON HEALTH CARE FAC
Referring Inst:
Mode of Arrival:  WALKED
Chief Complaint:
LEFT ELBOW PAIN
Admitting Dx:

| Physicians: | ID: | Phone: |
|---|---|---|
| Atn: PHYSICIAN, EMERGENCY | 066661 | 000-000-0000 |
| Adm: | | |
| Pcp: PHYSICIAN, NO PCP | 099992 | 000-000-0000 |
| Ref: | | |

HIPAA/ACK Consent/Date:                    Obj:
MSP:        Bypass:    Pt Class:    Rest:
Info Release Indicator:   -

| Insurance #1: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:        Rel: | Ph#:        Ext: |



| Insurance #2: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:        Rel: | Ph#:        Ext: |

| Insurance #3: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:        Rel: | Ph#:        Ext: |

| Insurance #4: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:        Rel: | Ph#:        Ext: |



Comments:
CPI:
Visit:
INS:
Critical Alert 1:
Critical Alert 2:
Critical Alert 3:
DOWNTIME #:

Prior Adm:
Prior Reg: 08/29/2013

CHART: _____ ANALYZED _____ ABSTRACTED

Disposition:

Date: ___/___/20___
Time: ___:___ am/pm

MEDICAL RECORD
CERNER
BARCODE
LABEL

Form 2 9150

MRR: 000540526

Pat Acct.#/FIN: 010352871-6001

QUICK REGISTRATION        ERTR    Printer: PMED By: DLK

Patient Name: HUFFMAN, JEREMY SCOTT
Date of Birth: 8/6/1985 12:00 EST

MRN: (MW)-001340271; (SB)-540526; (RMC)-000540526
FIN: 010352871-6001

USDC IN/ND case 3:19-cv-00169-JD-MGG   document 1-1   filed 03/11/19   page 29 of 133

* Auth (Verified) *

**Regional Medical Center**
125 Years of Faith Based Healthcare in Michiana

**SJRMC**
5215 HOLY CROSS PARK
MISHAWAKA, IN  46545

Reg Ini: DLK

Patient Type: EM  EM  EMERGENCY ROOM    Print Date: 01/01/2016  Time: 18:49

| Patient Acct.# / FIN: | Financial Class: | Admit Date/Time: | Location/Room/Bed: | | MR#: |
|---|---|---|---|---|---|
| 010352871-6001 | ST SELF PAY TRAD | 01/01/2016 18:49 | ERM ED-SJRMC | - | 000540526 |

| Patient Name/Addr/Phone: | | Age: 30Y | Nearest Relative: | Emergency Contact: |
|---|---|---|---|---|
| HUFFMAN, JEREMY SCOTT | | Sex: M | | |
| 4815 BELLEVILLE CIR | DOB: 08/06/1985 | Hm#: | Hm#: |
| APT 3 | SS#: XXX-XX-2648 | Wk#: | Wk#: |
| SOUTH BEND, IN  46619-9243 | | Ext: | Ext: |
| Hm#:574-520-0161  Alt#: | | Rel: | Rel: |
| Race:W WHITE | Ethnicity:NHO NOT HISPAN/LAT | | |

Language: ENG  ENGLISH
Rlg: CATHOLIC
Congregation: NONE
Pt Employer/Addr/Phone:
UNEMPLOYED                         UNEM

000-000-0000   Ext:         Status: NOT EMPLOYED

| Guarantor Name/Addr/Phone: | DOB: 08/06/1985 |
|---|---|
| HUFFMAN, JEREMY SCOTT | CPI#: 010352871 |
| 4815 BELLEVILLE CIR | SS#: XXX-XX-2648 |
| APT 3 | |
| SOUTH BEND, IN  46619-9243 | |
| Hm#: 574-520-0161 | Status: |
| Rel: _SELF | NOT EMPLOYED |
| Guar Employer/Addr: | |
| UNEMPLOYED | Ph#: 000-000-0000 |
| | Ext: |

Acc Type:        NON-ACCIDENT
Acc State:      Acc Place:
Acc Date/Time:
Nature:
Police Notified By:
Brought In By:    NO AMBULANCE
Information Given By:

| Physicians: | ID: | Phone: |
|---|---|---|
| Atn: PHYSICIAN, EMERGENCY | 066661 | 000-000-0000 |
| Adm: | | |
| Pcp: PHYSICIAN, NO PCP | 099992 | 000-000-0000 |
| Ref: | | |

Adm/Reg Type:      EMERGENCY
Adm/Reg Source:    NON HEALTH CARE FAC
Referring Inst:
Mode of Arrival:   WALKED
Chief Complaint:
LEFT ELBOW PAIN
Admitting Dx:

| HIPAA/ACK Consent/Date: | | Obj: |
|---|---|---|
| MSP: | Bypass: | Pt Class: | Rest: |
| Info Release Indicator:  - | | |

| Insurance #1: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:          Rel: | Ph#:          Ext: |

| Insurance #2: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:          Rel: | Ph#:          Ext: |

| Insurance #3: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:          Rel: | Ph#:          Ext: |

| Insurance #4: | Ins Name: |
|---|---|
| Cont#: | Grp#: |
| Grp Name: | Eff Dates: |
| Auth#:          Rel: | Ph#:          Ext: |

Comments:
CPI:
Visit:
INS:
Critical Alert 1:
Critical Alert 2:
Critical Alert 3:
DOWNTIME #:

CHART:_____  ANALYZED_____  ABSTRACTED_____

MEDICAL RECORD
CERNER
BARCODE
LABEL

Disposition:

Prior Adm:
Prior Reg: 08/29/2013

Date:____/____/20____
Time:____:____ am/pm

Form # 9150

MR#: 000540526

Pat Acct.#/FIN:010352871-6001

QUICK REGISTRATION          ERTR        Printer: PMED By: DLK

### Regional Medical Center
125 Years of Faith Based Healthcare in Mishawaka

**SJRMC**
5215 HOLY CROSS PARK
MISHAWAKA, IN 46545

Reg Ini: JAW

Patient Type: EM EM EMERGENCY ROOM    Print Date: 01/01/2016   Time: 19:33

| Patient Acct.# / FIN: | Financial Class: | Admit Date/Time: | Location/Room/Bed: | | MR#: |
|---|---|---|---|---|---|
| 010352871-6001 | ST SELF PAY TRAD | 01/01/2016 18:49 | ERM ED-SJRMC | – | 000540526 |

| Patient Name/Addr/Phone: | | Age: 30Y | Nearest Relative: | Emergency Contact: |
|---|---|---|---|---|

Patient Name/Addr/Phone:
HUFFMAN, JEREMY SCOTT     Age: 30Y
811 BLUE JAY LN         Sex: M
              DOB: 08/06/1985
MISHAWAKA, IN 46545-1372   SS#: XXX-XX-2648
Hm#:574-520-0161   Alt#:       Mar Status: S
Race: W WHITE     Ethnicity: NHO NOT HISPAN/LAT
Language: ENG ENGLISH
Rlg: CATHOLIC
Congregation: NONE
Pt Employer/Addr/Phone:
UNEMPLOYED            UNEM

000-000-0000   Ext:        Status: NOT EMPLOYED

Nearest Relative:
MONJOW, NICKI
Hm#: 574-323-7803
Wk#:
Ext:
Rel: SIGNIFICANT OTH

Emergency Contact:
NONE, PER PT
Hm#: 000-000-0000
Wk#:
Ext:
Rel: NONE

Guarantor Name/Addr/Phone:       DOB: 08/06/1985
HUFFMAN, JEREMY SCOTT
811 BLUE JAY LN           CPI#: 010352871
                    SS#: XXX-XX-2648
MISHAWAKA, IN 46545-1372
Hm#: 574-520-0161       Status:
Rel: SELF            NOT EMPLOYED
Guar Employer/Addr:
UNEMPLOYED          Ph#: 000-000-0000
                           Ext:

Acc Type: NON-ACCIDENT
Acc State:     Acc Place:
Acc Date/Time:
Nature:
Police Notified By:
Brought In By: NO AMBULANCE
Information Given By:

Physicians:                ID:      Phone:
Atn: EDER, STEPHEN C       002247 574-335-1110
Adm:
Pcp: PHYSICIAN, NO PCP    099992 000-000-0000
Ref: EDER, STEPHEN C       002247 574-335-1110
HIPAA/ACK Consent/Date: Y 03/18/2013   Obj:

Adm/Reg Type: EMERGENCY
Adm/Reg Source: NON HEALTH CARE FAC
Referring Inst:
Mode of Arrival: WALKED
Chief Complaint:
LEFT ELBOW PAIN
Admitting Dx:

MSP:      Bypass:    Pt Class: PS   Rest:
Info Release Indicator: -

Insurance #1:
Cont#:
Grp Name:
Auth#:             Rel:

Ins Name:
Grp#:
Eff Dates:
      Ph#:           Ext:

Insurance #2:
Cont#:
Grp Name:
Auth#:             Rel:

Ins Name:
Grp#:
Eff Dates:
      Ph#:           Ext:

Insurance #3:
Cont#:
Grp Name:
Auth#:             Rel:

Ins Name:
Grp#:
Eff Dates:
      Ph#:           Ext:

Insurance #4:
Cont#:
Grp Name:
Auth#:             Rel:

Ins Name:
Grp#:
Eff Dates:
      Ph#:           Ext:

Comments:
CPI:
Visit:
INS:
Critical Alert 1:
Critical Alert 2:
Critical Alert 3:
DOWNTIME #:

CHART: _____ ANALYZED _____ ABSTRACTED _____

**MEDICAL RECORD
CERNER
BARCODE
LABEL**

Prior Adm:
Prior Reg: 08/29/2013

Disposition:

Date:____ / ____ /20
Time:____ : ____ am/pm

Form # 9150

MR#: 000540526         Pat Acct.#/FIN:010352871-6001

ERRG    Printer:    By: JAN

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC)-000540526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 1/1/2016 |
| Discharge Date: | 1/1/2016 |
| Account Number: | 010352871-6001 |
| Patient Type: | Emergency |
| Attending: | Eder MD ,Stephen C |

---

## *ED Physician Note*

DOCUMENT NAME:      ED Physician Notes
ELECTRONICALLY SIGNED BY:      Eder MD ,Stephen C (1/2/2016 04:31 EST)

**Elbow swelling and pain *ED**

Patient: **HUFFMAN, JEREMY SCOTT**      **MRN: (RMC)-000540526**      **FIN: 010352871-6001**
Age: **30 years**    Sex: **Male**    DOB: **8/6/1985**
Associated Diagnoses: **None**
Author: **Eder MD , Stephen C**

**Basic Information**
    **Time seen:** Date & time 01/01/2016 19:37:00.
    **History source:** Patient.
    **Arrival mode:** Walking.
    **History limitation:** None.
    **Additional information:** Chief Complaint from Nursing Triage Note : Chief Complaint-Triage
        1/1/2016 18:57 EST      Chief Complaint-Triage      swelling left elbow, pain - no known injury  .

**History of Present Illness**
    Male age 30 presents to the ED with left elbow swelling. This started 3 months ago and has been gradually worsening. He has also had gradually worsening pain, this has been waxing and waning. Pt denies any recent injury. He did suffer a gunshot wound to his left elbow about 10 years ago and had extensive reconstructive surgery done to place hardware. Denies any recent redness or fevers. He reports he has had similar episodes of swelling about once a year since then.
    The patient presents with left, arm pain, arm swelling.  The onset was 3 months ago.  The course/duration of symptoms is worsening.  Type of injury: GSW about 10 years ago, no recent injury.  The character of symptoms is pain and swelling.

**Review of Systems**
    **Constitutional symptoms:** No fever,
    **Respiratory symptoms:** No shortness of breath,
    **Cardiovascular symptoms:** No chest pain,
    **Gastrointestinal symptoms:** No abdominal pain, no vomiting, no diarrhea.
    **Musculoskeletal symptoms:** left elbow pain and swelling.

**Health Status**
    **Allergies:**
        Allergic Reactions (Selected)
            NKA.
    **Medications:** Medications in ED summary reviewed.

**Past Medical/ Family/ Social History**

    **Medical history**

Printed Date/Time:      2/20/2019 12:31 EST
Report Request ID:      228396123

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | RMC000840526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 1/1/2016 |
| Discharge Date: | 1/1/2016 |
| Account Number: | 010352871-6001 |
| Patient Type: | Emergency |
| Attending: | Eder MD ,Stephen C |

---

### *ED Physician Note*

---

**Past Medical History Problem List**
**Resolved**
Gunshot wound
Heat stroke

**Surgical history:**
Left upper arm (507687013)..
**Social history:** Alcohol use: Denies, Tobacco use: current everyday smoker, Drug use: Denies.

**Physical Examination**

**Vital Signs**
Vital Signs/Measurements
1/1/2016 18:57 EST

| | |
|---|---|
| Temperature | 98.3 Degrees F  NML |
| Pulse Rate | 97 BPM  NML |
| Respiratory Rate | 14 Br PM  NML |
| Pulse Oximetry | 100 %  NML |
| Oxygen Delivery | Room air |
| **Systolic BP** | **146 mm Hg  HI** |
| **Diastolic BP** | **100 mm Hg  HI** |

**General:** Alert.
**Skin:** Warm, dry.
**Head:** Normocephalic, atraumatic.
**Neck:** Supple.
**Eye:** Pupils equal and reactive.
**Ears, nose, mouth and throat:** Oral mucosa moist.
**Cardiovascular:** Well perfused.
**Respiratory:** Respirations are non-labored.
**Gastrointestinal:** Non distended.
**Musculoskeletal:** Normal ROM, left lateral superior elbow: egg sized area of swelling which is
    minimally tender to palpation, no overlying erythema, with possible fluctuance. pt able to flex
    and extend elbow without pain. NV intact. .
**Neurological:** Alert and oriented to person, place, time, and situation, No focal neurological deficit
    observed, normal speech observed.
**Psychiatric:** Cooperative, appropriate mood & affect.

**Medical Decision Making**
**Documents reviewed:** Emergency department nurses' notes.
**Radiology results:** X-ray, left elbow, reviewed radiologist's report, interpretation:  FINDINGS: Distal left
humeral hardware is again noted and is unchanged in appearance of lucencies along the medial

Printed Date/Time:     2/20/2019 12:31 EST
Report Request ID:     228396123

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RWC) 000340526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 1/1/2016 |
| Discharge Date: | 1/1/2016 |
| Account Number: | 010352871-6001 |
| Patient Type: | Emergency |
| Attending: | Eder MD ,Stephen C |

---

### *ED Physician Note*

aspect of the hardware. Findings consistent with old distal left humeral fracture are noted. There is no appreciable fat pad elevation at the left elbow. No definite soft tissue swelling is identified. The alignment is anatomic and there are no appreciable acute fractures or dislocations.

IMPRESSION:
Stable appearance of left distal humeral hardware. No acute left elbow fractures..

**Notes:** Patient is a 30-year-old male who presents to the emergency department with a complaint of left elbow swelling. The patient has intermittent swelling to his left lateral elbow just superior to the joint on an intermittent basis. He states this will be intermittently infected and swell more. Usually however when is infected he has overlying erythema which he does not have today. Despite this he comes in for evaluation. He does have a history of surgical repair of that elbow following a gunshot wound. On exam the patient is able to flex and extend his elbow without difficulty. The area fullness is approximately excised and there is mild fluctuance. After getting informed consent from the patient and discussing the possibility of introducing infection or causing bleeding the patient asked that the area be aspirated. Using sterile technique and attempt was made to aspirate the fullness with a 19-gauge needle and syringe. No aspirate returned. At this point is possible it is simply hematoma within his bursa. Because of increased pain and the possibility of an infection patient was put on antibiotics. He'll be asked to return to the emergency department symptoms worsen and he was given Dr. Rosie of orthopedics to follow up with if symptoms continued..


## Reexamination/ Reevaluation
Time: 01/01/2016 19:41:00 .
Notes: Discussed that I believe his symptoms are caused by bursitis and I am not concerned for an infection. Discussed risks and benefits of attempting to aspirating the fluid. Pt understands the risks and wishes to proceed. .
Time: 01/01/2016 20:18:00 .
Interventions: Order Profile (Selected)
    Prescriptions
      *Prescribed*
        Bactrim DS 800 mg-160 mg oral tablet: 1 Tab, PO, BID, for 10 Day(s), 20 Tab, 0 Refill(s)
        Keflex monohydrate 500 mg oral capsule: 1 Cap, PO, QID, for 10 Day(s), 40 Cap, 0 Refill(s).
Notes: Was unable to aspirate any fluid. Pt states when he has had this swelling in the past antibiotics have helped. While I do not believe he currently has an infection I will start him on antibiotics as I believe he will have a difficult time with prompt f/u. Pt is strongly encouraged to f/u with ortho. .


## Procedure
### Incision and drainage
    **Time:** 01/01/2016 20:07:00 .
    **Confirmed:** Patient, procedure, side, and site correct.
    **Consent:** Patient, Has signed consent.
    **Indication:** bursitis.
    **Pre procedure exam:** Circulation, motor, and sensory intact.
    **Procedural sedation:** None.

---

Printed Date/Time:   2/20/2019 12:31 EST
Report Request ID:   228396123

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
|---|---|
| MRN: | RMC-000640526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 1/1/2016 |
| Discharge Date: | 1/1/2016 |
| Account Number: | 010352871-6001 |
| Patient Type: | Emergency |
| Attending: | Eder MD ,Stephen C |

## *ED Physician Note*

**Description**
Upper extremity: left, elbow.
Anesthesia: 1 ml, 1% lidocaine.
Preparation: sterile field established.
Technique: 19 gauge needle used to decompress fluid collection.
Drainage: none.
**Post procedure exam:** Circulation, motor, sensory examination intact.
**Patient tolerated:** Well.
**Complications:** None.
**Performed by:** Self.

**Impression and Plan**
  **Diagnosis**
    Bursitis (ICD10-CM M71.9, Discharge, Medical)
    Hematoma, possible (ICD10-CM T14.8, Discharge, Medical)
  **Plan**
    **Condition:** Stable.
    **Disposition:** Discharged: Time  01/01/2016 20:20:00, to home.
        **Prescriptions:** Bactrim DS 800 mg-160 mg oral tablet: 1 Tab, PO, BID, for 10 Day(s), 20 Tab,
          0 Refill(s)
        Keflex monohydrate 500 mg oral capsule: 1 Cap, PO, QID, for 10 Day(s), 40 Cap, 0 Refill(s).

**Patient was given the following educational materials:** Hematoma, Olecranon Bursitis.
**Follow up with:** William Rozzi, Orthopaedic Surg Within Follow-up as needed Please followup with Dr.
Rozzi of Orthopedic Surgery for reevaluation.  Please return to the Emergency Department if symptoms
worsen..
**Counseled:** Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan,
Regarding prescription, Patient indicated understanding of instructions.

Documented by Allison Harper acting as scribe for Dr. Eder.

I, Dr. Eder, have reviewed the chart documented by the scribe in its entirety for accuracy and agree with its
content.

1/1/16. 2048.

**SJRMC**
St Joseph Regional Medical Center
Mishawaka, IN 46545-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **HUFFMAN, JEREMY SCOTT** |
| MRN: | (RMC) 000540526 |
| Date of Birth: | 8/6/1985 |
| Admit Date: | 1/1/2016 |
| Discharge Date: | 1/1/2016 |
| Account Number: | 010352871-6001 |
| Patient Type: | Emergency |
| Attending: | Eder MD ,Stephen C |

---

### *Diagnostic Radiology*

| Exam Name: | Accession Number: | Ordering Physician: | Exam Date/Time: |
|---|---|---|---|
| XR Elbow 3+ Views LT | XR-16-0001166 | Quiring MD ,Mark A | 1/1/2016 19:21 EST |

**Reason For Exam:**
(XR Elbow 3+ Views LT) Pain w Trauma

**Report**
Patient Name:JEREMY HUFFMAN
Date of Birth:08/06/1985
Account #:103528716001
Med Rec#:540526
Ordering Provider:MARK QUIRING
Study Date:01/01/2016 19:24

XR Elbow 3+ Views LT, 1/1/2016 7:10 PM

History: 30-year-old male, pain with trauma

Comparison: 3/18/2013

Technique: 4 views of the elbow.

FINDINGS: Distal left humeral hardware is again noted and is unchanged in appearance of lucencies along the medial aspect of the hardware. Findings consistent with old distal left humeral fracture are noted. There is no appreciable fat pad elevation at the left elbow. No definite soft tissue swelling is identified. The alignment is anatomic and there are no appreciable acute fractures or dislocations.

IMPRESSION:
Stable appearance of left distal humeral hardware. No acute left elbow fractures.


Dictated at:MACPRO

********** *FINAL REPORT* **********
*Dictated By:  McCrea MD , Jonathan M  01/01/2016 19:24*
*Assigned Physician: McCrea MD , Jonathan M*
*Reviewed and Electronically Signed By: McCrea MD , Jonathan M  01/01/2016 19:25*
*Transcribed by:  SCP  01/01/2016 19:24*
*Technologist:  LJF*

| | |
|---|---|
| Printed Date/Time: | 2/20/2019 12:31 EST |
| Report Request ID: | 228396123 |

Exhibit 2

#1   (03)

Exhibit 2

Copy

## Form #1

# ST. JOSEPH COUNTY JAIL INMATE GRIEVANCE

Grievance # CV-17-120

A grievance is a complaint related to a rule or procedure, complaint of oppression or objectionable by an employee in administering such rules. It can also be a complaint about another inmate. A personal dispute between inmates or inmates and staff is not considered a grievable matter.

INMATE NAME: Jeremy Hoffman Sr.   OCA# 11341   DATE 2-27-2017   OCA# 0411

Grievance filed against: Warden Julie Lawson

Description of complaint: [handwritten paragraph, largely illegible]

Inmate Signature: _Jeremy Hoffman Sr._

Officer receiving grievance: _____   P.E. # 1612   Date: 2-27-2017

Action Taken: _____   P.E. # _____   Date: _____

Action Taken: _____   P.E. # _____   Date: _____

Response to Inmate: [handwritten]

Staff member resolving grievance: _____   P.E. # _____   Date: _____

Copy to: Inmate, Grievance Chairman, Classification File, Jail Commander

Returned on 4/27/2017

## Form #2

#2

# ST. JOSEPH COUNTY JAIL INMATE GRIEVANCE

Grievance # 2nd CV-17-119

A grievance is a complaint related to a rule or procedure, complaint of oppression or objectionable by an employee in administering such rules. It can also be a complaint about another inmate. A personal dispute between inmates or inmates and staff is not considered a grievable matter.

INMATE NAME: Jeremy Hoffman Sr.   OCA# 11341   DATE 2-27-2017   OCA# 0411

Grievance filed against: Deputy Holden

Description of complaint: [handwritten paragraph, largely illegible]

Inmate Signature: _Jeremy Hoffman Sr._

Officer receiving grievance: _____   P.E. # 1612   Date: 2-27-2017

Action Taken: _____   P.E. # _____   Date: _____

Action Taken: _____   P.E. # _____   Date: _____

Response to Inmate: [handwritten]

Staff member resolving grievance: _____   P.E. # 1443   Date: 3-14-17

Copy to: Inmate, Grievance Chairman, Classification File, Jail Commander

Returned 4/28/2017

#3

## ST. JOSEPH COUNTY JAIL INMATE GRIEVANCE

Grievance # _____

A grievance is a complaint related to a rule or procedure, complaint of oppression or misconduct by an employee in administering such rules, it can also be a complaint about another inmate. A personal dispute between inmates or inmates and staff is not considered a grievance matter.

INMATE NAME: Jackson Hoffman Jr.

DOB: 11/2/94   DATE: 7/11/17   CELL: A-511

Grievance filed against: Classification / Medical Staff

**Description of complaint:**

**Officer receiving grievance:** _____

**Inmate Signature:** _____

**Action Taken:**                    P.E.# 1873   Date: 7/13/17

**Action Taken:**                    P.E.# _____   Date: _____

**Response to inmate:**              P.E.# _____   Date: _____

**Staff member resolving grievance:** Lynn H   7-24-17

Copy to: Inmate, Grievance Chairman, Classification File, Jail Commander
P.E.# _____   Date: _____

---

#4

## ST. JOSEPH COUNTY JAIL INMATE GRIEVANCE

Grievance # _____

A grievance is a complaint related to a rule or procedure, complaint of oppression or misconduct by an employee in administering such rules, it can also be a complaint about another inmate. A personal dispute between inmates or inmates and staff is not considered a grievance matter.

INMATE NAME: Jackson Hoffman Jr.

DOB: 11/2/94   DATE: 2-17-2017   CELL: A-511

Grievance filed against: Medical Staff

**Description of complaint:**

**Officer receiving grievance:** _____

**Inmate Signature:** _____

**Action Taken:**                    P.E.# 1872   Date: 2-27-2017

**Action Taken:**                    P.E.# _____   Date: _____

**Response to inmate:** The FEDS are aware of your issue and are in charge of and further treatment you desire. Approval for the treatment you desire comes from the FEDS.

**Staff member resolving grievance:** Lynn H 2nd   3-1-17

Copy to: Inmate, Grievance Chairman, Classification File, Jail Commander
P.E.# _____   Date: _____

#5

# ST. JOSEPH COUNTY JAIL INMATE GRIEVANCE

Grievance # __QN 7-17-85__

A grievance is a complaint related to a rule or procedure, complaint of oppression or misconduct by an employee in administering such rules. It can also be a complaint about another inmate, a personal dispute between inmates or inmates and staff is not considered a grievable matter.

Teryea Huffman Sr. __INMATE NAME__   __113741__ __OCR#__   __7/7/17__ __DATE__   __OCL__   __A571__

**Grievance filed against:** St. Joseph County Jail Medical/Medical personnel

**Description of complaint:** On 3/1/17 I was taken for a heart catheterization. After more than 7 months of me pursuing answers and treatment that I'm presently owed supposed to be dealt with properly. The proper resources and all the adequate follow-up care being made aware of the findings and demand without treatment and the proper antibiotics prescribed for this initial 6 weeks previously finally hospitalized on March 10 11th. My out of care was finally attributed to the joint muscle and the it was left out.

**Inmate Signature:** _Teryea Huffman Sr._   P.E. # __1873__   Date: __7/13/17__

**Officer receiving grievance:** ____   P.E. # ____   Date: ____

**Action Taken:** ____   P.E. # ____   Date: ____

**Response to inmate:** ____

**Action Taken:** ____   P.E. # ____   Date: ____

**Staff member resolving grievance:** ____   P.E. # ____   Date: ____

Fill out the grievance form in detail. If extra space is needed please use the back of this form. All inmates may obtain a grievance any matter he/she feels is unjust and not in keeping with jail standards. The statement must be factual and this form must be signed. All grievances will be forwarded to the grievance chairman. Responses to grievances will be made as soon as possible.

Copy to: Inmate, Grievance Chairman, Classification File, Jail Commander

---

#6

# ST. JOSEPH COUNTY JAIL INMATE GRIEVANCE

Grievance # __QN 7-17-84__

A grievance is a complaint related to a rule or procedure, complaint of oppression or misconduct by an employee in administering such rules. It can also be a complaint about another inmate, a personal dispute between inmates or inmates and staff is not considered a grievable matter.

Teryea Huffman Sr. __INMATE NAME__   __113741__ __OCR#__   __7/9/17__ __DATE__   __OCL__   __A571__

**Grievance filed against:** Warden Julie Lawson

**Description of complaint:** I write a complaint against the warden on 3/3/17 complaining of how direct medical concerns of this complaint to the exact issue I was consulting of the issue was consulting also of my life was raised during this entire surgery to this initial life on 3/9 initially. Also removed of their own negligence of fluid 3-6 and made aware that day was also removed of their own jail officials made aware of my oppressive warden that was not able to 3/1/17 that showed of the pressure of [...] success and no action issue then was hospitalized and twenty six weeks was taken.

**Inmate Signature:** _Teryea Huffman Sr._   P.E. # __1872__   Date: __7/13/17__

**Officer receiving grievance:** ____   P.E. # ____   Date: ____

**Action Taken:** ____   P.E. # ____   Date: ____

**Response to inmate:** ____

**Action Taken:** ____   P.E. # ____   Date: ____

**Staff member resolving grievance:** ____   P.E. # ____   Date: ____

Fill out the grievance form in detail. If extra space is needed please use the back of this form. All inmates may obtain a grievance any matter he/she feels is unjust and not in keeping with jail standards. The statement must be factual and this form must be signed. All grievances will be forwarded to the grievance chairman. Responses to grievances will be made as soon as possible.

Copy to: Inmate, Grievance Chairman, Classification File, Jail Commander

Exhibit 2 #7

Inmate Name Jeremy Hoffman  Cell Bill...

Date 12/29/16  Time

Medical Request: Mass on elbow refilled, bigger then ever. Still growing, pain increased. Tylenol and Ibuprofen not helping anymore.

Response: Placed on list to see the doctor

Signed Nurse Alice

Date 12/29/16

Time 2100

St. Joseph County Jail Nursing Office

Form No. 7103

Exhibit 3

**ACLU**
AMERICAN CIVIL LIBERTIES UNION
of INDIANA

American Civil Liberties Union of Indiana

February 17, 2017

Jeremy Hoffman
St. Joseph County Jail
401 W. Sample St.
South Bend IN 46601

     Case: 1701-28

Dear Mr. Hoffman,

     We received your recent request for legal assistance. As I understand it, you are having problems obtaining medical care at a county jail. Unfortunately, our office will not be able to assist you in filing a lawsuit at this time. However, I will be more than happy to contact the facility on your behalf and see why you are not getting medical treatment. I have found that a letter from us may sometimes help to obtain medical care for a prisoner who needs it.

     If you would like me to do this, please sign the enclosed client agreement. Please note that I am agreeing only to contact the sheriff on your behalf. I will not be representing you in any lawsuit. Also, I am not filing a damages action for you. If you do wish to pursue a damages action, I have included an informational letter concerning tort claims procedures against the sheriff and the county.

     As soon as I receive the client agreement as well as the medical release form back from you, I will contact the appropriate persons and send you a copy of my correspondence.

     I look forward to hearing from you. Thank you very much.

                    Very truly yours,

                    Kenneth J. Falk
                    Attorney at Law

Enclosure
KJF/mp

**MRI CENTER**    *Exhibit 4*

## FINANCIAL AGREEMENT, AUTHORIZATION, ASSIGNMENT OF BENEFITS AND PATIENT CONSENT FORM

DATE: _____    NAME: _____ (Printed)

With the execution of this document, the undersigned, in consideration for services rendered or to be rendered, hereby agrees to the following:

1. **FINANCIAL AGREEMENT:** I understand that as a courtesy to its patients providing insurance/billing information, the MRI Center will submit claims to my health care plan or insurance company. I further understand that I am responsible for payment of the balance owed. I agree that I am also responsible for any deductibles, co-insurance, charges for non-covered services, charges for services deemed "medically unnecessary" or charges for which I have not obtained a properly authorized written referral if required by my health care plan. In the event that I am not currently enrolled as a member of a health care plan, I am personally responsible for all charges incurred for services. I agree to pay for all services rendered to me by Northern Indiana Magnetic Resonance Center, LLP (MRI Center).

**I am aware that although the MRI Center has offices at Memorial Hospital, St. Joseph Regional Medical Center - Mishawaka campus, Plymouth campus and Lighthouse Medical Imaging, it does not participate with any of these hospitals' billing plans or provider affiliations. I am also aware that the interpreting Radiologist is not an employee of the MRI Center, but a contracted provider.**

| FOR MEDICARE PATIENTS ONLY |
|---|

2. **MEDICARE AUTHORIZATION:** I request that payment of authorized Medicare benefits due me, be paid on my behalf to the MRI Center, for any services furnished to me by the MRI Center. I authorize any holder of medical or other information about me, to release to any insurance carrier or to the Health Care Financing Administration and its agents, information needed to determine these benefits or any benefits for related services. I permit a copy of this authorization to be used in place of the original. I understand that I am responsible for the Medicare Part B deductible, and the remaining 20% of charges.

3. **ASSIGNMENT OF BENEFITS:** I hereby assign to the MRI Center those insurance benefit payments due the MRI Center and hereby authorize my insurance company to make payment directly to the MRI Center. I understand that regardless of this assignment, I remain primarily responsible to the MRI Center for payment of all actual charges incurred. A carbon copy or photo-copy of this assignment shall be as valid as the original.

4. **RELEASE OF INFORMATION:** I authorize the MRI Center to disclose all or any part of my medical record to any insur-ance carrier, person or corporation which is or may be liable under contract to the MRI Center or to me or to a family member or employer of mine, for all or part of the MRI Center's charges. This authorization includes but is not limited to worker's compensa-tion carriers, Blue Cross/Blue Shield, commercial insurance carriers, and the fiscal intermediary under Medicare and Medicaid.

5. **PATIENT CONSENT:** Based on my physician's referral for MRI services, I request and give consent to the MRI Center, its physicians and staff to provide Magnetic Resonance Imaging (MRI) services and related care. This includes treatment of any life threatening condition which may arise during the course of my MRI examination or while present at the MRI Center.

MY SIGNATURE ACKNOWLEDGES THAT I HAVE BEEN GIVEN THE OPPORTUNITY TO READ, OR HAVE HAD THE ABOVE INFORMATION EXPLAINED, AND THAT I FULLY UNDERSTAND THE STATEMENTS IN THIS DOCUMENT AND CONSENT TO EACH OF THEM. I CERTIFY THAT I AM THE PATIENT OR AM DULY AUTHORIZED BY THE PATIENT TO EXECUTE THE ABOVE AND ACCEPT THE TERMS.

_____    _____
Patient Signature                    Patient's Agent/Representative

_____ I have been offered/received a copy of the MRI Center's Notice of Privacy Practices
Initial

_____    _____    _____
Witness Signature                    Date    Time

| Thank you for choosing the MRI Center for your MRI imaging services. |
|---|

WHITE - MRI Center          YELLOW - Patient Copy

Exhibit 5

**Inmate Name** Jeremy Huffman    **Cell** B411

Date 12/5/16    Time 11:00 pm

Medical Request Left elbow worsening still; meds not helping

Response: Will have you talk to doctor about this on Thur 12/8/16

Signed Nurse cm    Date 12/4/16    Time B29

St. Joseph County Jail Nursing Office

Form No. 7103

---

**Inmate Name** ___    **Cell** B411

Date 1/10/17    Time 10:30 pm

Medical Request Please follow up on my left elbow. Conditions worse still. Elbow swollen huge and ibuprofen not helping.

Response: I just talked to the doctor about this you will be seeing a doctor for a biopsy of elbow soon forms feds have been informed

Signed nurse cm    Date 1/19/17    Time 13:20

St. Joseph County Jail Nursing Office

Form No. 7103

---

**Inmate Name** Jeremy Huffman    **Cell** B411

Date 12/11/16    Time 10:35 AM

Medical Request Lynn, please return a response to all my requests concerning my left elbow along with any/all documents pertaining to it; doctor's notes diagnosis; treatments medications etc for my own personal records

Response: I can't do that. Records are not released to current inmates and they must be requested through an attorney.

Signed    Date    Time Lynn 12-13-16

St. Joseph County Jail Nursing Office

Form No. 7103

---

**Inmate Name** Jeremy Huffman    **Cell** B411

Date 11/15/16    Time 11:00 pm

Medical Request Reporting conditions worsening on left arm.

Response: you are on the doctor's list for Friday 11/25/16 as a follow-up (no change) this is the time we have a doctor

Signed nurse cm    Date 11/23/16    Time 1250

St. Joseph County Jail Nursing Office

Form No. 7103

*Exhibit 6*

Memorial Hospital of South Bend
615 N. Michigan St.
South Bend, IN 46601

MRN: M0517993; AA2081390

FIN: M1703800207

NAME: HUFFMAN, JEREMY
TYPE: OOS - Outpatient in a Bed
ADMIT: 2/7/2017
DISCH: 2/7/2017
ATT: DUPRAT M.D.,GERARD I

DOB/SEX: 8/6/1985     Male

| FACESHEET |
| --- |

Report Request ID:    77995239
Copy To:      FRANKLIN HIM,
     MICHELE L CIOX

1/24/2019 13:12 EST
Page 1 of 10

Patient Name: HUFFMAN/JEREMY
Date of Birth: 8/6/1985

* Auth (Verified) *

FROM:beacon Vas Int Rad TO:IR 01/20/2017 15:39:30 #395 P.001/002

Memorial
Hospital of South Bend

HUFFMAN, JEREMY
08/06/1985  M 31Y

MRN: 517993          1703800207

PATIENT IDENTIFICATION

| Date | 1-20-17 |
|---|---|

Patient: Huffman, Jeremy

Allergies: NKA          Reaction: _____

Premedication Ordered: _____    Pharmacy to Call: _____

Coumadin/Plavix: Ø          Hold Dates: _____

If on Plavix, Coronery/Carotid Stent: ☐ Yes  ☐ No  If yes, Age of Coronary/Carotid Stent _____

Physician Notified _____    Date _____

Diabetic: Ø

Procedure  ☐ Arteriogram  ☐ Myelogram  ☐ Angioplasty  ☐ _____ Biopsy.
           ☐ LP  ☐ Embolization.  ☐ Nerve Root Block  ☐ Vertebroplasty  ☐ Fistulogram  ☐ Permanent Catheter
           ☐ Drainage Tube   Other: _____

Date/Time of arrival: Tues. Feb 7, 2017  8/930

☑ Check in at 2nd Floor Heart Vascular Center (short stay)
☐ Regular Diabetic Breakfast  ☑ NPO
☐ Myelograms: Drink 2 large glasses of water the night before your procedure and the morning of, before you come in.
☑ Continue to take your medications/bring a list of your medications with you
☑ Bring a picture ID and Insurance Information with you
☑ Need someone to drive you home
☑ Need someone to stay with you during the night
☑ Radiology Nurse will be giving you sedation/making you comfortable during procedure
Other: _____

Spoke to Jail RN Karen 245-6530
Custdy Fed Marshall  574-440-5778 cell

| Signature | [signature] | Date | 1-20-17 |
|---|---|---|---|

Page 1 of 2   Reorder from Print Shop
Form # 575366 A 09/02 704206 PS (Rev. 09/10)

**COMMUNICATION RECORD FOR INTERVENTIONAL RADIOLOGY PROCEDURES**

575366

* Auth (Verified) *

Memorial
Hospital of South Bend

HUFFMAN, JEREMY
08/06/1985  M 31Y

MRN: 517993

1703800207

TURSC

| Arrival Time: | 0800 | Procedure Date: 02/07/17 | Proc Time: 09:30AM |

Name:      **HUFFMAN, JEREMY**

Phone:     (574) 534-3858

Work:

Payor:

☒ Male      ☐ Female

Date of Birth:   08/06/1985

Ordering
Physician:   HALL, CHRISTOPHER C

Phone #:     (574) 647-4530

Diagnosis:   LEFT ELBOW LESION

Procedure:   BONE BIOPSY (COMBO)

Attending
Physician:   HALL, CHRISTOPHER C

Practitioner: DUPRAT, GERARD I

Special Instructions:
ALLERGIC: NO
CALLER: JAIL
CCDOC: UNK
DIABETIC: UNKNOWN
FILMS: YES
FILMSA: MRI PACS
HVC: YES
INPTOUTPT: OUTPATIENT
IRHNP: NA
LATEX: NO
NURSEHOME: KAREN JAIL RN 245-6530
OM-ORDERS: NO ORDERS
ORDER: FAX
PREGNANT: NO
RADINTERPR: NO
THINNER2: NO
WEIGHT: WNL

| DATE | ORDERS |
|---|---|
| 2/7/17 | Circle one: |
| | 1. Creatinine, CBC, PLTS, Fibrinogen, PT, PTT, Type & Screen (T&S) |
| | 2. Admit (circle one) Outpatient, Inpatient, OOS |

Comments:
PT IS FEDERAL INMATE-BILL TO HAMMOND OFFICE-US
PER DUPRAT

VO  R & V of Dr. _Duprat_  by _MJ Beck RN 1/20/17 1614_
                                     RN Signature    Date    Time

Physician Signature: _____ 
                                    Date      Time

## CENTRALIZED SCHEDULING REGISTRATION

DATE: 1/20/2017  TIME: 4:05:27PM
Form #575277 A (10/00) 822401 (Rev. 04/04)
PHR01712

575277

HUFFMAN, JEREMY
8/6/1985

M0517993; AA2061390
M1703800207

* Auth (Verified) *

### Memorial
### Hospital of South Bend



MRN: 517993      FIN: 1703800207

HUFFMAN, JEREMY

OUTPATIENT

| PATIENT | | ADMIT DATE | ADMIT TIME | DISCHARGE DATE | DISCHARGE TIME | ACCT. NO. |
|---|---|---|---|---|---|---|
| HUFFMAN,JEREMY | | 02/07/2017 | 05:03 | | | 1703800207 |
| 401 W SAMPLE ST | | MED. REC. NO. | | PT | FC | |
| | (574)245-6530 (P) | 517993 | | OOS | C | |
| SOUTH BEND, IN 46601 | (W) | DATE OF BIRTH | AGE | SEX | MS | CHURCH NAME |
| | | 08/06/1985 | 31Y | M | S | NO CHURCH INDICATED |

| EMPLOYER | | PREVIOUS NAME | | LANGUAGE | SVC | VISIT | HIPAA |
|---|---|---|---|---|---|---|---|
| | | | | | HVC | | |

| | | ACCOM CID | STATION | ROOM BED | RACE | |
|---|---|---|---|---|---|---|
| OCCUPATION: | | | 2HV | 0016/01 | CAUCASIAN | |
| | | | | MOTHER'S NAME | | |

| CONTACT 1 | | ADMITTING PHYSICIAN | HALL,CHRISTOPHER |
|---|---|---|---|
| | (P) | ATTENDING PHYSICIAN | HALL,CHRISTOPHER |
| | | (PCP) | CHRISTOPHER,HALL |
| CONTACT 2 | | ADMITTING COMMENT | THERAPIST INITIALS |
| | | LEFT ELBOW LESION | |

| GUARANTOR | | GUARANTOR EMPLOYER |
|---|---|---|
| HUFFMAN,JEREMY | SELF | |
| 401 W SAMPLE ST | (574)245-6530 | |
| SOUTH BEND, IN 46601 | | |

| 1 | HUFFMAN, JEREMY OTHER GOVERNMENT PAY 204 S MAIN ST SOUTH BEND, IN 466012122 | DOB Group# Policy# 311942848 Verify Ph (574)236-8781 Review Ph PAT IS THE INSURED | 2 | | DOB Group# Policy# Verify Ph Review Ph |
|---|---|---|---|---|---|
| 3 | | DOB Group# Policy# Verify Ph Review Ph | 4 | | DOB Group# Policy# Verify Ph Review Ph |
| 5 | | DOB Group# Policy# Verify Ph Review Ph | 6 | | DOB Group# Policy# Verify Ph Review Ph |

**PHYSICIANS: DOCUMENT DIAGNOSIS/PROCEDURES IN YOUR DISCHARGE SUMMARY OR FINAL PROGRESS.
(STAYS UNDER 48 HOURS)**

## DO NOT WRITE IN THIS AREA

Page: 1 of 1
Form #575256 A 03/00  822201 (Rev. 10/05/15)

Demand Printed On 02/08/2017 13:07:30

**PATIENT REGISTRATION/FACE SHEET**

575256

Patient Name: HUFFMAN, JEREMY
Date of Birth: 8/6/1985

MRN: 517993
FIN: M1703800207

* Auth (Verified) *

**Memorial**
Hospital of South Bend
*Quality of Life*

HUFFMAN, JEREMY
08/06/1985  M 31Y

MRN: 517993          1703800207

## H&P / ORDERS / SEDATION RECORD - IR

**Chief Complaint / Reason for Procedure / Sedation:**

**History / Comorbid Conditions:**

| SYSTEM | HISTORY | | PHYSICAL EXAM WNL | | COMMENTS |
|---|---|---|---|---|---|
| Head, EENT, Airway | ☐ Pos | ☑ Neg | ☑ Yes | ☐ No | |
| Heart | ☐ Pos | ☑ Neg | ☑ Yes | ☐ No | |
| Lungs | ☐ Pos | ☑ Neg | ☑ Yes | ☐ No | Asthma |
| Abdomen | ☐ Pos | ☑ Neg | ☑ Yes | ☐ No | |
| LOC, Mental | ☐ Pos | ☑ Neg | ☑ Yes | ☐ No | |
| Previous Anesthesia/ Sedation Experience | ☐ Pos | ☑ Neg | ☑ Yes | ☐ No | |
| Other | ☐ Pos | ☐ Neg | ☐ Yes | ☐ No | |

Reviewed Allergies, Medications, Vital Signs and Lab Data
Any Additional H&P notes or significant results of relevant diagnostic studies:

**SEDATION PLAN / ORDERS:**
Procedure:

**ASA Category:** ☑ 1 PH   ☐ 2 PH   ☐ 3 PH   ☐ 4 PH   ☐ 5 PH

**PLAN:**   Moderate Sedation or _____
Benefits, Risks, Alternatives and possible Complications discussed with patient. Patient consents to proceed.

**RE-EVALUATION IMMEDIATELY PRE-SEDATION:**   Patient was re-evaluated immediately presedation and continues to be appropriate for planned sedation

☑ Give 1mg Versed IV and 50 mcg Fentanyl IV, may repeat every 5 minutes x 3.

Physician Signature _____  Date 1/7/17  Time 08:30

**MEDICATIONS:**
☑ midazolam (Versed) IV per verbal order  - total of 3 mg
☑ fentanyl citrate (Fentanyl) IV per verbal order - total of 150 mcg

Post Procedure Status Note:
Complications:  ☐ Yes  ☑ No   Estimated Blood Loss: _____

Physician Signature _____  Date 1/7/17  Time 08:30

Nurse Signature (for noting Physician Order) _____ RN  Date 2/7/17  Time 0930

Page 1 of 1
Form #575728 A 05/01 704101 PS (Rev 03/16)
INTERVENTIONAL RADIOLOGY
H&P / ORDERS / SEDATION RECORD - IR

575728

Page 54 of 60

Facility: Memorial SB

Patient Name: HUFFMAN, JEREMY
Date of Birth: 8/6/1985

MR#: 517993
FIN: M1703800207

\* Auth (Verified) \*

**Memorial**
Hospital of South Bend

HUFFMAN, JEREMY
08/06/1985  M 31Y
MRN: 517993            1703800207

PATIENT IDENTIFICATION

Date: 2/7/17            (day of test)
Site: ⓑ ellon

1. Bed rest (May elevate head of bed 20-30 degrees) with extremity of puncture site immobilized until _____ ☐ am. ☐ pm
2. May log roll from side to side after 2 hours _____ (time) with hip and leg straight.
3. Feel and check puncture site, distal pulses as marked on foot, and B.P., Pulse, and Respirations q 15min x 4, qhr x 4, q 2hr x 4, q 4hr till am.

| TIME | SITE CHECK | DISTAL PULSE | BP | RADIAL PULSE | RESP. | INTAKE | OUTPUT | COMMENTS | INITIALS |
|------|-----------|--------------|-----|-------------|-------|--------|--------|----------|----------|
| Q 15M 0945 | INT | ✓ | 106/79 | 78 | 16 | Sevlos | — | | W |
| 1015 | INT | ✓ | 142/84 | 73 | 14 | | | | ⓐ |
| 1045 | INT | ✓ | 119/89 | 104 | 16 | | | | W |
| Q HR | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Q HR | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Q HR | | | | | | | | | |
| | | | | | | | | | |

Part of Nurses Notes; refer to Nurses Notes for additional documentation.
4. Call Radiologist for any changes in vital signs or bleeding.
5. Force oral fluids; up to 16oz. in first 2-4 hours.
6. Patient may resume other preoperative orders which do not contraindicate above.

| Initials: | N | RN Signature: | Dex |
|-----------|---|---------------|-----|
| Initials: | | RN Signature: | |

Page 1 of 1   Reorder from Materials
Form #575883 A 01/96 801112 MC (Rev. 12/03)
**POST ARTERIOGRAM FLOWSHEET**


575683

Memorial Hospital of South Bend     MRN:  M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601                FIN:  M1703800207

| *DR. FINAL PROGRESS NOTE* |
| --- |

HUFFMAN, JEREMY
8/6/1985

M0517993; AA2081390
M1703800207

* Auth (Verified) *



**MEMORIAL HOSPITAL**    **Ambulatory Care Center**

NOTE:
Complete on stays under 48 hours if no discharge summary dictated.
Patient and/or significant other demonstrated or verbalized knowledge
of the following discharge instructions:

HUFFMAN, JEREMY
08/06/1985  M 31Y
MRN: 517993                    1703800207

Patient Identification

## FINAL PROGRESS NOTE

**POST OPERATIVE NOTES:** ☐ N/A

Follow Up:

**With referring physician**

**Procedure:**

**Pre-Op Diagnosis:**

Medications:

**Post-Op Diagnosis:**

see
dischange
no restriction

Diet:

**Findings:** Sum.

Physical Activity:

**Surgeon:**

**Assistant(s):**

**Estimated Blood Loss:**
☑ None  ☐ Minimal  ☐ Other:

Outcome of hospitalization and case disposition:

home

**Specimen Removed:**
☐ None

**Complications:**
☑ None ☐

Final Diagnosis:  include comorbidities/ secondary diagnoses

**Optional:**

**Anesthesiologist:**

**Type of Anesthesia:**

Physician Signature _____  Date: _____  Time: _____



Patient Name: HUFFMAN, JEREMY
Date of Birth: 8/6/1985

MRN: M0517993
FIN: M1703800207

**\* Auth (Verified) \***

## Memorial
### Hospital of South Bend

  

MRN: 517993          FIN: 1703800207

**Physician Attestation**          Date: 02/14/2017  07:58

Page   : 1

Patient: HUFFMAN, JEREMY                    Address: 204 S MAIN ST
DOB:      08/06/85      Fin Class: COMMERCIAL           SOUTH BEND
Sex:      MALE          Ins. Plan: OTHER GOVERNMENT PAYERS IN, 46601
                        Guarantor: SELF          Phone #: (574) 245-6530

Adm Date: 02/07/17      Adm Source: PHYS/CLINIC REFERRA    Acct. #: 1703800207
Adm Time: 05:03         Adm Type:  ELECTIVE               Unit. #: 0000517993
Dis Date: 02/07/17      Trans. From:                      Pt. Type: OUTPATIENT
Dis Time: 10:51         Service:   HEART & VASC CENTER     Trans To:
LOS:      1             Dis Status: *OP DISCHARGED TO HOME  Coder:   CLP
Admitting DR: DUPRAT, GERARD I          Referring DR: DUPRAT, GERARD I
Attending DR: DUPRAT, GERARD I          Discharge DR:
ER Physician:                           Primary DR:  HALL, CHRISTOPHER

ICD-10 DRG v.0:
Admit Diagnosis:     L98.9      DISORDER OF THE SKIN AND SUBCUTANEOUS
Principal Diagnosis: L72.9      FOLLICULAR CYST OF THE SKIN AND SUBCU    POA:
Secondary Diagnoses/POA:
   M70.32   OTHER BURSITIS OF ELBOW, LEFT ELBOW/

Reason for Visit:    L98.9      DISORDER OF THE SKIN AND SUBCUTANEOUS

Principal Procedure:                    Date:         Primary Surgeon:

Secondary Procedures:


Consultants:                            Date:         Specialty:


                        End of Report




## MEDICAL RECORD CODING SUMMARY

575490

Memorial Hospital of South Bend      MRN:  M0517993          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601                  FIN:  M1703800207

DOCUMENT TYPE:                        Provider Letter
SERVICE DATE/TIME:                    2/8/2017 11:16 EST
RESULT STATUS:                        Auth (Verified)
PERFORMED INFORMATION:                PENLAND-ERNSBERGER HIM,KATHLEEN T (2/8/2017 11:16
                                      EST)

SIGNED INFORMATION:

**Attachment(s):**
**2/8/2017 11:16 EST (02/08/2017) Transition of Care/Referral Summary**

--------------------
From: PENLAND-ERNSBERGER HIM, KATHLEEN T
To: HALL , CHRISTOPHER <CHRISTOPHERHALL@BEACON.ALLSCRIPTSDIRECT.NET>;
Sent: 02/08/17 11:16:11
Subject: Transition of Care
Patient: HUFFMAN, JEREMY; Date of Birth: 08/06/1985

Memorial Hospital of South Bend    MRN:   M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601               FIN:   M1703800207

| INTERVENTIONAL |
|---|

ACCESSION                    PROCEDURE                      EXAM DATE/TIME
IR-17-0006248                IR 20220 Biopsy Bone-Trocar or  2/7/2017 09:41 EST
                             Needle-Su

**Reason For Exam**
(IR 20220 Biopsy Bone-Trocar or Needle-Su) left elbow lesion

**Radiology Rpt**
LEFT ELBOW CYSTIC LESION ASPIRATION AND BIOPSY: FEBRUARY 7, 2017.

COMMENTS: Procedure performed using ultrasound guidance. The 7 x 4 x 2 cm cystic
lesion at the level of the lateral aspect of the left elbow was punctured with
a 19-gauge needle (using ultrasound guidance). Nearly 50 mL of slightly
viscous, synovial like fluid was aspirated and sent to cytology and
microbiology. Posterior and anterior walls of lesion then biopsied coaxially
using a 20-gauge Monopty needle. 5 passes made. Cores of tissue sent to
pathology. There were no immediate complications.

Total duration of supervised moderate sedation was 12 minutes

Rad Station: IRWKS-3X

*** Final ***

*Interpreted by: DUPRAT M.D., GERARD I*

*Electronically Signed By: DUPRAT M.D., GERARD I, M.D.*
*on 02/07/2017 13:27*

| MICROBIOLOGY |
|---|

PROCEDURE:          Culture Routine with        ACCESSION:
                    Sensitivity if Indicated
SOURCE:             Aspirate                    BODY SITE:
COLLECTED DATE/TIME:  2/7/2017 09:24 EST        RECEIVED DATE/TIME:    2/7/2017 10:59 EST
START DATE/TIME:      2/7/2017 09:24 EST        FREE TEXT SOURCE:

***SUSCEPTIBILITY RESULTS***

|  | SA | | | |
|---|---|---|---|---|
| Antibiotic | MIC Interp | MDIL | MIC Interp | MDIL |
| Beta Lactamase | | + | | + |
| Cefazolin | Susceptible | | Susceptible | |
| Clindamycin | Susceptible | | Susceptible | |
| Oxacillin | Susceptible | | Susceptible | |
| Vancomycin | Susceptible | <=0.5 | Susceptible | <=0.5 |

Memorial Hospital of South Bend   MRN:  M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601          FIN:  M1703800207

| MICROBIOLOGY |
|---|

PROCEDURE:          Culture Anaerobic (includes      ACCESSION:
                    smear)
SOURCE:             Aspirate                          BODY SITE:
COLLECTED DATE/TIME: 2/7/2017 09:24 EST               RECEIVED DATE/TIME:   2/7/2017 10:59 EST
START DATE/TIME:    2/7/2017 09:24 EST                FREE TEXT SOURCE:     left elbow

***FINAL REPORTS***
Final Report
Verified Date/Time/Personnel:
**Aerobic Gram Positive Cocci**
**See aerobic culture for identification/MIC if indicated**
**No anaerobic organisms isolated.**

***PRELIMINARY REPORTS***
Preliminary Report
**Aerobic Gram Positive Cocci**
**See aerobic culture for identification/MIC if indicated**
**No anaerobic organisms isolated.**

***INTERFACED REPORTS***
Gram Stain RL
Verified Date/Time/Personnel:
**<10 PMN/LPF**
**No organisms seen.**

PROCEDURE:          Culture Routine with            ACCESSION:
                    Sensitivity if Indicated
SOURCE:             Aspirate                         BODY SITE:
COLLECTED DATE/TIME: 2/7/2017 09:24 EST              RECEIVED DATE/TIME:   2/7/2017 10:59 EST
START DATE/TIME:    2/7/2017 09:24 EST               FREE TEXT SOURCE:     left elbow

***FINAL REPORTS***
Final Report
Verified Date/Time/Personnel:
**Rare STAPHYLOCOCCUS AUREUS**
**Rare STAPHYLOCOCCUS AUREUS #2**
**Organism isolated in anaerobic culture**

***PRELIMINARY REPORTS***
Preliminary Report
**Rare STAPHYLOCOCCUS AUREUS**
**Rare STAPHYLOCOCCUS AUREUS #2**
**Organism isolated in anaerobic culture**

***INTERFACED REPORTS***
Gram Stain RL
Verified Date/Time/Personnel:
**<10 PMN/LPF**
**No organisms seen.**

Report Request ID:   77995239                    1/24/2019 13:12 EST

Memorial Hospital of South Bend      MRN:  M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601                  FIN:  M1703800207

| *ANATOMICAL PATHOLOGY* |
|---|

DOCUMENT TYPE:                       Non-Gyn Final Rpt
SERVICE DATE/TIME:                   2/7/2017 17:21 EST
RESULT STATUS:                       Auth (Verified)
PERFORMED INFORMATION:
SIGNED INFORMATION:

**Non-Gynecologic Cytology Report**
DOB: 8/6/1985   31 years


Pathology Reports


Collected Date/Time:                 2/7/2017 09:24 EST
Accession:                           FN-17-000607


Non-Gynecologic Cytology Report - Auth (Verified)
Clinical Notes:
" left elbow lesion"


Specimen Description:
Received 70cc of red fluid, fixed.    Cell block prepared from submitted
  specimen.
EM/


Interpretation:
Aspirate, fine needle, Left Elbow, cytology and cell block:
NEGATIVE FOR MALIGNANCY
Abundant neutrophils with scattered lymphocytes and macrophages.
 No epithelial component seen. Please correlate with biopsy report
  SP17-4926.
Performed at:  TMF Central Lab
 CLIA #15D0357169, 530 N Lafayette Blvd South Bend, IN 46601

KTD 02/08/17,  EM
Electronically verified by:  Erica L. Martin, M.D.


SO: 02/08/17 14:22

_____

DOCUMENT TYPE:                       Surg Path Final Report
SERVICE DATE/TIME:                   2/7/2017 16:05 EST
RESULT STATUS:                       Auth (Verified)
PERFORMED INFORMATION:
SIGNED INFORMATION:


Report Request ID:   77995239                    1/24/2019 13:12 EST

Memorial Hospital of South Bend        MRN:  M0517993; AA2081390        NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601                    FIN:  M1703800207

```
                            ANATOMICAL PATHOLOGY
```

**Surgical Pathology Report**
DOB: 8/6/1985   31 years


Pathology Reports


Collected Date/Time:                   2/7/2017 09:24 EST
Accession:                             SP-17-004926


Surgical Pathology Report - Auth (Verified)
Specimen
Left elbow biopsy


Clinical Information
Preoperative diagnosis:  Gunshot wound
Postoperative diagnosis:  Same
Pertinent Clinical Data:  Smoker, drinker

Diagnosis
Core biopsy of left elbow mass lesion:
   Fibroinflammatory proliferative stromal change with secondary
   organizational features, extending into skeletal muscle
   (see comment).

Performed at: TMF Central Lab
CLIA #15D0357169, 530 N Lafayette Blvd South Bend IN 46601

Performed by:                  Rick L. Hoover, M.D.
-----------------------------------------------------
Electronically verified by:  Rick L. Hoover, M.D.

Verified: 02/08/17 18:51
RLH/AGT

Comment
Histologic findings are nonspecific, showing reactive healing changes
 with fibroblastic cicatrix-type fibrosis and areas of organizing
 granulation tissue.  Main differential diagnosis includes organizing
 inflammatory cysts, especially organizing abscess, synovial cyst with
 secondary inflammation and organizational change, and less likely
 nodular fasciitis.


Gross Description
The specimen is received in formalin in a container labeled with
 the patient name and L elbow bone biopsy.   The specimen consists of
 multiple cylindrical portions of white-tan soft tissue varying from

Report Request ID:   77995239                    1/24/2019 13:12 EST
                                                 Page 8 of 10

Memorial Hospital of South Bend      MRN:   M0517993; AA2081390            NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601                  FIN:   M1703800207

| ANATOMICAL PATHOLOGY |
| --- |

```
0.1 to 0.6 cm in length x 0.1 cm in diameter.  The tissue is not
decalcified.  ET for needle biopsy technique in 1A.  SAW/OL/agt
GXP/
```

Microscopic Description
Sections from blocks submitted at gross exam are microscopically
reviewed.  RLH/agt

Code
1

| DISCHARGE PROCESS |
| --- |

HUFFMAN, JEREMY
8/6/1985

M0517993; AA2081390
M1703800207

* Auth (Verified) *

**Memorial**
Hospital of South Bend

HUFFMAN, JEREMY
08/06/1985   M 31Y
MRN: 517993                      1703800207

PATIENT IDENTIFICATION

**Diet:**   May eat as tolerated.

**Activity:**   Do not drive until tomorrow morning.
Limit your activity for the rest of today and avoid strenuous lifting or heavy work for 24 hours.

**Medications:**   ☐ Prescription given for: _____

Caution (if any): _____

Do not take next dose until: _____

☐ May take Tylenol as directed on bottle for discomfort.

☑ No prescription given.

**Myelogram:**   Drink plenty of fluids for next 24 hours.
If headache develops lie completely flat.
Call your physician for severe headache.

**Call your Physician:**   # _Facility MD_   for:
Bleeding, excessive pain, persistent nausea or vomiting.
If your physician is unavailable, call the Radiology Department at 574-647-7241.

**Additional Instructions:**   _Remove Bandaid tomorrow_

**I HAVE READ AND UNDERSTAND THE ABOVE INSTRUCTIONS. ALL MY QUESTIONS HAVE BEEN ANSWERED.**

| Patient Signature | X _(signature)_ | | Date |
|---|---|---|---|
| Nurse's Signature  OR | _(signature)_ | Time   1945 | Date |
| Radiologist's Signature | _(signature)_ | Time | Date  2/7/14 |

Page 1 of 1   Reorder from Print Shop
Form # 575691 A  (11/96)  621514 PS (Rev. 12/13)
ORIGINAL- Patient        COPY- Medical Record

# DISCHARGE INSTRUCTIONS - RADIOLOGY



Exhibit 7

Mar. 03

Doctor that hosts and is Deacon of the Catholic service at the jail has witnessed progress of my condition and eventually wrote this for me to help give medical staff at the jail incentive to act.

Exhibit 7



Jeremy ☒ 3/12/17
Bursa of elbow
Inflamed & probable
infected
Needs to be drained or
at least aspirated
+ cultured
Deacon Greg Gehred, MD
284-2943

*Exhibit 8*

Memorial Hospital of South Bend     MRN:   M0517993; AA2081390     NAME: HUFFMAN, JEREMY
615 N. Michigan St.                                                 TYPE: IP - Inpatient
South Bend, IN 46601           FIN:   M1707100095                    ADMIT: 3/12/2017
                                                                      DISCH: 4/14/2017
                                                                       ATT:   NIEMIEC MD,MONIKA

                        DOB/SEX:    8/6/1985        Male

---

*FACESHEET*

---

Report Request ID:    77995240                                    1/24/2019 13:13 EST
Copy To:              FRANKLIN HIM,                         Page 1 of 49
                     MICHELE L CIOX

HUFFMAN, JEREMY
8/6/1985

M0517993; AA2081390
M1707100095

* Auth (Verified) *

## Memorial
### Hospital of South Bend

   

MRN: 517993          FIN: 1707100095

HUFFMAN, JEREMY

**INPATIENT**

| PATIENT | | | ADMIT DATE | ADMIT TIME | DISCHARGE DATE | DISCHARGE TIME | ACCT. NO. |
|---|---|---|---|---|---|---|---|
| HUFFMAN,JEREMY | | | 03/12/2017 | 17:39 | 4-14-17 | | 1707100095 |
| 811 BLUE JAY LN | | | MED. REC. NO. | | PT | FC | |
| | | (574)298-1890 (P) | 517993 | | IP | C | |
| MISHAWAKA, IN 46544 | | (W) | DATE OF BIRTH | AGE | SEX | MS | CHURCH NAME |
| | | | 08/06/1985 | 31Y | M | S | NO CHURCH INDICATED |
| EMPLOYER | | | PREVIOUS NAME | | LANGUAGE | SVC | VISIT | HIPAA |
| | | | | | | MED | | |
| | | | ACCOM CID | STATION | ROOM BED | RACE | |
| | | | | 8S | 0834/01 | CAUCASIAN | |
| OCCUPATION: | | | | | MOTHER'S NAME | | |
| CONTACT 1 | | | ADMITTING PHYSICIAN | NIEMIEC,MONIKA | | | |
| HUFFMAN,JAY | | BROTHER | ATTENDING PHYSICIAN | NIEMIEC,MONIKA | | | |
| | | (574)298-1890 (P) | | | | | |
| | | | (PCP) | ER,NO DOCTOR - ER | | THERAPIST INITIALS | |
| CONTACT 2 | | | ADMITTING COMMENT | | | | |
| | | | SEPTIC ELBOW | | | | |

| GUARANTOR | | SELF | GUARANTOR EMPLOYER |
|---|---|---|---|
| HUFFMAN,JEREMY | | (574)298-1890 | |
| 811 BLUE JAY LN | | | |
| MISHAWAKA, IN 46544 | | | |

| | | | | | |
|---|---|---|---|---|---|
| HUFFMAN, JEREMY | DOB | | | DOB | |
| OTHER GOVERNMENT PAY | Group# | | | Group# | |
| 204 S MAIN ST | Policy# 311942848 | | | Policy# | |
| 1 SOUTH BEND, IN 466012122 | Verify Ph (574)236-8781 | 2 | | Verify Ph | |
| | Review Ph | | | Review Ph | |
| | PAT IS THE INSURED | | | | |
| | DOB | | | DOB | |
| | Group# | | | Group# | |
| | Policy# | | | Policy# | |
| 3 | Verify Ph | 4 | | Verify Ph | |
| | Review Ph | | | Review Ph | |
| | DOB | | | DOB | |
| | Group# | | | Group# | |
| | Policy# | | | Policy# | |
| 6 | Verify Ph | 6 | | Verify Ph | |
| | Review Ph | | | Review Ph | |

**PHYSICIANS: DOCUMENT DIAGNOSIS/PROCEDURES IN YOUR DISCHARGE SUMMARY OR FINAL PROGRESS.
(STAYS UNDER 48 HOURS)**

## DO NOT WRITE IN THIS AREA

Page: 1 of 1
Form #575256 A 03/00  822201 (Rev. 10/05/15)

Demand Printed On 04/14/2017 20:27:03

**PATIENT REGISTRATION/FACE SHEET**

575256

Memorial Hospital of South Bend    MRN:   M0517993; AA2081390      NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601      FIN:   M1707100095

---

| DISCHARGE SUMMARY |
|---|

Electronically Signed By:        BODACH MD,KIRK J (4/14/2017 15:00 EDT)

01

## DISCHARGE SUMMARY

PATIENT: HUFFMAN, JEREMY      DICTATED BY: KIRK BODACH, MD
MRN: 517993                     ATTENDING: MONIKA NIEMIEC, MD
ADM DATE: 03/12/2017          DOB: 08/06/1985
DIS DATE:

DATE OF ADMISSION: 03/12/2017
DATE OF DISCHARGE: 04/14/2017

ADMITTING DIAGNOSES:
1. Septic elbow on the left.
2. Elevated acute phase reactant.
3. Elevated blood pressure without hypertension.
4. Mild leukocytosis.

DISCHARGE DIAGNOSES:
1. Left elbow infected olecranon bursitis with retained hardware caused by Methicillin-sensitive Staphylococcus aureus, status post irrigation and debridement and hardware removal.
2. Postoperative seroma.
3. Narcotic-induced constipation.
4. Acute postoperative blood loss anemia.
5. Depression and anxiety.

HISTORY OF PRESENT ILLNESS: The patient is a pleasant 31-year-old male who was brought in by the jail staff with complaints of swelling and pain in the left elbow and had a cyst in the left elbow for about 9 months and, apparently, about a week prior, the cyst had opened up and was draining some fluid, increased in size, redness and pain, sought medical attention at the jail facility, was having worsening symptoms, becoming progressively more red, indurated and painful with some numbness in the arm. He had aspiration of several milliliters of fluid in the emergency room. Dr. Brian Ratigan was contacted.

CONSULTATIONS:
1. Dr. Ratigan
2. Dr. Lavanya Nutankalva of infectious disease.

SPECIAL STUDIES:
1. MRI 03/31/2017 of the left elbow shows interval hardware removal. Retained screws are noted within the distal humerus resulting in artifact somewhat limiting the exam. There is a new fluid collection in the posterior aspect of the distal humerus may represent postoperative seroma. Infected fluid collection is not excluded. This may be amenable to aspiration under ultrasound and fluoroscopy. Previously noted large bilateral fluid

Memorial Hospital of South Bend   MRN:  M0517993; AA2081390      NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601      FIN:  M1707100095

| DISCHARGE SUMMARY |
|---|

collection has resolved.  There has been interval development of a bone marrow edema in the anterior capitellum which is of uncertain etiology and significance.  It may be due to degenerative change, bone bruising or chronic stress-induced changes; osteomyelitis less likely.
2.  Aspiration of the joint 04/04/2017, ultrasound-guided.  Small left elbow fluid collection yielding 3 mL of serosanguineous fluid.
3.  Blood cultures 03/12/2017 had no growth.
4.  Wound culture from 03/12/2017, both samples grew MSSA.
5.  Aspiration culture from 04/04/2017 had no growth.

PROCEDURES:
1.  Left elbow infected olecranon bursa with retained hardware, open excision of necrotic skin, irrigation and debridement of infected olecranon bursa, open removal of hardware, placement of a VAC dressing 03/13/2017 by Dr. Ratigan.
2.  Aspiration of left elbow fluid collection and effusion on 04/04/2017 by Dr. Kelly Mortell.

HOSPITAL COURSE:  The patient was admitted with left elbow infection of the olecranon bursa with retained hardware and open excision of infected olecranon bursa with removal of hardware by Dr. Ratigan as described above.  Infectious disease was consulted.  The patient was placed on cefazolin and was given least the need for 6 weeks of antibiotic, of which at least should be IV.  I did recommend repeat MRI that was described above, prior to transition to oral antibiotics.  The patient had a wound VAC in place and this was transitioned to a PICO instead which the jail was able to arrange for the patient.  Continued to receive wound care while he was here under the direction of infectious disease.  The patient will continue discharge on oral Augmentin to complete a total of 6 weeks of antibiotics which will result in the last dose of antibiotics 04/26/2017.

DISCHARGE MEDICATIONS:
1.  Augmentin 875/125 one tab p.o. q.12 h. x13 days.
2.  Wellbutrin 300 mg extended release p.o. daily.

DISPOSITION: The patient will be discharged back to the jail today.

ve
04/14/2017 11:17 AM
04/14/2017 12:44 PM
001566811

*Electronically Signed By: BODACH MD, KIRK J on 04/14/2017 03:00 PM*

| HISTORY & PHYSICAL |
|---|

Electronically Signed By:      NIEMIEC MD,MONIKA (3/12/2017 23:36 EDT)

Report Request ID:  77995240      1/24/2019 13:13 EST
                    Page 4 of 49

Memorial Hospital of South Bend         MRN:   M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601                     FIN:   M1707100095

| HISTORY & PHYSICAL |
|---|

03

## HISTORY AND PHYSICAL EXAM

PATIENT:  HUFFMAN, JEREMY                DICTATED BY: MONIKA NIEMIEC, MD
MRN: 517993                              ATTENDING: MONIKA NIEMIEC, MD
FIN: 1707100095                          RM: 1131
ADM DATE: 03/12/2017                     DOB: 08/06/1985

PRIMARY CARE PHYSICIAN:  None.  This is a no doctor patient.

CHIEF COMPLAINT:  Left elbow swelling and pain.

HISTORY OF PRESENT ILLNESS:  Mr. Huffman is a 31-year-old man who is currently incarcerated at the jail and was brought by jail staff due to complaints of swelling and pain in his left elbow.  He states that he has had a cyst in the left elbow for about 9 months or more and last Monday, about a week ago, the cyst broke open.  It had been draining some fluid from it and it has increased in size, redness and pain ever since that time.  He sought medical attention at the jail facility, but says he was on any prescribed ibuprofen.  He states that over the past 6 days, the elbow has become progressively more red, more indurated and painful.  His arm is now numb. He has decreased sensation of the entire left upper extremity.  His fingers are very swollen as well.  He denies having any fevers or chills.  He was having such significant pain today that he finally was able to be brought in for medical care.  Here, his workup has included an x-ray of the elbow that is showing residual and recurrent complex fluid collection in the posterolateral soft tissues of the elbow.  Dr. Aoko Doris Crain saw the patient and has aspirated several milliliters of fluid.  The elbow continues to be extremely red and warm to the touch. He has some decreased motion of the extremity as well secondary to the significant amount of swelling that is contained within it.

Dr. Brian Ratigan has been notified for oncall surgery and is anticipating taking the patient to open up the elbow at around 9:00 p.m. tonight.

The patient will be admitted to the hospitalist service for further medical management.

PAST MEDICAL AND SURGICAL HISTORY:  The patient denies any chronic medical conditions such as diabetes, hypertension or cardiac disease.  He does have a history of a left forearm laceration that occurred nearly exactly 1 year ago.  He is right-hand dominant and he was making a wooden spear using filet knife.  The knife had slipped and he lacerated the volar surface of his left forearm and sustained a laceration to the left medial nerve as well as an ulnar nerve laceration and an extensor tendon laceration of the elbow with an open wound.  He states that no surgery was done at the time and, in fact, the lesions healed quite well without leaving him with any residual deficits.  He denies any other surgeries.  In 2006, the patient sustained a gunshot wound to his left elbow with exit wound.

Report Request ID:   77995240                       1/24/2019 13:13 EST

Memorial Hospital of South Bend      MRN:   M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601                  FIN:   M1707100095

| HISTORY & PHYSICAL |
| --- |

**FAMILY HISTORY:** The following information is obtained from medical chart from a previous outpatient clinic visit 1 year ago. His father, mother and siblings, all had alcoholism. His father had heart disease and his mother had asthma as well.

**SOCIAL HISTORY:** The patient is an ex-smoker. He quit 9 months ago when he was incarcerated. He has not had any alcohol or any drugs since that time.

**ALLERGIES:** None.

**HOME MEDICATIONS:** None.

**REVIEW OF SYSTEMS:** As noted above in HPI and is negative for fevers, chills, night sweats. Negative for chest pain. Negative for respiratory distress. Negative for nausea, vomiting, diarrhea. Negative for abdominal pain. Negative for headache, vision or hearing changes. Negative for dysuria, hematuria. Positive for left arm swelling, redness. Positive for decreased range of motion of the left upper extremity. Negative for allergies to medications. Remainder of review of systems negative for 10-point review of systems

**PHYSICAL EXAMINATION:**
**VITAL SIGNS:** Temperature 98.1, heart rate 81, respiratory rate 20, blood pressure 157/85, O2 saturation 100% on room air.
**GENERAL:** The patient was in mild distress when I saw him. He is alert and oriented x3.
**HEENT:** Normocephalic, atraumatic. Moist mucous membranes. No nasal discharge. No conjunctival injection. Hearing is grossly intact. Vision is grossly intact.
**NECK:** Supple.
**PULMONARY:** Clear to auscultation. No respiratory distress.
**CARDIAC:** Regular rate and rhythm, no murmur. No chest wall tenderness.
**ABDOMEN:** Soft, nontender, nondistended. Normoactive bowel sounds.
**EXTREMITIES:** Warm and well perfused. He is currently shackled to the bed.
**NEUROLOGIC:** Unable to assess his gait and station. Neuro exam is otherwise grossly nonfocal in his cranial nerves.
**SKIN:** Significant for numerous tattoos all over his body including many over his face, neck and arms. His left elbow is very red and warm to touch and quite swollen. His entire left forearm is quite indurated and swollen compared to the right. His fingers are also swollen in comparison to the right hand. He is right-hand dominant. When I stroked his left forearm with a sharp object, he described a decreased sensation and was unable to appreciate a sharp touch in comparison to normal sensation on his right forearm. His range of motion is somewhat diminished in flexion of the left elbow due to pain and swelling.

**LABORATORY STUDIES:** WBC count 11.34, hemoglobin 13.8, platelets 308. Sodium 136, potassium 4.1, BUN 17, creatinine 0.88, glucose 94. CRP 119.

**IMAGING STUDIES:** Two-view x-ray of the left elbow 03/12/2017 shows residual and recurrent complex fluid collection in the posterolateral soft tissues of the elbow.

Memorial Hospital of South Bend     MRN:  M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601               FIN:  M1707100095

---

| HISTORY & PHYSICAL |
|---|

**ASSESSMENT:** Mr. Huffman is a 31-year-old gentleman who presents to the hospital with:
1. Septic elbow, left.
2. Elevated acute phase reactants, elevated CRP.
3. Elevated blood pressure without history of hypertension.
5. Mild leukocytosis.

**PLAN:**
1. The patient will be admitted to the hospitalist service as an inpatient status and I anticipate greater than 2 midnight length of stay.
2. He will be monitored on a med/surg floor.
3. The patient has had blood cultures and wound culture from his incision and drainage done by Dr. Crain already sent in the ER prior to antibiotics being administered.
4. He has received a dose of IV ceftriaxone and vancomycin in the ER which will be continued.
5. We will follow up pending labs.
6. Dr. Ratigan will be seeing the patient and likely taking him to the OR for exploratory surgery of the left elbow tonight at 9:00 p.m.
7. We will provide IV and p.o. pain medications, supportive care.
8. Further medical management will be predicated upon the patient's clinical course and review of pending studies.
9. VTE prophylaxis. We will hold off on any pharmacological prophylaxis as the patient is going to surgery in several hours.
10. Another hospitalist will assume care of the patient in the morning.

ve
03/12/2017 05:57 PM
03/12/2017 06:50 PM
001546179

*Electronically Signed By: NIEMIEC MD, MONIKA on 03/12/2017 11:36 PM*

---

| CONSULTATION |
|---|

Electronically Signed By:               NUTANKALVA MD,LAVANYA (3/13/2017 15:45 EDT)

**Infectious Diseases**
**Beacon Health System**

Patient:  **HUFFMAN, JEREMY**     MRN: **M0517993**     FIN: **M1707100095**
Age: **31 years**  Sex: **Male**  DOB: **08/06/1985**
Associated Diagnoses:  **None**
Author:  **NUTANKALVA MD, LAVANYA**

Report Request ID:   77995240                    1/24/2019 13:13 EST
                                                 Page 7 of 49

Memorial Hospital of South Bend   MRN:  M0517993; AA2081390      NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601        FIN:  M1707100095

| *CONSULTATION* |
| --- |

**Basic Information**
   **Time Seen**: Date & Time 03/13/17 12:00:00.
   **Source of history**: Medical record, Patient.
   **History limitation**: None.

**History of Present Illness**

   31-year-old male, currently a prisoner in jail, who has had a longstanding history of left elbow issues.  He
   comes to the emergency room today where concerns for an infected olecranon bursitis. He has an extensive
   history including a prior fracture of the left distal humerus back in 2007.  He had an open reduction
   internal fixation with 2 plates located in the distal one-third of the humerus by Dr. Jeff Yergler.  He had a
   good fracture recovery with well-healed bone following that surgery. He did well until nov 2016 when he
   developed swelling andpain in the left elbow area and MRI was done  in 12/2016 which showed a fluid
   collection located along the posterolateral aspect of the elbow. the swelling gradually increased in size to
   golf ball size mass on the outside of his elbow, which was eventually aspirated and apparently biopsied
   according to the patient here at Memorial in early February.  The records show he had aspiration and a
   biopsy I think of cartilage on 2/27/17 the cx which grew MSSA. But according to patient he never knew
   about the results and do not recall any antibx use.
  This admission was with the history of  having increased pain and redness and swelling for 1 week with
   drainage coming from the backside of the left elbow. Denies fever chills nausea vomitting chest pain
   diaphoresis dizziness shortness of breathe GI or GU symptyoms. NO headaches
  Complains of pain 7/10 at this time. He was assesssed by ortho and was found to have:
  Left elbow infected olecranon bursa with retained hardware from supracondylar elbow fracture and wound
   dehiscence and underwent  Left elbow open excision of necrotic skin, irrigation and debridement of
   infected olecranon bursa, open removal of hardware, placement of VAC dressing on 3/13
  ID team was asked to evaluate for antibx and infection

**Review of Systems**
  10 point system review done and was found to be negative except as stated in HPI

**Health Status**
  **Allergies**: NKDA

**Histories**
  PAST MEDICAL AND SURGICAL HISTORY:  The patient denies any chronic medical conditions such as
   diabetes, hypertension or cardiac disease.
  In 2006, the patient sustained a gunshot wound to his left elbow with exit wound.
  He did have a forearm laceration when he was making a wooden spear and cut himself with a filet knife.  The
   left forearm was lacerated.  Apparently sustained an injury to the medial nerve at that time and also some
   injury to the ulnar nerve was recorded as well.  No surgery was done at that time.

Memorial Hospital of South Bend   MRN:  M0517993; AA2081390      NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601        FIN:  M1707100095

| CONSULTATION |
| --- |

**FAMILY HISTORY:** The following information is obtained from medical chart from a previous outpatient clinic visit 1 year ago. His father, mother and siblings, all had alcoholism. His father had heart disease and his mother had asthma as well.

**SOCIAL HISTORY:** The patient is an ex-smoker. He quit 9 months ago when he was incarcerated. He has not had any alcohol or any drugs since that time. States he has been tested for Hep B ,C and HIV last year and were found to be negative

**Physical Examination**
**VS/Measurements**
Vitals View

03/13/2017 12:00

| | |
| --- | --- |
| Temperature Oral | 98.1 DegF  Normal |
| Pulse Rate | 89 bpm  Normal |
| Respiratory Rate | 14 br/min |
| Systolic Blood Pressure | 120 mmHg  Normal |
| Diastolic Blood Pressure | 62 mmHg  Normal |
| Blood Pressure Source | Manual |
| Blood Pressure Cuff Location | Right upper arm |
| Pain Intensity | 0 |
| Oxygen Saturation | 96 %  Normal |
| Oxygen Therapy | Room air |

**General:**  Alert and oriented, Mild distress.
**Eye:**  Pupils are equal, round and reactive to light, Extraocular movements are intact, Normal conjunctiva.
**HENT:**  Normocephalic, Normal hearing, Oral mucosa is moist, No pharyngeal erythema.
**Neck:**  Supple, Non-tender, No carotid bruit, No jugular venous distention, No lymphadenopathy.
**Respiratory:**  Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal, Symmetrical chest wall expansion.
**Cardiovascular:**  Normal rate, Regular rhythm, No gallop, Good pulses equal in all extremities, Normal peripheral perfusion, No edema.
**Gastrointestinal:**  Soft, Non-tender, Non-distended, Normal bowel sounds, No organomegaly.
**Musculoskeletal**
   left arm in surgical dressing with the drain in place.
**Integumentary:**  Warm, No pallor, No rash, extensive tattooing.
**Neurologic:**  Alert, Oriented, Normal sensory, Normal motor function, No focal deficits, Cranial Nerves II-XII are grossly intact.
**Cognition and Speech:**  Oriented, Speech clear and coherent.
**Psychiatric:**  Cooperative, Appropriate mood & affect.

**Review / Management**
  **Results review:**
    **Labs** (Last four charted values)
    **WBC**    H **11.34**   (MAR 12)
    **Hgb**     13.8     (MAR 12)

Report Request ID:   77995240

Memorial Hospital of South Bend    MRN:   M0517993; AA2081390      NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601      FIN:   M1707100095

| | | CONSULTATION |
|---|---|---|

| | | |
|---|---|---|
| **Hct** | 41.9 | (MAR 12) |
| **Plt** | 308 | (MAR 12) |
| **Na** | 136 | (MAR 12) |
| **K** | 4.1 | (MAR 12) |
| **CO2** | 25 | (MAR 12) |
| **Cl** | L **97** | (MAR 12) |
| **Cr** | 0.88 | (MAR 12) |
| **BUN** | 17 | (MAR 12) |
| **Glucose Random** | 94 | (MAR 12) |

```
, pus cx from 2/7:
Final -    -
Rare STAPHYLOCOCCUS AUREUS
Rare STAPHYLOCOCCUS AUREUS #2
Organism isolated in anaerobic culture
```

Intra op cx from 3/13: pending.
    **Diagnostic Findings**: Pre-op left elbow xray
```
    IMPRESSION: Prominent soft tissue swelling posterior and medial to the distal
    left humerus compatible with the clinical diagnosis of cellulitis. Stable
appearance of the bony structures of the left elbow.


    Intra-op left elbow xray
    2 intraoperative fluoroscopic spot images demonstrate removal of the majority of
the ORIF hardware from the distal left humerus.
```

**Impression and Plan**
   1. Left elbow infected olecranon bursa with retained hardware from supracondylar elbow fracture and wound dehiscence.
     s/p open excision of infected olecranon bursa and removal of hardware on 3/13/17 by Dr. Ratigan;
In this patient need to know if any hardware is still present as the xray intra op comments some hardware present but i am not sure if this is prior to removal of all the hardware as mentioned in the op note.
Stop ceftriaxone and start cefazolin. - changes done
Would continue vanc until the sensitivities are available.
In this patient who had MSSA infection documented in feb and as per patient no antibx being given I would have to assume infected left elbow with the infected hardware and the bone infection being present.
He will need at least 6 weeks of antibx. Initially 3 weeks of IV atleast and then later can be changed to oral.

   2. Elevated CRP and mild leukocytosis- is due to #1
will monitor CRP, ESR every two weeks
CBC and BMP while on the antibx weekly

*Electronically Signed By: NUTANKALVA MD, LAVANYA on 03/13/2017 03:45 PM*

Memorial Hospital of South Bend      MRN:  M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601                  FIN:  M1707100095

| CONSULTATION |
| --- |

Electronically Signed By:                    RATIGAN M.D.,BRIAN L (3/17/2017 10:01 EDT)

05

CONSULTATION

PATIENT:  HUFFMAN, JEREMY              CONSULTANT: BRIAN RATIGAN, MD
MRN: 517993                           ATTENDING: MONIKA NIEMIEC, MD
RM: 1131                              DOB: 08/06/1985
DATE OF CONSULTATION:03/12/2017


REASON FOR CONSULTATION:  Left elbow pain and swelling, possible infection.

HISTORY OF PRESENT ILLNESS:  Mr. Huffman is a 31-year-old male, currently a prisoner in jail, who has
had a longstanding history of left elbow issues.  He comes to the emergency room today where concerns for an
infected olecranon bursitis and I was called for possible surgical consultation.  When talking to the patient, there
was much more of an extensive history including a prior fracture of the distal humerus back in 2007.  He had
an open reduction internal fixation with 2 plates located in the distal one-third of the humerus by Dr. Jeff
Yergler.  He had a good fracture recovery with well-healed bone following that surgery.  When reviewing his
chart in the computer, I found images dating back to 03/2013 x-rays of the elbow, as well as in 12/2016 an MRI
was also done of the elbow that showed a fluid collection located along the posterolateral aspect of the elbow.
He reported to me that he did have a golf ball size mass on the outside of his elbow, which was eventually
aspirated and apparently biopsied according to the patient here at Memorial in early February.  When reviewing
the records, it does appear there was a guided biopsy done with results showing multiple possible findings
including a cyst, fibrotic changes, possible abscess.  Cultures at that time did show a few rare staph located as
well.  He does not report having had any antibiotics, at least when asked directly at this time, but he is unclear
exactly what he was given.  He said most of the time he was given ibuprofen.  They did allow him to come back
for a visit today after having increased pain for 1 week with drainage coming from the backside of the elbow.
He said it was drained, but now it is red and warm to touch, which has been like this for approximately a week.
He says since this past Monday is when he noticed an increase in redness and pain.  Right now, he has
decreased sensation in the left upper extremity with swollen fingers and decreased sensation as well.

PAST MEDICAL HISTORY:  As mentioned above.  He denies any other significant medical history, heart,
lung, liver or kidneys.  He did have a forearm laceration when he was making a wooden spear and cut himself
with a filet knife.  The left forearm was lacerated.  Apparently sustained an injury to the medial nerve at that
time and also some injury to the ulnar nerve was recorded as well.  No surgery was done at that time.

PAST SURGICAL HISTORY:  Includes in 2006, a gunshot wound to the left elbow.

FAMILY HISTORY:  Denies any pertinent family history.

Memorial Hospital of South Bend      MRN:  M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601                  FIN:  M1707100095

---

*CONSULTATION*

---

**SOCIAL HISTORY:** Ex-smoker, says he quit when he was placed in jail 9 months ago. No alcohol or drugs in that time period as well.

**ALLERGIES:** No known drug allergies.

**HOME MEDICATIONS:** None. He just takes an occasional ibuprofen.

**REVIEW OF SYSTEMS:** He denies any shortness of breath or chest pain. No fevers, chills, nausea, vomiting, other than the pain in the left upper extremity and numbness. He denies all other review of systems.

**PHYSICAL EXAMINATION:**
**VITAL SIGNS:** He is afebrile. Vitals are stable with a slightly elevated blood pressure.
**EXTREMITIES:** He has significant pain in the left elbow, but comfortable when not moving his arm. He is limited with his range of motion in the elbow as well. He is able to slightly wiggle his fingers and his thumb, but again says he has weakness in his hand chronically. With light touch, he does say he can feel where I touch into the fingers. He does not have a swollen left shoulder. He does have multiple tattoos throughout. There is a well-healed incision with slightly prominent keloiding posteriorly from his prior surgery.

X-rays of the elbow show proper position posterior distal humeral plate. There is a fluid collection noted, obvious soft tissue swelling noted as well.

**IMPRESSION:** Left elbow infected olecranon bursitis with possible intra-articular infection, undiagnosed without aspiration. Retained hardware.

**PLAN:** He was admitted to the hospitalist service with anticipation for surgical irrigation and debridement. Plan is to go to the operating room tonight and at the very least, excise the infected olecranon bursa along with copious irrigation and debridement. I am doubtful that the wound will be closed primarily given his length of time that he most likely has had this infection. It is likely that we will remove the hardware as well into the posterior humeral aspect due to the fact that if we leave this, it will unlikely optimize his outcome with retained metal hardware in the face of infection. His joint will be assessed as well with an intra-articular aspiration at some point during the case and the fluid will be assessed. If questionable at all, we will do an arthrotomy and irrigate the joint as well. The patient is understanding of the plan and wishes to proceed as soon as possible, especially given his significant discomfort.

hs
03/12/2017 09:47 PM
03/12/2017 11:38 PM
001546244

---

*Electronically Signed By: RATIGAN M.D., BRIAN L  on 03/17/2017 10:01 AM*

Memorial Hospital of South Bend   MRN:  M0517993; AA2081390      NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601          FIN:  M1707100095

| OPERATIVE REPORT |
|---|

Electronically Signed By:              MORTELL MD,KELLY E (4/4/2017 15:16 EDT)

**IR Post Op Note - Mortell**
**Beacon Health System**

Patient: **HUFFMAN, JEREMY**    **MRN: M0517993**    **FIN: M1707100095**
Age: **31 years**  Sex: **Male**  DOB: **08/06/1985**
Associated Diagnoses: **None**
Author: **MORTELL MD, KELLY E**

(Instructions:  Use F3 key to advance to next placeholder for documentation)

**_POST OPERATIVE NOTE_:**

**Procedure**: Aspiration of left elbow

**PreOp Diagnosis**: Effusion

**PostOp Diagnosis**: Same

**Findings**:  A small left elbow joint effusion is present.  This was aspirated under ultrasound guidance, and 3 mL of serosanguinous fluid was withdrawn and sent to the lab.

**Surgeon**: Kelly Mortell

**Assistant(s)**: None

**Estimated Blood Loss**: [_] None   [x] Minimal   [_] Other _

**Specimen Removed**: [x] None   [_] Other _

**Complications**: [x] None   [_] Other _

**Optional Info**:
  **Anesthesiologist**: _
  **Type of Anesthesia**: _

_Electronically Signed By: MORTELL MD, KELLY E  on 04/04/2017 03:16 PM_

Electronically Signed By:           RATIGAN M.D.,BRIAN L (3/17/2017 10:01 EDT)

04

OPERATIVE NOTE

PATIENT: HUFFMAN, JEREMY      DICTATED BY: BRIAN RATIGAN, MD
MRN: 517993                ATTENDING: MONIKA NIEMIEC, MD
FIN: 1707100095             RM: 0834
PROCEDURE DATE: 03/13/2017    DOB: 08/06/1985
Report Request ID:  77995240

Memorial Hospital of South Bend     MRN:  M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601               FIN:  M1707100095

| OPERATIVE REPORT |
| --- |

PREOPERATIVE DIAGNOSIS:  Left elbow infected olecranon bursa with retained hardware from supracondylar elbow fracture and wound dehiscence.

POSTOPERATIVE DIAGNOSIS:  Left elbow infected olecranon bursa with retained hardware from supracondylar elbow fracture and wound dehiscence.

PROCEDURE PERFORMED:  Left elbow open excision of necrotic skin, irrigation and debridement of infected olecranon bursa, open removal of hardware, placement of VAC dressing.

SURGEON:  Brian Ratigan, MD

ANESTHESIOLOGIST:  Kyle Strycker, MD

ANESTHESIA:  General.

IV FLUIDS:  1000 mL Lactated Ringer's.

ESTIMATED BLOOD LOSS:  100 mL

DESCRIPTION OF PROCEDURE:  Jeremy is a 31-year-old male currently incarcerated and brought in to the operating room chained to his bed at the ankle. His left elbow and arm were properly identified. Anesthesia was induced without difficulty. Antibiotics were administered prior to the start of the case, as he had already gotten antibiotics in the emergency room. His left arm was prepped and draped in the usual sterile fashion and the handcuffs were released from his legs while a police officer remained in the hallway during the case watching through the operative window the entire time.

His prior posterior incision was reopened. There was significant keloid that was excised. He also had dehiscence located coming off the mid portion of the incision and spreading laterally through necrotic thinned skin tissue. Significant amount of hematoma was evacuated at this time.

The lateral aspect of his elbow was significantly compromised with abundant necrotic tissue; thin-appearing muscular tissue along the lateral tricep was noted. There was scarring noted along the central portion of the triceps region from the prior triceps split at surgery from 2007. He has virtually no thickness to approximately 6 cm x 4 cm region of his posterior skin directly over the olecranon. This is the region of the body that thinned and opened throughout the night prior to surgery. This region was excised with sharp knife dissection to bleeding fresh edge tissue. We then copiously irrigated all the necrotic tissue and irrigated the entire open wound, along with debridement of the necrotic tissue circumferentially.

The lateral distal humeral plate was exposed through the necrotic triceps muscle. Therefore, the prior midline incision was utilized to expose both hardware and remove both plates. In the removal process of both plates, the screw heads were virtually all stripped and multiple screws broke off as the heads were removed. Screw

Report Request ID:   77995240

Memorial Hospital of South Bend    MRN:   M0517993; AA2081390      NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601       FIN:   M1707100095

| OPERATIVE REPORT |
| --- |

removal kit from Synthes was utilized to remove each of the screws. After 1 of the screw heads broke off and the plate removed, the trephine was utilized to remove the remainder of the screw within the bone itself. However, after multiple screw heads broke off the many of the remaining screws, I elected not to trephine all of the screws, as this would have significantly compromised the bone, creating the need for a new open reduction internal fixation due to the trephined holes. Therefore, these imbedded screws were left, no screw heads or screw were prominent at this time. X-rays showed the embedded screws well-seated without signs of loosening. This region of the bone was then copiously irrigated as well with pulse lavage irrigation. Six liters of pulse lavage irrigation was utilized at this time, with 3 liters having bacitracin included.

Following debridement, we then placed a medium VAC dressing to suction to help approximate the wound edges, as well as continued drainage.

The patient was then awakened from anesthesia and taken to the recovery room in stable condition.


mkw
03/13/2017 09:18 AM
03/13/2017 12:15 PM
001546443

*Electronically Signed By: RATIGAN M.D., BRIAN L on 03/17/2017 10:01 AM*

| ER PHYSICIAN REPORT |
| --- |

10

## EMERGENCY DEPARTMENT PHYSICIAN EVALUATION

PATIENT: HUFFMAN, JEREMY      DICTATED BY: AOKO DORIS CRAIN, MD
MRN: 517993                   ATTENDING: MONIKA NIEMIEC, MD
FIN: 1707100095            RM: 1131
ADM DATE: 03/12/2017        DOB: 08/06/1985

HISTORICAL DATA: Jeremy is a 31-year-old male who presents in police custody with left upper extremity swelling. The patient reports that in 2006, he had a gunshot wound to his elbow and had surgery. He reports that about a year ago, he started having issues and developed what he was told was a ganglion cyst of his left elbow. He reports that he had some minor discomfort with that elbow until this past week. About a week ago, he started having pain and swelling. He noticed increased redness and then yesterday he noticed drainage. He denies any fevers, nausea, vomiting, chest pain or trouble breathing. He has been taking naproxen for pain.

PHYSICAL EXAMINATION: He is afebrile, pulse 81, respiratory rate 20, blood pressure 157/85, 100% on room air. He is alert and oriented x3, no acute distress. Oropharynx moist. Neck supple. Lungs are clear with

Memorial Hospital of South Bend    MRN: M0517993; AA2081390      NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601      FIN: M1707100095

| ER PHYSICIAN REPORT |
|---|

easy work of breathing. Heart is regular rate and rhythm. Left upper extremity, he has a good radial pulse, good grip strength. He has swelling from about the proximal forearm to mid upper arm with overlying redness. He has most prominent swelling and tenderness over the left elbow with open wound right at the olecranon with scant serosanguineous drainage. There is increased warmth of that elbow. He is able to range the elbow about 45 degrees. Sensation is intact.

CLINICAL COURSE: The patient had x-ray showing recurrent or residual complex fluid collection in the posterior lateral soft tissue of the elbow. His labs revealed mild leukocytosis of 11. BMP normal. CRP 119 and sed rate also elevated at 72. The patient with what appears to be an infected bursitis with overlying cellulitis. The patient was consented for aspiration of the joint. He agreed and he was draped in sterile fashion using 1% lidocaine that was injected locally followed by aspiration with an 18-gauge needle. Aspirate was bloody, approximately 10 mL was drained and sent for culture. The patient was started on antibiotics, vancomycin and ceftriaxone. Blood cultures collected. I discussed the case with Dr. Brian Ratigan of orthopedic surgery. The patient will be taken to the OR this evening for washout and drainage. The patient admitted to the hospitalist service, Dr. Monika Niemiec in stable condition.

DIAGNOSTIC IMPRESSION: Left olecranon bursa infection.

hs
03/12/2017 06:10 PM
03/12/2017 06:51 PM
001546187

*Electronically Signed By: CRAIN MD, AOKO D on 04/17/2017 05:19 PM*

**Prearrival Note**

### Pre-Arrival Summary

**Name:** Huffman, Jeremy      **Current Date:** 3/12/2017 14:24:03 EDT
**Gender:**
**Date of Birth:**
**Age:**
**Pre-Arrival Type:** Referral
**ETA:** 3/12/2017 14:03:00 EDT
**Primary Care Physician:**

**Note Creator:** GERSTBAUER RN, DAVID A
**Referring Source:**
**Location:** PreArr

### PreArrival Communication Form

Report Request ID:    77995240            1/24/2019 13:13 EST

Memorial Hospital of South Bend    MRN:   M0517993; AA2081390       NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601       FIN:   M1707100095

---

*ER PHYSICIAN REPORT*

## Memorial Emergency Department

### 615 N.Michigan St.

### South Bend, IN 46601

## Additional Information:

Note taken by Dr. Webb.  Pt. has h/o GSW to left elbow a few years ago.  2-3 months ago there has been swelling to the
elbow.  This patient is incarcerated.  Want to rule out infection and to have someone to follow this problem.

---

*DIAGNOSTIC*

| ACCESSION | PROCEDURE | EXAM DATE/TIME | ORDERING PROVIDER |
|---|---|---|---|
| DX-17-0034942 | DX Elbow 2 Views LT | 3/13/2017 08:11 EDT | NIEMIEC MD,MONIKA |

**Reason For Exam**
(DX Elbow 2 Views LT) hardware removal w/ I & D

**Radiology Rpt**
3.6 seconds and 0.18 mGy of fluoroscopy was utilized by Dr. Ratigan on
3/13/2017.

2 intraoperative fluoroscopic spot images demonstrate removal of the majority of
the ORIF hardware from the distal left humerus.

Rad Station: EGH-PACS-WKS6

*** Final ***

*Interpreted by:  VANDERVEEN M.D., KATRINA T*

*Electronically Signed By:  VANDERVEEN M.D., KATRINA T, M.D.
on  03/13/2017 08:20*

Memorial Hospital of South Bend      MRN:  M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601                  FIN:  M1707100095

| DIAGNOSTIC |
|:----------:|

| ACCESSION | PROCEDURE | EXAM DATE/TIME | ORDERING PROVIDER |
|-----------|-----------|----------------|-------------------|
| DX-17-0034952 | DX Elbow 2 Views LT | 3/12/2017 16:40 EDT | NIEMIEC MD, MONIKA |

**Reason For Exam**
(DX Elbow 2 Views LT) evaluation for surgery

**Radiology Rpt**
Examination: Left elbow, 2 views

Dictation: Cellulitis; preoperative evaluation.

COMPARISON: March 18, 2013.

FINDINGS: There has been interval development of soft tissue swelling focally
prominent posterior and medial to the distal left humerus and left elbow. Plate
and screw fixation attached to the distal left humeral shaft is in stable
position appearance with healed posttraumatic deformity of the distal left
humeral shaft. Proximal radius and ulna are unremarkable. There is unchanged
periosteal new bone formation seen along the lateral aspect of the distal
humeral shaft. No air bubbles are seen in the soft tissues.

IMPRESSION: Prominent soft tissue swelling posterior and medial to the distal
left humerus compatible with the clinical diagnosis of cellulitis. Stable
appearance of the bony structures of the left elbow.


Rad Station: RWKS-2X

*** Final ***

*Interpreted by:  D'ANDREA MD, DAVID C*


*Electronically Signed By:  D'ANDREA MD, DAVID C, MD*
*on  03/13/2017 09:27*

| INTERVENTIONAL |
|:--------------:|

| ACCESSION | PROCEDURE | EXAM DATE/TIME |
|-----------|-----------|----------------|
| IR-17-0008321 | IR 20606 Asp/Inj Med Jt LT US | 4/4/2017 15:17 EDT |

**Reason For Exam**
(IR 20606 Asp/Inj Med Jt LT US) septic elbow

**Radiology Rpt**
Ultrasound-guided aspiration of left elbow fluid collection

HISTORY: Small fluid collection seen posterior to the distal humerus after
surgery

PROCEDURE:

Ultrasound demonstrates a very small amount of fluid posterior to the distal

Report Request ID:    77995240                          1/24/2019 13:13 EST
                                                        Page 18 of 49

Memorial Hospital of South Bend    MRN:  M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601              FIN:  M1707100095

| INTERVENTIONAL |
| --- |

**Radiology Rpt**
humerus. The overlying skin was prepped and draped according to standard sterile
technique. Local anesthesia was given with 1% lidocaine. Under ultrasound
visualization, access into the fluid was achieved with a 20-gauge needle. A
total of 3 mL of serosanguineous fluid was aspirated and sent to the lab for
analysis. The patient tolerated the procedure well, without evidence of
immediate complication. Ultrasound images were saved to the patient's permanent
medical record.

IMPRESSION:

Ultrasound-guided aspiration of small left elbow fluid collection yielding 3 mL
of serosanguineous fluid.


Rad Station: IRWKS-2X

*** Final ***

*Interpreted by:  MORTELL MD, KELLY E*

*Electronically Signed By:  MORTELL MD, KELLY E, MD*
*on  04/04/2017 16:02*


| MRI |
| --- |

**MRI LEFT UPPER EXTREMITY WO/W ***
MAGNETIC RESONANCE IMAGING CENTER
17333 Dugdale Drive, South Bend, Indiana 46635
(574) 272-9991 (888) 272-9991 Fax:  (574) 271-9998MRI Center at Memorial
HUFFMAN, JEREMY  189335
D.O.B. 08/06/1985

KATHRYN  ZEHR, NP
615 N. MICHIGAN ST.
SOUTH BEND IN 46601

MRI LEFT UPPER EXTREMITY WO/W ***
Exam Date:  03/31/2017


HISTORY: Left elbow pain.  Wound infection. Hardware removal.

TECHNIQUE: T1, STIR, and T1 postcontrast axial, sagittal, and coronal images were obtained.

CONTRAST: 16 mL intravenous Multihance was administered.

COMPARISON: MRI dated December 19, 2016.  Intraoperative films dated March 13, 2017.


Report Request ID:    77995240                          1/24/2019 13:13 EST

Memorial Hospital of South Bend    MRN:  M0517993; AA2081390        NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601              FIN:  M1707100095

| MRI |
|---|

FINDINGS: Since the previous exam the plates and majority of the screws associated with the distal humerus have been removed.  Five the residual fractured screws are noted within the distal humerus on plain film which results in artifact on the patient's MRI, somewhat limiting the exam.  The previously noted lateral fluid collection has resolved.  There is a new fluid collection posterior to the distal humerus measuring 7.4 cm cranial caudal, 0.9 cm AP, and 1.7 cm transverse.  There is mild bone marrow edema of the anterior aspect of the capitellum which is new from previous exam and of uncertain etiology and significance.  Bone marrow signal is otherwise within normal limits.  The radial and ulnar collateral ligaments appear to be intact.  No muscle tears or muscular atrophy is appreciated.  There are postsurgical changes within the distal triceps tendon.  The common flexor tendon and common extensor tendon are intact.  The distal biceps tendon and brachialis tendon are intact.

IMPRESSION:
1. Interval hardware removal.  Retained screws are noted within the distal humerus resulting in artifact somewhat limiting the exam.
2. There is a new fluid collection lung the posterior aspect of the distal humerus which may represent a postoperative seroma.  Infected fluid collection is not excluded.  This may be amenable to aspiration under ultrasound or fluoroscopy if clinically indicated.  The previously noted large lateral fluid collection has resolved.
3. There has been interval development of bone marrow edema of the anterior capitellum which is of uncertain etiology and significance.  This may be due to degenerative changes, bone bruising, or chronic stress changes.  Osteomyelitis is less likely.

REPORT READ BY:
MICHAEL GRANTHAM, M.D.

REPORT ELECTRONICALLY SIGNED BY:
MICHAEL GRANTHAM, M.D.

MG

cc:

REPORT APPROVED DATE AND TIME (VALID ONLY WHEN ELECTRONIC
SIGNATURE PRESENT):  03/31/2017 10:15 AM

Page  PAGE 1 of  NUMPAGES  1

| HEMATOLOGY |
|---|

| Collected Date | 4/4/2017 | 3/28/2017 | 3/21/2017 | 3/14/2017 | 3/12/2017 | | |
| Collected Time | 07:07 EDT | 01:58 EDT | 02:18 EDT | 04:36 EDT | 16:10 EDT | | |
| Procedure | | | | | | Units | Reference Range |
| WBC | 6.64 | 9.02 | 6.94 | 10.37 | 11.34 H | x10(3)/mm3 | [4.00-11.00] |
| RBC | 4.39 | 3.87 L | 4.16 | 3.31 L | 4.72 | x10(6)/mm3 | [3.90-5.90] |
| Hemoglobin | 11.9 L | 10.5 L | 11.7 L | 9.3 L | 13.8 | gm/dL | [13.0-17.3] |
| Hematocrit | 37.9 L | 33.2 L | 35.9 L | 29.4 L | 41.9 | % | [39.0-53.0] |
| MCV | 86.3 | 85.8 | 86.3 | 88.8 | 88.8 | fl | [81.0-100.0] |
| MCH | 27.1 | 27.1 | 28.1 | 28.1 | 29.2 | pg | [27.0-34.0] |
| MCHC | 31.4 | 31.6 | 32.6 | 31.6 | 32.9 | gm/dL | [30.0-36.0] |

Report Request ID:    77995240

Memorial Hospital of South Bend  MRN: M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601            FIN: M1707100095

### HEMATOLOGY

| Procedure | Collected Date: 4/4/2017 Collected Time: 07:07 EDT | 3/28/2017 01:58 EDT | 3/21/2017 02:18 EDT | 3/14/2017 04:36 EDT | 3/12/2017 18:10 EDT | Units | Reference Range |
|---|---|---|---|---|---|---|---|
| Platelet | 329 | 379 | 430 | 270 | 308 | x10(3)/mm3 | [130-470] |
| MPV | 9.8 | 9.7 | 9.3 | 9.9 | 10.1 | fl | [9.4-12.4] |
| RDW | 13.6 | 13.3 | 13.4 | 13.5 | 13.9 | % | [12.2-15.2] |
| RDW-SD | 43 | 42 | 42 | 44 | 45 | | |
| Neutro Auto | 55.0 | - | - | - | 78.7 | % | |
| Lymph Auto | 33.3 | - | - | - | 7.5 | % | |
| Mono Auto | 6.5 | - | - | - | 12.4 | % | |
| Eos Auto | 4.7 | - | - | - | 1.2 | % | |
| Basophil Auto | 0.5 | - | - | - | 0.2 | % | |
| Abs Neutro | 3.66 | - | - | - | 8.92 | x10(3)/mm3 | [1.67-8.47] |
| Abs Lymph | 2.21 | - | - | - | 0.85 | x10(3)/mm3 | [1.03-4.84] |
| Abs Mono | 0.43 | - | - | - | 1.41 | x10(3)/mm3 | [0.27-0.98] |
| Abs Eos | 0.31 | - | - | - | 0.14 | x10(3)/mm3 | [0.11-0.55] |
| Abs Basophil | 0.03 | - | - | - | 0.02 | x10(3)/mm3 | [0.02-0.10] |
| NRBC% | - | 0.0 | 0.0 | 0.0 | - | % | [0.0-0.2] |
| Sed Rate | 17 | - | - | - | 72 | mm/hr | [0-15] |

Interpretive Data
I1:     MPV
   A result of *0.00 for MPV is due to variation in platelet size where the instrument could not obtain an accurate measurement.
i2:     RDW
   A result of *0.00 for RDW indicates anisocytosis (size) that may be from a heterozygous population of cells and/or poikilocytosis (shape) typically seen in blood transfusions. Unable to report due to dimorphic RBC population.

### CHEMISTRY

| Procedure | Collected Date: 4/4/2017 Collected Time: 07:07 EDT | 3/28/2017 01:58 EDT | 3/21/2017 02:18 EDT | 3/17/2017 02:30 EDT | 3/18/2017 02:56 EDT | 3/15/2017 00:10 EDT | Units | Reference Range |
|---|---|---|---|---|---|---|---|---|
| Sodium | 136 | 140 | 142 | 134 | 141 | 142 | mmol/L | [136-145] |
| Potassium | 4.2 | 4.0 | 4.3 | 3.4 | 4.1 | 4.1 | mmol/L | [3.5-5.1] |
| Chloride | 99 | 101 | 99 | 92 | 98 | 103 | mmol/L | [98-107] |
| CO2 | 24 | 26 | 27 | 29 | 32 | 28 | mmol/L | [22-29] |
| AGAP | 17 | 17 | 20 | 16 | 15 | 15 | mmol/L | [6-22] |
| BUN | 15 | 15 | 18 | 10 | 11 | 8 | mg/dL | [6-20] |
| Creatinine | 0.94 | 1.07 | 1.20 | 0.91 | 0.92 | 0.80 | mg/dL | [0.70-1.20] |
| Glucose | 92 | 94 | 97 | 115 | 99 | 92 | mg/dL | [70-108] |
| GFR (calc) African American | >60 | >60 | >60 | >60 | >60 | >60 | mL/min/1.73m^2 | [>=60] |
| GFR (calc) Non African Am | >60 | >60 | >60 | >60 | >60 | >60 | mL/min/1.73m^2 | [>=60] |
| Calcium | 9.3 | 8.9 | 9.1 | 9.1 | 9.2 | 8.4 | mg/dL | [8.6-10.0] |
| Bili Total | <0.2 | - | - | - | - | - | mg/dL | [0.0-1.2] |
| Alk Phos | 79 | - | - | - | - | - | U/L | [40-129] |
| SGOT/AST | 48 | - | - | - | - | - | U/L | [0-40] |
| SGPT/ALT | 30 | - | - | - | - | - | U/L | [0-41] |
| Total Protein | 6.9 | - | - | - | - | - | gm/dL | [6.6-8.7] |
| Albumin | 4.3 | - | - | - | - | - | gm/dL | [3.5-5.2] |
| Globulin | 3 | - | - | - | - | - | | |
| A/G Ratio | 1.7 | - | - | - | - | - | | [6.0-22.0] |
| C Reactive Prot Quant | 0.54 | - | - | - | - | - | mg/L | [0.00-4.90] |

Memorial Hospital of South Bend      MRN:   M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601              FIN:   M1707100095

| | | | *CHEMISTRY* | |
|---|---|---|---|---|

| Procedure | Collected Date: 3/14/2017 Collected Time: 04:36 EDT | 3/12/2017 16:10 EDT | Units | Reference Range |
|---|---|---|---|---|
| Sodium | 137 ᴼᵀ | 136 | mmol/L | [136-145] |
| Potassium | 4.8 ᴼᵀ | 4.1 | mmol/L | [3.5-5.1] |
| Chloride | 99 ᴼᵀ | 97 | mmol/L | [98-107] |
| CO2 | 28 ᴼᵀ | 25 | mmol/L | [22-29] |
| AGAP | 15 ᴼᵀ ³ | 18 ⁱ³ | mmol/L | [6-22] |
| BUN | 12 ᴼᵀ | 17 | mg/dL | [6-20] |
| Creatinine | 0.82 ᴼᵀ | 0.88 | mg/dL | [0.70-1.20] |
| Glucose | 98 ᴼᵀ | 94 | mg/dL | [70-106] |
| GFR (calc) African American | >60 | >60 | mL/min/1.73m^2 | [>=60] |
| GFR (calc) Non African Am | >60 ⁱ⁴ | >60 ⁱ⁴ | mL/min/1.73m^2 | [>=60] |
| Calcium | 8.31 ᴼᵀ | 9.1 | mg/dL | [8.6-10.0] |
| Bili Total | <0.2 ᴼ⁸ | - | mg/dL | [0.0-1.2] |
| Bili Direct | <0.2 ᴼ⁸ | - | mg/dL | [0.0-0.3] |
| Alk Phos | 75 ᴼ⁸ | - | U/L | [40-129] |
| SGOT/AST | 17 ᴼ⁸ | - | U/L | [0-40] |
| SGPT/ALT | 19 ᴼ⁸ | - | U/L | [0-41] |
| Total Protein | 5.7 L ᴼ⁸ | - | gm/dL | [6.6-8.7] |
| Albumin | 3.4 L ᴼ⁸ | - | gm/dL | [3.5-5.2] |
| C Reactive Prot Quant | - | 119.70 ᴴ | mg/L | [0.00-4.90] |

Order Comment
O1:      CMP Comprehensive Metabolic Panel
          Albumin, Alkaline Phosphatase, Total Bilirubin, Calcium, CO2, Chloride, Creatinine, Glucose, Potassium, Total Protein, AST, ALT, Sodium, BUN
O2:      BMP Basic Metabolic Panel (BMP)
          Calcium, CO2, Chloride, Creatinine, Glucose, Potassium, Sodium, BUN
O3:      BMP Basic Metabolic Panel (BMP)
          Calcium, CO2, Chloride, Creatinine, Glucose, Potassium, Sodium, BUN
O4:      BMP Basic Metabolic Panel (BMP)
          Calcium, CO2, Chloride, Creatinine, Glucose, Potassium, Sodium, BUN
O5:      BMP Basic Metabolic Panel (BMP)
          Calcium, CO2, Chloride, Creatinine, Glucose, Potassium, Sodium, BUN
O6:      BMP Basic Metabolic Panel (BMP)
          Calcium, CO2, Chloride, Creatinine, Glucose, Potassium, Sodium, BUN
O7:      BMP Basic Metabolic Panel (BMP)
          Calcium, CO2, Chloride, Creatinine, Glucose, Potassium, Sodium, BUN
O8:      Hepatic Function Panel (Liver Function Panel)
          Albumin, Alkaline Phosphatase, ALT, AST, Total Bilirubin, Total Protein, A/G Ratio (Calculated), Globulin (calculated)

Interpretive Data
i3:      AGAP
          AGAP calculation = [Na + K] - [Cl + CO2]
i4:      GFR (calc) Non African Am
          Accurate GFR(calc) requires stable level of kidney function. Chronic kidney disease indicated by GFR(calc) less than 60 mL/min/1.73m^2 for 3 or more months.

          Moderate decrease in GFR(calc):  30-59
          Severe decrease in GFR(calc):    15-29
          Kidney failure in GFR(calc):     <15

Report Request ID:    77995240

Memorial Hospital of South Bend    MRN:  M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601              FIN:  M1707100095

| | | | | BLOOD GASES | |
|---|---|---|---|---|---|

| | Collected Date | 3/12/2017 | | | |
|---|---|---|---|---|---|
| | Collected Time | 16:56 EDT | | | |
| | Procedure | | Units | Reference Range | |
| Specimen Delivery Route | Pneumatic Tube | | | | |

| | | | | TOXICOLOGY | |
|---|---|---|---|---|---|

| Collected Date: | 3/15/2017 | | | |
|---|---|---|---|---|
| Collected Time: | 00:10 EDT | | | |
| Procedure | | Units | Reference Range | |
| Vanco Tr | 12.1 | ug/mL | [10.0-20.0] | |

| | | | | CLINICAL DATA | |
|---|---|---|---|---|---|

| | Collected Date | 3/12/2017 | | | |
|---|---|---|---|---|---|
| | Collected Time | 16:56 EDT | | | |
| | Procedure | | Units | Reference Range | |
| Specimen Sent Date and Time | 3/12/2017 16:56 EDT | | | | |

| | | | | MICROBIOLOGY | |
|---|---|---|---|---|---|

PROCEDURE:         Culture Anaerobic (includes    ACCESSION:
                   smear)
SOURCE:            Aspirate                       BODY SITE:              Elbow L
COLLECTED DATE/TIME:  4/4/2017 15:08 EDT          RECEIVED DATE/TIME:     4/4/2017 17:25 EDT
START DATE/TIME:   4/4/2017 15:08 EDT             FREE TEXT SOURCE:

***FINAL REPORTS***
Final Report
Verified Date/Time/Personnel:
No growth

***PRELIMINARY REPORTS***
Preliminary Report
No growth

***INTERFACED REPORTS***
Gram Stain RL
Verified Date/Time/Personnel:
10-25 PMN/LPF
No organisms seen.

Memorial Hospital of South Bend       MRN:   M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601                   FIN:   M1707100095

| MICROBIOLOGY |
|---|

PROCEDURE:          Culture Routine with        ACCESSION:
                    Sensitivity if Indicated
                    Aspirate
SOURCE:                                         BODY SITE:              Elbow L
COLLECTED DATE/TIME: 4/4/2017 15:08 EDT         RECEIVED DATE/TIME:     4/4/2017 17:25 EDT
START DATE/TIME:     4/4/2017 15:08 EDT         FREE TEXT SOURCE:

***FINAL REPORTS***
Final Report
Verified Date/Time/Personnel:
No growth at 5 days.

***PRELIMINARY REPORTS***
Preliminary Report
No growth at 48 hours.

***INTERFACED REPORTS***
Gram Stain RL
Verified Date/Time/Personnel:
10-25 PMN/LPF
No organisms seen.

PROCEDURE:          Culture Routine w/ Sensitivity   ACCESSION:
                    if Ind RL
SOURCE:             Tissue                        BODY SITE:              Elbow
COLLECTED DATE/TIME: 3/13/2017 08:30 EDT          RECEIVED DATE/TIME:     3/13/2017 09:53 EDT
START DATE/TIME:     3/13/2017 08:30 EDT          FREE TEXT SOURCE:

PROCEDURE:          Culture Fungus Other Source   ACCESSION:
                    (excludes Blood, Hair, Skin,
                    Nails) ᵒ⁹
SOURCE:             Tissue                        BODY SITE:              Elbow
COLLECTED DATE/TIME: 3/13/2017 08:30 EDT          RECEIVED DATE/TIME:     3/13/2017 18:01 EDT
START DATE/TIME:     3/13/2017 08:30 EDT          FREE TEXT SOURCE:       Tissue

***FINAL REPORTS***
Final Report
Verified Date/Time/Personnel:
No growth at 4 weeks.

***PRELIMINARY REPORTS***
Preliminary Report
No fungus isolated at 2 weeks.
4 weeks required for final negative report

***INTERFACED REPORTS***
KOH Prep
Verified Date/Time/Personnel:
No Yeast or Fungal elements observed

Report Request ID:   77995240                    1/24/2019 13:13 EST
                                                 Page 24 of 49

Memorial Hospital of South Bend    MRN: M0517993; AA2081390      NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601      FIN: M1707100095

| MICROBIOLOGY |
|---|

Order Comment
O9:    Culture Fungus Routine
     SBMF Accession:1707241836

---

PROCEDURE:      Culture Anaerobic (includes    ACCESSION:
     smear) O10

SOURCE:      Tissue      BODY SITE:      Elbow
COLLECTED DATE/TIME:    3/13/2017 08:30 EDT      RECEIVED DATE/TIME:    3/13/2017 09:53 EDT
START DATE/TIME:      3/13/2017 08:30 EDT      FREE TEXT SOURCE:      Tissue

***FINAL REPORTS***
Final Report
Verified Date/Time/Personnel:
No anaerobic organisms isolated.

***PRELIMINARY REPORTS***
Preliminary Report
No anaerobic organisms isolated.

***INTERFACED REPORTS***
Gram Stain RL
Verified Date/Time/Personnel:
<10 PMN/LPF
No organisms seen.

Order Comment
O10:    Culture Anaerobic (includes smear)
     SBMF Accession:1707241838

---

PROCEDURE:      Culture Routine with    ACCESSION:
     Sensitivity if Indicated O11

SOURCE:      Tissue      BODY SITE:      Elbow
COLLECTED DATE/TIME:    3/13/2017 08:30 EDT      RECEIVED DATE/TIME:    3/13/2017 09:53 EDT
START DATE/TIME:      3/13/2017 08:30 EDT      FREE TEXT SOURCE:      Tissue

***FINAL REPORTS***
Final Report
Verified Date/Time/Personnel:
Few STAPHYLOCOCCUS AUREUS NOT MRSA
See previous culture for MIC

***PRELIMINARY REPORTS***
Preliminary Report
Few STAPHYLOCOCCUS AUREUS
Susceptibility test to follow

***INTERFACED REPORTS***
Gram Stain RL
Verified Date/Time/Personnel:
<10 PMN/LPF
No organisms seen.

Report Request ID:    77995240          1/24/2019 13:13 EST
         Page 25 of 49

Memorial Hospital of South Bend    MRN:   M0517993; AA2081390      NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601      FIN:   M1707100095

| MICROBIOLOGY |
|---|

Order Comment
O11:    Culture Routine with Sensitivity if Indicated (Aerobic Culture with Sensitivity if Indicated)
      SBMF Accession:1707241837

PROCEDURE:      Culture Routine with      ACCESSION:
                  Sensitivity if Indicated
SOURCE:          Cyst                BODY SITE:        Elbow L
COLLECTED DATE/TIME:   3/12/2017 16:55 EDT     RECEIVED DATE/TIME:   3/12/2017 20:27 EDT
START DATE/TIME:      3/12/2017 16:55 EDT     FREE TEXT SOURCE:

***SUSCEPTIBILITY RESULTS***

| Antibiotic | SA MIC Interp | MDIL | P MICInt | P MICDil |
|---|---|---|---|---|
| Beta Lactamase | | + | | |
| Cefazolin | Susceptible | | | |
| Clindamycin | Susceptible | | | |
| Oxacillin | Susceptible | | | |
| Vancomycin | Susceptible | 2 | | |
| Vancomycin Confirmed | | | Susceptible | 1 |

PROCEDURE:      Culture Routine with      ACCESSION:
                  Sensitivity if Indicated
SOURCE:          Cyst                BODY SITE:        Elbow L
COLLECTED DATE/TIME:   3/12/2017 16:55 EDT     RECEIVED DATE/TIME:   3/12/2017 20:27 EDT
START DATE/TIME:      3/12/2017 16:55 EDT     FREE TEXT SOURCE:     Cyst

***FINAL REPORTS***
Final Report
Verified Date/Time/Personnel:
Many STAPHYLOCOCCUS AUREUS

***PRELIMINARY REPORTS***
Preliminary Report
Many STAPHYLOCOCCUS AUREUS
Vancomycin MIC >=2ug/mL
confirmation to follow

***INTERFACED REPORTS***
Gram Stain RL
Verified Date/Time/Personnel:
>25 PMN/LPF
No organisms seen.

Report Request ID:    77995240                 1/24/2019 13:13 EST

Memorial Hospital of South Bend     MRN:   M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601               FIN:   M1707100095

| MICROBIOLOGY |
|---|

PROCEDURE:           Culture Blood Routine [O12]     ACCESSION:
SOURCE:              Blood                          BODY SITE:
COLLECTED DATE/TIME: 3/12/2017 16:20 EDT           RECEIVED DATE/TIME:   3/12/2017 18:07 EDT
START DATE/TIME:     3/12/2017 16:20 EDT           FREE TEXT SOURCE:     Blood

***FINAL REPORTS***
Final Report
Verified Date/Time/Personnel:
**No growth at 5 days.**

***PRELIMINARY REPORTS***
Preliminary Report
**No growth at 2 days.**

Order Comment
O12:    Culture Blood Routine (Blood Culture Routine)
        SBMF Accession:1707141891

PROCEDURE:           Culture Blood Routine [O13]     ACCESSION:
SOURCE:              Blood                          BODY SITE:
COLLECTED DATE/TIME: 3/12/2017 16:10 EDT           RECEIVED DATE/TIME:   3/12/2017 18:07 EDT
START DATE/TIME:     3/12/2017 16:10 EDT           FREE TEXT SOURCE:     Blood

***FINAL REPORTS***
Final Report
Verified Date/Time/Personnel:
**No growth at 5 days.**

***PRELIMINARY REPORTS***
Preliminary Report
**No growth at 2 days.**

Order Comment
O13:    Culture Blood Routine (Blood Culture Routine)
        SBMF Accession:1707141890

| DISCHARGE PROCESS |
|---|

**Discharge PowerForm MH Entered On:  4/14/2017 13:06**
**Performed On:  4/14/2017 13:04  by TEIXEIRA RN, SADIE E**

**Discharge Information MH**
*Mode of Discharge :*  Ambulatory
*Teach Back Performed :*  No-N/A for patient'
*Teach Back Reasons Not Done:*  Other: going to Jail

TEIXEIRA RN, SADIE E - 4/14/2017 13:04

**Discharge Plan**
*Discharge Plan per Social Service :*  Jail / Prison
*Discharge Planned for :*  4/14/2017 17:00

Report Request ID:    77995240

Memorial Hospital of South Bend     MRN:  M0517993; AA2081390           NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601                FIN:  M1707100095

| DISCHARGE PROCESS |
|---|

TEIXEIRA RN, SADIE E - 4/14/2017 13:04

**Discharge Requirements MH**
*Advance Directive* :  No
*Influenza Vaccine Age Criteria* :  Patient has NOT had Influenza Vaccine this season
*Pneumococcal Vaccine Age Criteria* :  Patient has NOT had Pneumococcal Vaccine previously.
*Smoking Status* :  Former smoker
*Pneumococcal Age and Criteria* :  Age 19-64 and meets Criteria?
*Influenza Vaccine Contraindications* :  None Identified
*Pneumococcal Age Criteria Met* :  Yes
*Pneumococcal Vaccine Contraindications* :  None Identified
*Influenza Candidate* :  Patient Refuses
*Pneumococcal Candidate* :  Patient Refuses
*Medicare Patient* :  No
*Problem Entry* :  MEDICAL Problem or Diagnosis Present
*Home on Coumadin w/wo  VTE or PE* :  No

TEIXEIRA RN, SADIE E - 4/14/2017 13:04

**Valuables/Belongings Disposition**
*Physical Assistive Devices* :  None
*Glasses / Contacts* :  None
*Hearing Aid* :  None
*Dentures / Orthodontics* :  None
*Jewelry* :  None
*Electronic Devices* :  None
*Clothes* :  Routine Clothing
*Physical Assistive Devices Disposition* :  NA
*Glasses / Contacts Disposition* :  NA
*Hearing Aid Disposition* :  NA
*Denture / Orthodonics Disposition* :  NA
*Jewelry Disposition* :  NA
*Electronic Devices Disposition* :  NA
*Clothes Disposition* :  Patient
*Valuables to Safe* :  No
*Safe Valuables Disposition* :  NA
*Meds in Nsg Office Disposition* :  NA

TEIXEIRA RN, SADIE E - 4/14/2017 13:04

Clinical Summary

**Beacon Health System**
**Memorial Hospital of South Bend**
**615 N. Michigan St., South Bend, IN 46601**
*www.beaconhealthsystem.org*
Emergency Department Clinical Summary

**Name:** HUFFMAN, JEREMY              **Current Date:** 03/12/17 18:32:34
**DOB:** 8/06/1985 12:00 AM           **MRN:** M0517993       **FIN:** M1707100095
**Address:** 811 BLUE JAY LN MISHAWAKA IN 46544
**Phone:** (574) 298-1890

Report Request ID:    77995240                        1/24/2019 13:13 EST
                                                      Page 28 of 49

Memorial Hospital of South Bend    MRN:  M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601               FIN:  M1707100095

| DISCHARGE PROCESS |
|---|

**Allergy Info:** NKA

**Reason For Visit:** L. ARM CYST

**Arrival Date:** 3/12/2017 2:12 PM             **Discharge Date:**

**Primary Care Provider:**
  **Name:** NO DOCTOR - ER, ER
  **Phone:**

**Emergency Department Provider:**
Dr. A. CRAIN

**Discharge Diagnosis:**
**Diagnoses This Visit**
   No Visit Diagnoses Documented

**Prescriptions:**
**PRESCRIPTION(S)**
No Electronic Prescriptions were created.


Handwritten Prescriptions
_____
_____

**Emergency Department Tracking Data:**

| **Dr Exam** | 03/12/17 15:26 |
|---|---|
| **Decision to Admit by Dr:** | 03/12/17 17:46 |
| **ED Departure Time:** | 03/12/17 18:32 |


**The following is a list of follow-up instructions, prescriptions and patient education materials:**

**Follow-up Instructions:**

**Patient Education Materials:**

**Medication Leaflets:**

Report Request ID:    77995240                    1/24/2019 13:13 EST
                                                  Page 29 of 49

Memorial Hospital of South Bend
615 N. Michigan St.
South Bend, IN 46601

MRN:  M0517993; AA2081390

FIN:  M1707100095

NAME: HUFFMAN, JEREMY

| DISCHARGE PROCESS |
| --- |

## The following procedures and tests were performed during this ED visit:

### Completed Lab Tests:

| Name | Ordering Physician | Result (Normal Low - Normal High) |
| --- | --- | --- |
| CBC with Differential | CRAIN MD, AOKO D | • Abs Lymph: 0.85 Low (1.03 - 4.84)<br>• Mono Auto: 12.4 N/A<br>• Abs Mono: 1.41 High (0.27 - 0.98)<br>• Eos Auto: 1.2 N/A<br>• Abs Eos: 0.14 Normal (0.11 - 0.55)<br>• Basophil Auto: 0.2 N/A<br>• Abs Basophil: 0.02 Normal (0.02 - 0.10)<br>• CBC Autoverification: 0 N/A<br>• WBC: 11.34 High (4.00 - 11.00)<br>• RBC: 4.72 Normal (3.90 - 5.90)<br>• Hemoglobin: 13.8 Normal (13.0 - 17.3)<br>• Hematocrit: 41.9 Normal (39.0 - 53.0)<br>• MCV: 88.8 Normal (81.0 - 100.0)<br>• MCH: 29.2 Normal (27.0 - 34.0)<br>• MCHC: 32.9 Normal (30.0 - 36.0)<br>• RDW: 13.9 Normal (12.2 - 15.2)<br>• RDW-SD: 45 N/A<br>• Platelet: 308 Normal (130 - 470)<br>• MPV: 10.1 Normal (9.4 - 12.4)<br>• Neutro Auto: 78.7 N/A<br>• Abs Neutro: 8.92 High (1.67 - 8.47)<br>• Lymph Auto: 7.5 N/A |
| BMP Basic Metabolic Panel | CRAIN MD, AOKO D | • BUN: 17 Normal (6 - 20)<br>• Creatinine: 0.88 Normal (0.70 - 1.20)<br>• Sodium: 136 Normal (136 - 145)<br>• Potassium: 4.1 Normal (3.5 - 5.1)<br>• Chloride: 97 Low (98 - 107)<br>• CO2: 25 Normal (22 - 29)<br>• Calcium: 9.1 Normal (8.6 - 10.0)<br>• Glucose: 94 Normal (70 - 106)<br>• AGAP: 18 Normal (6 - 22) |
| Sedimentation Rate | CRAIN MD, AOKO D | • Sed Rate: 72 High (0 - 15) |

Report Request ID:   77995240

Memorial Hospital of South Bend   MRN:  M0517993; AA2081390      NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601       FIN:  M1707100095

| *DISCHARGE PROCESS* |
|---|

| C Reactive Protein Quantitative | CRAIN MD, AOKO D | • C Reactive Prot Quant: 119.70 High (0.00 - 4.90) |
|---|---|---|
| GFR | SYSTEM | • GFR (calc)  African American: >60 Normal (>=60 - )<br>• GFR (calc) Non African Am: >60 Normal (>=60 - ) |

**Completed Radiology Studies:**

| Name | Ordering Physician | Results Summary |
|---|---|---|
| DX Elbow 2 Views RT | CRAIN MD, AOKO D | Residual/recurrent complex fluid collection in the posterolateral soft tissues of the elbow. Recommend correlation with results from recent biopsy/aspiration. |

**Pending Lab Results:**
There were no pending labs to report.

**Pending Radiology Orders:**
There were no pending radiology studies to report.

**Immunizations:**

Report Request ID:   77995240

M0517993; AA2081390
M1707100095

* Auth (Verified) *

## Beacon Health System
## Memorial Hospital of South Bend
### 615 N. Michigan St, South Bend, TN 46601
www.qualityoflife.org
Home Discharge Instructi

HUFFMAN, JEREMY
08/06/1985  M 31Y
MRN: 517993

03/12/2017

1707100095

**Name:** HUFFMAN, JEREMY   **DOB:** 08/06/1985
**Current Date:** 04/14/17 13:06:58   **Admit Date:** 03/12/2017
**MRN:** M0517993   **FIN:** M1707100095

**Allergies:** NKA
**Reason For Admission:** SEPTIC ELBOW
**Diagnoses This Visit**
  Major depressive disorder, single episode, unspecified (F32.9)

Memorial Hospital would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your care after leaving the hospital.

---

**Discharge Orders:**              **Activity:** As Tolerated
Discharge Activity

Discharge Diet                     Resume Home Diet

**Med Leaflet Names:**

---

**Additional Medication Information:**

## Discharge Medication List

### Scheduled / Routine Medication(s)

**(New Prescription) amoxicillin-clavulanate (Augmentin 875 mg-125 mg oral tablet) 1**

HUFFMAN, JEREMY
8/6/1985

M0517993; AA2081390
M1707100095

* Auth (Verified) *

tab(s) orally every 12 hours for 13 day(s)

**Last Dose Taken:** *none given in hospital*    **Next Dose Due:** _____

Prescription was printed.

**(New Prescription) buPROPion (buPROPion 300 mg/24 hours (XL) oral tablet, extended release)** 1 tab(s) orally once a day

**Last Dose Taken:** *04/14/17 10:00 am*    **Next Dose Due:** *04/15/17 09:00 am*

Prescription was printed.

\* The Next Dose Due is based on the time the medications were administered in the hospital. Please consult your physician if you need to adjust the times.

**Medication Information:**

- Please take your medications as ordered.
- Notify your healthcare provider if you experience any side effects or other difficulties with your medications.
- You can obtain additional information about your medications from your pharmacist and from reliable internet sources, such as, the website DRUGS.COM.
- Always carry a current list of all the medications you take. Include medication name, dosage, and frequency of medication. Also include each of your allergies along with each vaccine you have received and when.

**Immunizations**
No Immunizations Documented This Visit

**Pending Lab Tests - Please call your Primary Care Physician for results:**

Name HUFFMAN, JEREMY                    2 of 9                    FIN M1707100095

HUFFMAN, JEREMY
8/6/1985

M0517993; AA2081390
M1707100095

* Auth (Verified) *

There were no pending labs to report.

---

**Follow-up Instructions:**

**With:**

BRIAN RATIGAN

**Address:**

53880 CARMICHAEL DRIVE
SOUTH BEND, IN  46635
(574) 247-9441 Business (1)

**When:**

**Comments:**

Call Office for Appointment

**With:**

LAVANYA NUTANKALVA

**Address:**

BMG CENTENNIAL
NEIGHBORHOOD HEALTH
CENTER, 621 MEMORIAL DR
STE 402  SOUTH BEND, IN
46601
(574) 647-2500 Business (1)

**When:**

In 2 weeks
04/21/2017

**Comments:**

Call ooffice to set up follow up appointment.

**With:**

Follow up with primary
care provider

**Address:**

**When:**

**Comments:**

Call for any issues not related to hospitalization

HUFFMAN, JEREMY
8/6/1985

M0517993; AA2081390
M1707100095

* Auth (Verified) *

**Contact your Healthcare Provider if you have any questions about your care after leaving the hospital.**

---

### Patient Education Materials:

Constipation in Adults related to pain medication (Custom); Seroma; Olecranon Bursitis

# Constipation in Adults

Constipation is having fewer than 2 bowel movements per week. Usually, the stools are hard. As we grow older, constipation is more common. If you try to fix constipation with laxatives, the problem may get worse. This is because laxatives taken over a long period of time make the colon muscles weaker. A low fiber diet, not taking in enough fluids, and taking some medications may all make these problems worse.

SOME MEDICATIONS WHICH MAY CAUSE CONSTIPATION ARE:

Water pills (*diuretics*).
Calcium channel blockers (a medication used for
  controlling blood pressure and used for the heart).
Narcotics (certain pain medications).

Anticholinergics.
Anti-inflammatory agents.
Antacids which contain aluminum.

SOME DISEASES WHICH CONTRIBUTE TO CONSTIPATION ARE:

Diabetes.
Parkinson's disease.
Dementia (the mind is not working
  properly).

Strokes.
Depression.
Illnesses that cause difficulties with
  salt and water metabolism.

HOME CARE INSTRUCTIONS

Constipation is usually best cared for without medications. Increasing dietary fiber and eating more
  fruits and vegetables is best to manage constipation.
    Slowly increase fiber intake to 25-38 grams/day. Whole grains, fruits, vegetables, and legumes are
      good sources of fiber. A Registered Dietitian can further help you incorporate high fiber foods
      into your diet.
    Drink at least 8 cups of fluid daily when eating high fiber foods to prevent further constipation.
A fiber supplement may be added to your diet if you cannot get enough fiber from foods.
Increasing your activities also helps improve regularity.
Suppositories, as suggested by your caregiver, will also help stimulate the colon to empty. If you are
  using antacids, such as aluminum or calcium containing products, which cause constipation, it will
  be helpful to switch to products containing magnesium if your caregiver has no objections.
If you have been given an enema today, this is only a temporary measure. It should not be relied on for
  treatment of longstanding (*chronic*) constipation. If enemas are used long term, they will weaken the
  colon muscles. This will make constipation worse.
Stronger measures such as magnesium sulfate should be avoided if possible. This may cause
  uncontrollable diarrhea. Using magnesium sulfate may not allow you time to make it to the
  bathroom.

SEEK IMMEDIATE MEDICAL CARE IF:

* Auth (Verified) *

There is bright red blood in the stool.
The constipation stays for more than 4 days.
There is belly (*abdominal*) or rectal pain along with the constipation.
You do not seem to be getting better.
You have any questions or concerns.

**MAKE SURE YOU:**
Understand these instructions.
Will watch your condition.
Will get help right away if you are not doing well or get worse.

Document Released: 09/15/2005  Document Re-Released: 11/30/2009
ExitCare® Patient Information ©2010 ExitCare, LLC.

# Seroma

A seroma is a collection of fluid that looks like swelling or a mass on the body. Seromas form on the body where tissue has been injured or cut. They are most common after surgeries. Seromas vary in size. Some are small and painless. Others may become large and cause pain or discomfort. Many seromas go away on their own; the fluid is naturally absorbed by the body. Some may require the fluid to be drained through medical procedures.

## CAUSES
Seromas form as the result of damage to tissue or the removal of tissue. This tissue damage may occur during surgery or because of an injury or trauma. When tissue is disrupted or removed, empty space is created. The body's natural defense system causes fluid to enter the empty space and form a seroma.

## SYMPTOMS
- Swelling at the site of a surgical cut (*incision*) or an injury.
- Drainage of clear fluid at the surgery or injury site.
- Possible discomfort or pain.

## DIAGNOSIS
Your caregiver will perform a physical exam. During the exam, the caregiver will press on the seroma using a hand or fingers (*palpation*). Various tests may be ordered to help confirm the diagnosis. These tests may include:

- Blood tests.
- Imaging tests such as ultrasonography or computed tomography (CT).

## TREATMENT
Sometimes seromas resolve on their own and drain naturally in the body. Your caregiver may monitor you to make sure the seroma does not cause any complications.

If your seroma does not resolve on its own, treatment may include:

- Using a needle to drain the fluid from the seroma (*needle aspiration*).
- Inserting a flexible tube (*catheter*) to drain the fluid.
- Applying a dressing, such as an elastic bandage or binder.
- Use of antibiotic medicines if the seroma becomes infected.

HUFFMAN, JEREMY
8/6/1985

M0517993; AA2081390
M1707100095

* Auth (Verified) *

- In rare cases, surgery may be done to remove the seroma and repair the area.

## HOME CARE INSTRUCTIONS
- Follow your caregiver's instructions regarding activity levels and any limitations on movements.
- Only take over-the-counter or prescription medicines as directed by your caregiver.
- If your caregiver prescribes antibiotics, take them as directed. Finish them even if you start to feel better.
- Check your seroma every day for redness, warmth, or yellow drainage.
- Follow up with your caregiver as directed.

## SEEK MEDICAL CARE IF:
- You develop a fever.
- You have pain, tenderness, redness, or warmth at the site of the seroma.
- You notice yellow drainage coming from the site of the seroma.
- Your seroma is getting bigger.

Document Released: 04/14/2014 Document Reviewed: 04/14/2014
ExitCare® Patient Information ©2014 ExitCare, LLC

# Olecranon Bursitis

Bursitis is swelling and soreness (*inflammation* ) of a fluid-filled sac (*bursa* ) that covers and protects a joint. Olecranon bursitis occurs over the elbow.



## CAUSES
Bursitis can be caused by injury, overuse of the joint, arthritis, or infection.

## SYMPTOMS
- Tenderness, swelling, warmth, or redness over the elbow.
- Elbow pain with movement. This is greater with bending the elbow.
- Squeaking sound when the bursa is rubbed or moved.
- Increasing size of the bursa without pain or discomfort.
- Fever with increasing pain and swelling if the bursa becomes infected.

## HOME CARE INSTRUCTIONS

HUFFMAN, JEREMY
8/6/1985

M0517993; AA2081390
M1707100095

* Auth (Verified) *

- Put ice on the affected area.
  o Put ice in a plastic bag.
  o Place a towel between your skin and the bag.
  o Leave the ice on for 15-20 minutes each hour while awake. Do this for the first 2 days.
- When resting, elevate your elbow above the level of your heart. This helps reduce swelling.
- Continue to put the joint through a full range of motion 4 times per day. Rest the injured joint at other times. When the pain lessens, begin normal slow movements and usual activities.
- Only take over-the-counter or prescription medicines for pain, discomfort, or fever as directed by your caregiver.
- Reduce your intake of milk and related dairy products (cheese, yogurt). They may make your condition worse.

### SEEK IMMEDIATE MEDICAL CARE IF:
- Your pain increases even during treatment.
- You have a fever.
- You have heat and inflammation over the bursa and elbow.
- You have a red line that goes up your arm.
- You have pain with movement of your elbow.

### MAKE SURE YOU:
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 01/17/2008 Document Revised: 03/11/2013 Document Reviewed: 12/02/2008
ExitCare® Patient Information ©2014 ExitCare, LLC.

---

### Comments:

### General Instructions:

- Eat a healthy diet. When restrictions are lifted, exercise 30 minutes per day. For any sudden onset of chest pain or shortness of breath, consult your physician.

### For Patients who use Alcohol Products:

- Limit your Alcohol intake.

### Heart Failure Patients:

- Weigh yourself daily first thing in the morning. Notify your physician if weight gain of 2-3 lbs overnight or 5 lbs in a week and for any shortness of breath or swelling in legs, ankles, or belly.

Name HUFFMAN, JEREMY          7 of 9          FIN M1707100095

**Surgery or Procedure Patients:**

- Notify physician if pain increases, if temp over 101, for new wound drainage or if it increases or becomes foul smelling.

**Stroke Education:** If you were told you had a stroke or TIA: Call 9-1-1 immediately if you have signs and symptoms of a stroke:

- New numbness or weakness on one side of the body (can't move one arm or leg)
- New numbness of weakness of the face (mouth drops on one side)
- New difficulty in understanding or talking clearly
- New problems seeing out of one or both eyes
- New difficulty with walking, balance, or coordination of movement
- New feelings of dizziness
- Very bad headache

**Risk factors for stroke include:**

- High blood pressure, Tobacco use, Physical inactivity, Obesity, Abnormal lipids, Irregular heart rhythm, Diabetes, Excessive alcohol consumption, and illegal drug use

**Special Instructions for Stroke/TIA:**

- Take all of your Medications as prescribed by your doctor, including your blood pressure medicine
- Manage your blood sugar
- Manage your weight
- Be physically active every day
- Do not smoke
- Do not drink alcohol excessively
- Do not use illegal drugs
- Keep all of your appointments with your doctors

---

**You are invited to sign up for _my_Beacon - the new online health record**
_my_Beacon allows you to:

- Check selected lab and radiology results from hospital visits
- View current medications
- See immunization history, known allergies and ongoing health issues
- Download and share a summary of your medical record

**Sign up today at _myhealthmybeacon.com_**

---

HUFFMAN, JEREMY
8/6/1985

M0517993; AA2081390
M1707100095

* Auth (Verified) *

**This Home Discharge Instruction document and any attached documents have been reviewed with me. I have had all of my questions answered. A copy of this document and its attachments were provided to me.**

Patient / Guardian Signature _____ Date/Time 04/14/17 13:06:58

Nurse Sign _____ Date/Time 04/14/17 13:06:58

Name HUFFMAN, JEREMY                          9 of 9                          FIN M1707100095

Memorial Hospital of South Bend   MRN:   M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601          FIN:   M1707100095

---

| *DISCHARGE PROCESS* |
|---|

Patient Summary

## Beacon Health System
## Memorial Hospital of South Bend
### 615 N. Michigan St, South Bend, IN 46601
*www.qualityoflife.org*
### Home Discharge Instructions

**Name:** HUFFMAN, JEREMY   **DOB:**08/06/1985
**Current Date:** 04/14/17 13:07:02     **Admit Date:** 03/12/2017
**MRN:**M0517993   **FIN:** M1707100095

**Allergies:** NKA
**Reason For Admission:** SEPTIC ELBOW
**Diagnoses This Visit**
    Major depressive disorder, single episode, unspecified (F32.9)

Memorial Hospital would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your care after leaving the hospital.

---

**Discharge Orders:**
Discharge Activity

**Activity:** As Tolerated

Discharge Diet

Resume Home Diet

**Med Leaflet Names:**

---

**Additional Medication Information:**

## Discharge Medication List

### Scheduled / Routine Medication(s)
**(New Prescription) amoxicillin-clavulanate (Augmentin 875 mg-125 mg oral tablet)** 1 tab(s) orally every 12 hours for 13 day(s)

Report Request ID:   77995240                          1/24/2019 13:13 EST
                                                        Page 41 of 49

Memorial Hospital of South Bend      MRN:  M0517993; AA2081390        NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601      FIN:  M1707100095

| DISCHARGE PROCESS |
|---|

**Last Dose Taken:** *none given in hospital*      **Next Dose Due:** _____
Prescription was printed.

**(New Prescription) buPROPion (buPROPion 300 mg/24 hours (XL) oral tablet, extended release)** 1 tab(s) orally once a day
**Last Dose Taken:** *04/14/17 10:00 am*      **Next Dose Due:** *04/15/17 09:00 am*
Prescription was printed.

\* The Next Dose Due is based on the time the medications were administered in the hospital.
Please consult your physician if you need to adjust the times.

**Medication Information:**

- Please take your medications as ordered.
- Notify your healthcare provider if you experience any side effects or other difficulties with your medications.
- You can obtain additional information about your medications from your pharmacist and from reliable internet sources, such as, the website DRUGS.COM.
- Always carry a current list of all the medications you take. Include medication name, dosage, and frequency of medication. Also include each of your allergies along with each vaccine you have received and when.

**Immunizations**
   No Immunizations Documented This Visit

**Pending Lab Tests - Please call your Primary Care Physician for results:**
There were no pending labs to report.

**Follow-up Instructions:**

| With: | Address: | When: |
|---|---|---|

Report Request ID:   77995240

1/24/2019 13:13 EST
Page 42 of 49

Memorial Hospital of South Bend     MRN:  M0517993; AA2081390         NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601                FIN:  M1707100095

---

| *DISCHARGE PROCESS* |
|---|

**BRIAN RATIGAN**         53880 CARMICHAEL DRIVE
                         SOUTH BEND, IN  46635
                         (574) 247-9441 Business (1)
**Comments:**
Call Office for Appointment

**With:**            **Address:**                  **When:**
LAVANYA NUTANKALVA   BMG CENTENNIAL               In 2 weeks
                    NEIGHBORHOOD HEALTH           04/21/2017
                    CENTER, 621 MEMORIAL DR
                    STE 402  SOUTH BEND, IN
                    46601
                    (574) 647-2500 Business (1)
**Comments:**
Call ooffice to set up follow up appointment.

**With:**            **Address:**                  **When:**
Follow up with primary
care provider
**Comments:**
Call for any issues not related to hospitalization

**Contact your Healthcare Provider if you have any questions about your care after leaving the hospital.**

---

**Patient Education Materials:**
Constipation in Adults related to pain medication (Custom); Seroma; Olecranon Bursitis

# Constipation in Adults

Constipation is having fewer than 2 bowel movements per week. Usually, the stools are hard. As we grow older, constipation is more common. If you try to fix constipation with laxatives, the problem may get worse. This is because laxatives taken over a long period of time make the colon muscles weaker. A low fiber diet, not taking in enough fluids, and taking some medications may all make these problems worse.

SOME MEDICATIONS WHICH MAY CAUSE CONSTIPATION ARE:
Ø      Water pills (*diuretics*).                    Ø      Anticholinergics.

Report Request ID:   77995240                      1/24/2019 13:13 EST
                                                   Page 43 of 49

Memorial Hospital of South Bend     MRN:  M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601          FIN:  M1707100095

| DISCHARGE PROCESS |
|---|

Ø    Calcium channel blockers (a medication used        Ø    Anti-inflammatory agents.
      for controlling blood pressure and used for the      Ø    Antacids which contain aluminum.
      heart).
Ø    Narcotics (certain pain medications).

SOME DISEASES WHICH CONTRIBUTE TO CONSTIPATION ARE:
Ø    Diabetes.                                   Ø    Strokes.
Ø    Parkinson's disease.                        Ø    Depression.
Ø    Dementia (the mind is not                   Ø    Illnesses that cause difficulties
      working properly).                                with salt and water metabolism.

HOME CARE INSTRUCTIONS
Ø    Constipation is usually best cared for without medications. Increasing dietary fiber and eating more
      fruits and vegetables is best to manage constipation.
   ı    Slowly increase fiber intake to 25-38 grams/day. Whole grains, fruits, vegetables, and legumes are good
         sources of fiber. A Registered Dietitian can further help you incorporate high fiber foods into your diet.
   ı    Drink at least 8 cups of fluid daily when eating high fiber foods to prevent further constipation.
Ø    A fiber supplement may be added to your diet if you cannot get enough fiber from foods.
Ø    Increasing your activities also helps improve regularity.
Ø    Suppositories, as suggested by your caregiver, will also help stimulate the colon to empty. If you are
      using antacids, such as aluminum or calcium containing products, which cause constipation, it will be
      helpful to switch to products containing magnesium if your caregiver has no objections.
Ø    If you have been given an enema today, this is only a temporary measure. It should not be relied on for
      treatment of longstanding (chronic) constipation. If enemas are used long term, they will weaken the colon
      muscles. This will make constipation worse.
Ø    Stronger measures such as magnesium sulfate should be avoided if possible. This may cause
      uncontrollable diarrhea.  Using magnesium sulfate may not allow you time to make it to the bathroom.

**SEEK IMMEDIATE MEDICAL CARE IF:**
Ø    There is bright red blood in the stool.
Ø    The constipation stays for more than 4 days.
Ø    There is belly (abdominal) or rectal pain along with the constipation.
Ø    You do not seem to be getting better.
Ø    You have any questions or concerns.

**MAKE SURE YOU:**
Ø    Understand these instructions.
Ø    Will watch your condition.
Ø    Will get help right away if you are not doing well or get worse.

Memorial Hospital of South Bend        MRN:  M0517993; AA2081390        NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601                    FIN:  M1707100095

| DISCHARGE PROCESS |
|---|

Document Released: 09/15/2005  Document Re-Released: 11/30/2009
ExitCare® Patient Information ©2010 ExitCare, LLC.

# Seroma

A seroma is a collection of fluid that looks like swelling or a mass on the body. Seromas form on the body where tissue has been injured or cut. They are most common after surgeries. Seromas vary in size. Some are small and painless. Others may become large and cause pain or discomfort. Many seromas go away on their own; the fluid is naturally absorbed by the body. Some may require the fluid to be drained through medical procedures.

## CAUSES
Seromas form as the result of damage to tissue or the removal of tissue. This tissue damage may occur during surgery or because of an injury or trauma. When tissue is disrupted or removed, empty space is created. The body's natural defense system causes fluid to enter the empty space and form a seroma.

## SYMPTOMS
- Swelling at the site of a surgical cut (*incision*) or an injury.
- Drainage of clear fluid at the surgery or injury site.
- Possible discomfort or pain.

## DIAGNOSIS
Your caregiver will perform a physical exam. During the exam, the caregiver will press on the seroma using a hand or fingers (*palpation*). Various tests may be ordered to help confirm the diagnosis. These tests may include:

- Blood tests.
- Imaging tests such as ultrasonography or computed tomography (CT).

## TREATMENT
Sometimes seromas resolve on their own and drain naturally in the body. Your caregiver may monitor you to make sure the seroma does not cause any complications.

If your seroma does not resolve on its own, treatment may include:

- Using a needle to drain the fluid from the seroma (*needle aspiration*).
- Inserting a flexible tube (*catheter*) to drain the fluid.
- Applying a dressing, such as an elastic bandage or binder.
- Use of antibiotic medicines if the seroma becomes infected.
- In rare cases, surgery may be done to remove the seroma and repair the area.

## HOME CARE INSTRUCTIONS
- Follow your caregiver's instructions regarding activity levels and any limitations on movements.
- Only take over-the-counter or prescription medicines as directed by your caregiver.
- If your caregiver prescribes antibiotics, take them as directed. Finish them even if you start to feel better.

Memorial Hospital of South Bend      MRN:  M0517993; AA2081390        NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601                  FIN:  M1707100095

| *DISCHARGE PROCESS* |
| --- |

- Check your seroma every day for redness, warmth, or yellow drainage.
- Follow up with your caregiver as directed.

**SEEK MEDICAL CARE IF:**
- You develop a fever.
- You have pain, tenderness, redness, or warmth at the site of the seroma.
- You notice yellow drainage coming from the site of the seroma.
- Your seroma is getting bigger.

Document Released: 04/14/2014 Document Reviewed: 04/14/2014
ExitCare® Patient Information ©2014 ExitCare, LLC.

# Olecranon Bursitis

Bursitis is swelling and soreness (*inflammation* ) of a fluid-filled sac (*bursa* ) that covers and protects a joint.
Olecranon bursitis occurs over the elbow.



## CAUSES
Bursitis can be caused by injury, overuse of the joint, arthritis, or infection.

## SYMPTOMS
- Tenderness, swelling, warmth, or redness over the elbow.
- Elbow pain with movement. This is greater with bending the elbow.
- Squeaking sound when the bursa is rubbed or moved.
- Increasing size of the bursa without pain or discomfort.
- Fever with increasing pain and swelling if the bursa becomes infected.

## HOME CARE INSTRUCTIONS
- Put ice on the affected area.
- —Put ice in a plastic bag.
- —Place a towel between your skin and the bag.

Report Request ID:   77995240                    1/24/2019 13:13 EST
                                                 Page 46 of 49

Memorial Hospital of South Bend     MRN: M0517993; AA2081390       NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601          FIN: M1707100095

| DISCHARGE PROCESS |
|---|

— Leave the ice on for 15-20 minutes each hour while awake. Do this for the first 2 days.
• When resting, elevate your elbow above the level of your heart. This helps reduce swelling.
• Continue to put the joint through a full range of motion 4 times per day. Rest the injured joint at other times. When the pain lessens, begin normal slow movements and usual activities.
• Only take over-the-counter or prescription medicines for pain, discomfort, or fever as directed by your caregiver.
• Reduce your intake of milk and related dairy products (cheese, yogurt). They may make your condition worse.

**SEEK IMMEDIATE MEDICAL CARE IF:**
• Your pain increases even during treatment.
• You have a fever.
• You have heat and inflammation over the bursa and elbow.
• You have a red line that goes up your arm.
• You have pain with movement of your elbow.

**MAKE SURE YOU:**
• Understand these instructions.
• Will watch your condition.
• Will get help right away if you are not doing well or get worse.

Document Released: 01/17/2008 Document Revised: 03/11/2013 Document Reviewed: 12/02/2008
ExitCare® Patient Information ©2014 ExitCare, LLC.

---

**Comments:**

**General Instructions:**

• Eat a healthy diet. When restrictions are lifted, exercise 30 minutes per day. For any sudden onset of chest pain or shortness of breath, consult your physician.

**For Patients who use Alcohol Products:**

• Limit your Alcohol intake.

**Heart Failure Patients:**

• Weigh yourself daily first thing in the morning. Notify your physician if weight gain of 2-3 lbs overnight or 5 lbs in a week and for any shortness of breath or swelling in legs, ankles, or belly.

**Surgery or Procedure Patients:**

Report Request ID:   77995240           1/24/2019 13:13 EST

Memorial Hospital of South Bend      MRN:  M0517993; AA2081390          NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601                  FIN:  M1707100095

| *DISCHARGE PROCESS* |
|---|

- Notify physician if pain increases, if temp over 101, for new wound drainage or if it increases or becomes foul smelling.

**Stroke Education:** If you were told you had a stroke or TIA: Call 9-1-1 immediately if you have signs and symptoms of a stroke:

- New numbness or weakness on one side of the body (can't move one arm or leg)
- New numbness or weakness of the face (mouth drops on one side)
- New difficulty in understanding or talking clearly
- New problems seeing out of one or both eyes
- New difficulty with walking, balance, or coordination of movement
- New feelings of dizziness
- Very bad headache

**Risk factors for stroke include:**

- High blood pressure, Tobacco use, Physical inactivity, Obesity, Abnormal lipids, Irregular heart rhythm, Diabetes, Excessive alcohol consumption, and illegal drug use

**Special Instructions for Stroke/TIA:**

- Take all of your Medications as prescribed by your doctor, including your blood pressure medicine
- Manage your blood sugar
- Manage your weight
- Be physically active every day
- Do not smoke
- Do not drink alcohol excessively
- Do not use illegal drugs
- Keep all of your appointments with your doctors

**You are invited to sign up for *my*Beacon - the new online health record**
*my*Beacon allows you to:

- Check selected lab and radiology results from hospital visits
- View current medications
- See immunization history, known allergies and ongoing health issues
- Download and share a summary of your medical record

**Sign up today at *myhealthmybeacon.com***

Memorial Hospital of South Bend     MRN:  M0517993; AA2081390        NAME: HUFFMAN, JEREMY
615 N. Michigan St.
South Bend, IN 46601                FIN:  M1707100095

| DISCHARGE PROCESS |
|---|

**This Home Discharge Instruction document and any attached documents have been reviewed with me. I have had all of my questions answered. A copy of this document and its attachments were provided to me.**

Patient / Guardian Signature _____ Date/Time 04/14/17 13:07:02

Nurse Sign _____ Date/Time 04/14/17 13:07:02

Exhibit 18

# ST. JOSEPH COUNTY JAIL INMATE REQUEST FORM

Jeremy Huffman Sr.   O.C.A. # 113741   7,5,17   C212
**Inmate Name**                                    **Date**      **Cell**

**REQUEST**

____ **Make Barber Shop Appointment**          ____ **Request Release of Property**

____ **Request to speak with Chaplain**         _X__ **Request to speak with Inmate Services**

____ **Request Special Family Visit**           ____ **Request to speak with Commissary**

____ **Other Request (Be Specific About Reason for Request)**

Mrs. Coleman,

    I need tort claim papers and the
papers needed to file a complaint for
a U.S.C. 1983 civil suit.

    Thank You

Also, I need to make copies of some
things

**RESPONSE OF STAFF MEMBER RESPONDING TO INMATE REQUEST:** Mr. Huffman,

attached you will find the documents you requested.

Can I come & pick up the documents you need copied?

**COLLECTED BY DEPUTY** Miller F.   P.E.# 1842 **DATE** 7,5,17

**RESPONSE BY DEPUTY** Miss Coleman   P.E.# ____ **DATE** 7,7,17

FORM REVISED: 03/04/2014

Exhibit 9



**Memorial**
Hospital of South Bend

517993
**Place Label Here**
1707100095

# AUTHORIZATION FOR THE USE OR DISCLOSURE OF PROTECTED MEDICAL INFORMATION

PATIENT IDENTIFICATION

PT (8hp / Bill)

| PATIENT INFORMATION | | | |
|---|---|---|---|
| NAME Jeremy Huffman Sr. | TELEPHONE ( ) | PREVIOUS ADMISSION NAME, IF DIFFERENT | |
| ADDRESS 401 W. Sample St. | | BIRTH DATE 8/6/85 | MR # |
| CITY/STATE/ZIP South Bend, IN 46601 | DATES OF SERVICE FROM Dec. 2016 TO April 2017 | | |

**Person(s) or class of persons authorized to receive the information:**
Name: Jeremy Huffman Sr.
Address: 401 W. Sample St
City/State/Zip: South Bend, IN 46601

**Description of information that may be used and disclosed:**

☒ Entire Chart ☐ Laboratory Report(s) ☐ Abstract only: Discharge Summary,
☐ Face Sheet ☐ Radiology Report(s) History & Physical, Operative Report,
☐ Discharge Summary ☐ Operative Report(s) Laboratory, Radiology, Consults, EKGs
☐ History & Physical ☐ Other: _____
☐ Consult Report(s)

**The information will be used and disclosed for the following purposes:**
☒ Personal Use ☐ Attorney/Legal ☐ Continuing Patient Care ☐ Insurance ☐ Other:_____

**DELIVERY METHOD:** ☒ Mail ☐ Patient will pick up when ready ☐ Review chart in person ☐ CD

I understand that the health information described above may be disclosed by the recipient and the information may no longer be protected by federal privacy regulations.

I understand that Memorial Hospital of South Bend may receive compensation for the use and disclosure of the information.

I understand that Memorial Hospital of South Bend will not condition my ability to obtain treatment on the provision of this Authorization.

This Authorization request does not apply to any dates of service beyond date of signature.

I understand that I may revoke this Authorization in writing at any time by writing to Medical Records Department – Memorial Hospital of South Bend unless action has been taken in reliance upon this Authorization. This Authorization expires 60 days from the date it is signed by me. I understand that the medical information released may contain information concerning treatment of physical and/or emotional illness, drug and/or alcohol abuse, mental health, communicable disease, HIV, AIDS or AIDS-related illness. I understand there is a charge for copying medical records at a fee of $20.00 up to ten (10) pages and $.50 for each additional page, plus postage. These charges do not apply for copies requested for continuing medical care. By signing this Authorization, I acknowledge that I have read and understand this Authorization. Further, I authorize the use or disclosure of my health information in accordance with the terms of this Authorization.

| SIGNATURE OF PATIENT, GUARDIAN OR LEGAL REPRESENTATIVE | DATE SIGNED 4/5/17 | TIME 2:30 pm |
|---|---|---|
| NAME OF GUARDIAN OR LEGAL REPRESENTATIVE | RELATIONSHIP TO PATIENT | |

☐ **Check here if you are a Memorial Hospital/Beacon Health System employee.**

☒ Patient was given a copy of this Authorization.

5/5/17

1130
4.19.17
KC

/59

RECEIVED APR 1 9 2017 Original - Medical Records    Copy - Patient

Page 1 of 1    Reorder from Materials
Form # 575501 A 09/93 MC (Rev. 02/14)

# AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

575501

B157471352

<u>Memorial Hospital of South Bend</u>

5/2/17

To whom it may concern, (Records division)
    My name is Jeremy Huffman Sr. I recently submitted an authorization for the release of medical information under my name so that I could recieve (by mail) my entire chart of information between the dates of December of 2016 and April 2017. I am currently incarcerated at the St. Joseph County Jail and have been back from the ~~_____~~ hospital for a little over two weeks. I was wondering if there had been a mix up or a mistake somewhere along the way that has prevented me from obtaining my medical records. If not, and your office has just been busy then I will understand. If so, then please advise me as to how I can have my chart mailed to me at the jail. I still have the carbon copy of the original release of information that I filled out on 4/5/2017 if that would help. It is important that I recieve this documentation in a timely manner. Your time and assistance is greatly appreciated.

                                    Thank You


                                    _Jeremy Huffman_


  Also, I would like a copy of this very letter, or the letter itself returned to me as well.

On 4·19·17  1130pg was
Sent and tracked for
delivery 4/26/17. Not
Sure if package was to
Large. This is all the
Pertinent information.

              Thank you

*Mailroom*

## ST. JOSEPH COUNTY JAIL INMATE REQUEST FORM

Jeremy Huffman Sr.   O.C.A.# 113741   5,10,17   F031
Inmate Name                                    Date              Cell

#3017

**REQUEST**

____ Make Barber Shop Appointment          ____ Request Release of Property

____ Request to speak with Chaplain         ____ Request to speak with Inmate Services

____ Request Special Family Visit           ____ Request to speak with Commissary

[X] Other Request (Be Specific About Reason for Request)

Mrs. Hahn,
Please swing by my cell this
morning (5/11/17) as I have a few
questions concerning stamp to wright ratio
for mail and also I was supposed to
recieve a large package of 1130 pages
from Memorial Hospital on or about 4-26-17.
The hospital personel told me it was sent and
was tracked for delivery on that date. I
need to know where this package went

Thank You.

**RESPONSE OF STAFF MEMBER RESPONDING TO INMATE REQUEST:**

Mr. Huffman -
I checked w/ nursing and they
do not have your package.
Maybe Memorial Hospital
should check w/ the post
office to track your package

COLLECTED BY DEPUTY _Blor_   P.E.# 1873 DATE 5,10,17

RESPONSE BY DEPUTY _Hahn_   P.E.# 1572 DATE 5,11,17

FORM REVISED: 03/04/2014

Lynn

# ST. JOSEPH COUNTY JAIL INMATE REQUEST FORM

Jeremy Huffman Sr.   O.C.A. # 113741   5/11/17   FC31
**Inmate Name**                                        **Date**        **Cell**

**REQUEST**

____ **Make Barber Shop Appointment**          ____ **Request Release of Property**

____ **Request to speak with Chaplain**         ____ **Request to speak with Inmate Services**

____ **Request Special Family Visit**           ____ **Request to speak with Commissary**

____ **Other Request (Be Specific About Reason for Request)**

HRN Lynn,
My chart from Memorial Hospital was sent
from the hospital on 4/19/17 addressed to me, here
at the jail. It was tracked for delivery on 4/26/17.
The package was large as it contained 1130 pages
of confidential records and information. I believe
your medical staff recieved the package that
was meant for me by mistake. There was an
invoice form included that I must send to family and
get returned with payment. I have been billed for the
documents and shipping of this chart. Please make sure
your office did not recieve this package by mistake.
Please respond in writing and return copy.   Thank you

**RESPONSE OF STAFF MEMBER RESPONDING TO INMATE REQUEST:**

As we spoke about, I contacted HIM @ MHSB
and they stated your records where returned.
Medical Records will call me to let me
know if they can resend or if a family
member can pick them up.

Lynn H
5-11-17

**COLLECTED BY DEPUTY** _____ P.E.# _____ DATE ___/___/____

**RESPONSE BY DEPUTY** _____ P.E.# _____ DATE ___/___/____

FORM REVISED: 03/04/2014

Exhibit No. *Seargant Fisher* Far. 13

## ST. JOSEPH COUNTY JAIL INMATE REQUEST FORM

Jeremy Huffman        O.C.A. # 113741  4/18/17  FD31
**Inmate Name**                        **Date**      **Cell**

**REQUEST**

____ **Make Barber Shop Appointment**        ____ **Request Release of Property**

____ **Request to speak with Chaplain**        ____ **Request to speak with Inmate Services**

____ **Request Special Family Visit**        ____ **Request to speak with Commissary**

X **Other Request (Be Specific About Reason for Request)**

Seargant Fisher,
    I filed 2 greivances on 2/27/2017.
Both concerning the lack of proper medical
treatment to my left elbow and have
not recieved either of them back. Please
address these greivances accordingly or inform
me that you never recieved them so I can
re-write them and try to obtain result
again. Thank you.

**RESPONSE OF STAFF MEMBER RESPONDING TO INMATE REQUEST:**

GV 2-17-118 was returned to you on 3-1-17
GV 2-17-119 was returned to you on 3-14-17

                                    Sgt Fish
                                    134

**COLLECTED BY DEPUTY** Huffman     **P.E.#** 788 **DATE** 4/18/17

**RESPONSE BY DEPUTY** _____    **P.E.#** _____ **DATE** __/__/__

FORM REVISED: 03/04/2014

Exhibit 11

# ST. JOSEPH COUNTY JAIL INMATE REQUEST FORM

Inmate Name: Jeremy Huffman Sr.    O.C.A. # 113741    Date 4/27/2017    Cell FD31

**REQUEST**

____ Make Barber Shop Appointment          ____ Request Release of Property

____ Request to speak with Chaplain        ____ Request to speak with Inmate Services

____ Request Special Family Visit          ____ Request to speak with Commissary

_X_ Other Request (Be Specific About Reason for Request)

May I please have a copy of GV 2-17-119 as it was already at the hospital on 3/14/17 when it was returned to my cell. I left on 3/12/17 and did not receive a copy. Sorry to keep bothering you. Thank you.

**RESPONSE OF STAFF MEMBER RESPONDING TO INMATE REQUEST:**

Copy Given on 4/28/17

KB #742/1595

COLLECTED BY DEPUTY M Monge          P.E.# 1852  DATE 4/27/17

RESPONSE BY DEPUTY _____ KB          P.E.# 1515  DATE 4/28/17

FORM REVISED: 03/04/2014

Exhibit 12

# ST. JOSEPH COUNTY JAIL INMATE REQUEST FORM

Jeremy Hoffman Sr.      O.C.A. # 113741    7,5,17    G212
**Inmate Name**                              **Date**         **Cell**

**REQUEST**

____ **Make Barber Shop Appointment**       ____ **Request Release of Property**

____ **Request to speak with Chaplain**      ____ **Request to speak with Inmate Services**

____ **Request Special Family Visit**        ____ **Request to speak with Commissary**

_X_ **Other Request (Be Specific About Reason for Request)**

Lynn,
Since I cannot have access to my medical
records without an attorney, can you please
atleast tell me all the dates that I saw
the physicians here at the jail dating back to
the beginning of 2016 please?

                              Thank You

Please return a copy of this request as well.

**RESPONSE OF STAFF MEMBER RESPONDING TO INMATE REQUEST:**

It was my understanding you
You have received your medical records
already. Are you talking about here a thing.

**COLLECTED BY DEPUTY** _____ **P.E.#** _____ **DATE** ___/___/_____

**RESPONSE BY DEPUTY** _____ **P.E.#** _____ **DATE** ___/___/_____

FORM REVISED: 03/04/2014

Exhibit 13

# ST. JOSEPH COUNTY JAIL INMATE GRIEVANCE

Grievance # Cov 7-17-82

A grievance is a complaint related to a rule or procedure, complaint of oppression or misconduct by an employee in administering such rules. It can also be a complaint about another inmate. A personal dispute between inmates or inmates and staff is not considered a grievable matter.

Jeremy Huffman Sr.          113741     7/11/17   A511   Jason

INMATE NAME          O.C.A. #     DATE     CELL.     7/8/17 in A-pod

Grievance filed against: ▨▨▨ Deputy Fettig / 3rd shift nurse on 7/8/17 in A-pod

Description of complaint: On 7/8/17 I was in A511 and ask
via intercom for Deputy Fettig to call the nurses
and inform them that I needed an early dressing
change and because my bandage was falling apart
and it was still early in the evening. She said she
would and never did. Upon arrival at evening meds. I
informed the nurse of my issue and showed him it
was falling apart and my wound was uncovered. He
said he would get me taken care of asap and never
did. I awoke the following morning with my
bandage off my wound and reported to Nurse Stephanie for a
change where I was told that my scar was inflamed and filled with blood.

Inmate Signature: Jeremy Huffman Sr.

Fill out the grievance form in detail, if extra space is needed please use the back of this form. An inmate may state a grievance concerning any matter he/she feels is unjust and not in keeping with jail standards. The statement must be factual and this form must be signed. All grievances will be forwarded to the grievance chairman. Responses to grievances will be made as soon as possible.

Officer receiving grievance: ▨▨▨          P.E.# 873 Date: 7/13/17

Action Taken: _____ P.E. # _____ Date: _____

Action Taken: _____ P.E. # _____ Date: _____

Response to inmate: Deputy Fettig did not work in A-pod on
7/8/17. At 9:30 pm that night you were logged back
into your cell from medical meaning you went out to
the Nursing Station.

3rd

1143

It is documented that you came to medical
in the computer log. Your wound had a small collection
of fluid under the newly formed skin. We talked
about this when I changed your dressing.

N. Lynn

Lynn
7-24-17

Staff member resolving grievance: _____ P.E. # _____ Date: _____

Copy to: Inmate, Grievance Chairman, Classification File, Jail Commander

Exhibit 14 (Medical (Lynn)

## ST. JOSEPH COUNTY JAIL INMATE REQUEST FORM

Jeremy Hoffman Sr        J.C.A. # 113741   7,28,17   A511
**Inmate Name**                          Date          Cell

**REQUEST**

____ Make Barber Shop Appointment          ____ Request Release of Property

____ Request to speak with Chaplain        ____ Request to speak with Inmate Services

____ Request Special Family Visit          ____ Request to speak with Commissary

____ Other Request (Be Specific About Reason for Request)

Lynn,

Can I please have the dates that I
saw the physicians here at the jail as far
back as the beginning of 2016?

Thank You

No need to have Julie Lawson respond for you,
I sent her one of her own!

**RESPONSE OF STAFF MEMBER RESPONDING TO INMATE REQUEST:**

You will have to have an attorney subpeona the records.
All our older records are kept at BHV so we do not have all
your records here.

Lynn
7-31-17

**COLLECTED BY DEPUTY** M Faley        **P.E.#** 1430  **DATE** 7/28/17

**RESPONSE BY DEPUTY** _____     **P.E.#** _____  **DATE** __/__/__

FORM REVISED: 03/04/2014

9

## ST. JOSEPH COUNTY JAIL INMATE REQUEST FORM

Jeremy Hoffman

**Inmate Name**

O.C.A. # 113741   7,28,17   A571

**Date**   **Cell**

**REQUEST**

_____ **Make Barber Shop Appointment**          _____ **Request Release of Property**

_____ **Request to speak with Chaplain**          _____ **Request to speak with Inmate Services**

_____ **Request Special Family Visit**          _____ **Request to speak with Commissary**

_____ **Other Request (Be Specific About Reason for Request)**

Mrs. Lawson, _____ (referring to a request I sent on 7/5/17)
I most definately would not be asking
permission for access to medical records I
already had; records from anywhere
that is outside your facility or Beacon would
not be under your control or the control
of the medical staff. I was obviously talking
about medical records from here. Will you please
give me the dates I sent the physicians here
AT THE JAIL since as far back as January
2016?

Thank You

**RESPONSE OF STAFF MEMBER RESPONDING TO INMATE REQUEST:**

The medical records are not the property
of the jail. All medical records
belong to Beacon Health. I cannot
access those files.

7-24-17

**COLLECTED BY DEPUTY** M Fahey   **P.E.#** 1430 **DATE** 7-28-17

**RESPONSE BY DEPUTY** _____   **P.E.#** _____ **DATE** _/_/_

FORM REVISED: 03/04/2014

Inmate Name _____ Cell _____

Date 7/20/17   Time 3:00 pm

Medical Request _Can I please have my P.M. dressing change?! I have only been refusing in the morning and still have not had it changed for 5 days._

Response: _Once a day dressing changes are in the morning._

_____

Lynn

7-24-17

| Signed | Date | Time |

St. Joseph County Jail Nursing Office

Form No. 7103

Exhibit 17

## ST. JOSEPH COUNTY JAIL INMATE REQUEST FORM

Jeremy Huffman Sr.     O.C.A. # 113741     8/15/17     A571
**Inmate Name**                                        **Date**        **Cell**

**REQUEST**

\_\_\_\_ **Make Barber Shop Appointment**          \_\_\_\_ **Request Release of Property**

\_\_\_\_ **Request to speak with Chaplain**          \_\_\_\_ **Request to speak with Inmate Services**

\_\_\_\_ **Request Special Family Visit**          \_\_\_\_ **Request to speak with Commissary**

\_\_\_\_ **Other Request (Be Specific About Reason for Request)**

Lynn,
As you informed me on a resent greivance
I filed, my visits to medical are logged into
the computer! This information is available without
having to access medical records. I need the
DATES that I saw the physicians here at
the jail since the beginning of 2016. I
know you can provide these dates without
violating any privacy laws or procedures. The
dates are logged into the computer outside
of the medical records.     Thank You

**RESPONSE OF STAFF MEMBER RESPONDING TO INMATE REQUEST:**

They are logged into the computer by
custody staff and medical has NO access
to that computer system.

                                    Lynn
                                    8-17-16

**COLLECTED BY DEPUTY** M Fahy     **P.E.#** 1430 **DATE** 8/15/17

**RESPONSE BY DEPUTY** _____     **P.E.#** \_\_\_\_ **DATE** \_\_/\_\_/\_\_

FORM REVISED: 03/04/2014

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

INDIANA POLITICAL SUBDIVISION
RISK MANAGEMENT COMMISSION
311 W. WASHINGTON ST, STE 300
INDIANAPOLIS, IN 46204

9590 9403 0947 5223 2561 03

2. Article Number (Transfer from service label)

7016 0910 0000 9027 2965

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
AUG 02 2017
STATE OF INDIANA
DEPT. OF INSURANCE

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SHERIFF MICHAEL GRZEGOREK
401 W. SAMPLE STREET
SOUTH BEND, IN 46601

9590 9403 0947 5223 2560 97

2. Article Number (Transfer from service label)

7016 0910 0000 9027 2958

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X          #1351          ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TORT CLAIMS INVESTIGATIONS
GOVERNMENT CENTER SOUTH,
5TH FLOOR
302 W. WASHINGTON STREET
INDIANAPOLIS, IN 46204

9590 9403 0947 5223 2561 10

2.   (Transfer from service label)

7016 0910 0000 9027 2941

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature          RECEIVED
X          AUG 02 2017          ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery STATE OF INDIANA from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

Exhibit No. 20 Inmate Services

## ST. JOSEPH COUNTY JAIL INMATE REQUEST FORM

Jeremy Huffman Sr.     O.C.A. # 113741     8/15/17     A571
__Inmate Name__                                __Date__       __Cell__

**REQUEST**

____ **Make Barber Shop Appointment**         ____ **Request Release of Property**

____ **Request to speak with Chaplain**       __X__ **Request to speak with Inmate Services**

____ **Request Special Family Visit**         ____ **Request to speak with Commissary**

____ **Other Request (Be Specific About Reason for Request)**

Miss Coleman,
Can you please provide me with the
paperwork so that I can file for the
Freedom of Information Act.

Thank You.

**RESPONSE OF STAFF MEMBER RESPONDING TO INMATE REQUEST:** Mr. Huffman

Not familar with the Act or the paper's.

COLLECTED BY DEPUTY  M Faley     P.E.# 1430  DATE 8/15/17

RESPONSE BY DEPUTY  Miss Coleman     P.E.# ____  DATE 8/16/17

FORM REVISED: 03/04/2014

Exhibit 21

# NOTARY PUBLIC SERVICE

Inmate Name  Jeremy Huffman Sr.

OCA# 11371          Cell A511

Date  8-8-17

Acct Balance  3.13

_____ Banking
_____ Child Guardianship
_____ Power of Attorney
_____ Auto
_____ Legal  work
_____ Other  Copies

Miss Coleman #1201

Exhibit 22

# ST. JOSEPH COUNTY JAIL INMATE REQUEST FORM

Jeremy Huffman   O.C.A. # 11374-10  8/16/17  A511

**Inmate Name**          **Date**        **Cell**

**REQUEST**

____ **Make Barber Shop Appointment**         ____ **Request Release of Property**

____ **Request to speak with Chaplain**         ____ **Request to speak with Inmate Services**

____ **Request Special Family Visit**          ____ **Request to speak with Commissary**

____ **Other Request (Be Specific About Reason for Request)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**RESPONSE OF STAFF MEMBER RESPONDING TO INMATE REQUEST:** Mr. Huffman,

I tried to locate your request slip regarding your request for

copies. I can't find it, if you don't request it back at

the conclusion of your visit, I don't hold on to it.

Again if you feel that you should have received a copy of

your paper-work to send home to your family, please write

the Warden or the assistant Warden, if your request is approved, I will make copies for you.

**COLLECTED BY DEPUTY** _____ **P.E.#** ____ **DATE** __/__/__

**RESPONSE BY DEPUTY** Miss Coleman _____ **P.E.#** ____ **DATE** 8/16/17

FORM REVISED: 03/04/2014

Exhibit 23

# ST. JOSEPH COUNTY JAIL INMATE REQUEST FORM

Jeremy Hoffman Sr.   O.C.A. # 113741   8,16,17   A571
Inmate Name                          Date            Cell

**REQUEST**

\_\_\_\_ **Make Barber Shop Appointment**   \_\_\_\_ **Request Release of Property**

\_\_\_\_ **Request to speak with Chaplain**   ✗ **Request to speak with Inmate Services**

\_\_\_\_ **Request Special Family Visit**   \_\_\_\_ **Request to speak with Commissary**

\_\_\_\_ **Other Request (Be Specific About Reason for Request)**

Miss Coleman,
Will you please pull me out to make
copies again? This time I'm sure it is legal
documentation.

Thank You

**RESPONSE OF STAFF MEMBER RESPONDING TO INMATE REQUEST:**

COLLECTED BY DEPUTY _Van Vynckt_   P.E.# _1861_ DATE _08 / 16 / 2017_

RESPONSE BY DEPUTY _____   P.E.# \_\_\_\_ DATE \_\_/\_\_/\_\_\_\_

FORM REVISED: 03/04/2014

# ST. JOSEPH COUNTY JAIL INMATE GRIEVANCE

Grievance # _____

A grievance is a complaint related to a rule or procedure, complaint of oppression or misconduct by an employee in administering such rules. It can also be a complaint about another inmate. A personal dispute between inmates or inmates and staff is not considered a grievable matter.

Jeremy Huffman Sr.        113741      8,16,17     A511
Grievance filed against: Mrs. Coleman (Inmate Services)

Description of complaint: On August 16, 2017 at approx. 12:15
to 12:20 I was called down to inmate services
to have copies of certified mail receipts for
security purposes on a legal matter. Mrs Coleman
told me that I could not have them copied because
it was against the rules. She informed me
that certified mail receipts are not legal documents
and the only copies I was allowed to have made
had to be legal documents.

Inmate Signature: _____

Fill out the grievance form in detail, if extra space is needed please use the back of this form. An inmate may state a grievance concerning any matter he/she feels is unjust and not in keeping with jail standards. The statement must be factual and this form must be signed. All grievances will be forwarded to the grievance chairman. Responses to grievances will be made as soon as possible.

Officer receiving grievance: RxONS        P.E. # 1853  Date: 8/16/17

Action Taken: _____  P.E. # ____  Date: _____

Action Taken: _____  P.E. # ____  Date: _____

Response to inmate: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Staff member resolving grievance: _____  P.E. # ____  Date: _____

Copy to: Inmate, Grievance Chairman, Classification File, Jail Commander

Exhibit 25

## ST. JOSEPH COUNTY JAIL INMATE GRIEVANCE

Grievance # _Capt COV 8-17-84_

A grievance is a complaint related to a rule or procedure, complaint of oppression or misconduct by an employee in administering such rules. It can also be a complaint about another inmate. A personal dispute between inmates or inmates and staff is not considered a grievable matter.

_Jerome Huffman Sr._   O.C.A. # _113741_   DATE _8/16/17_   CELL _A511_
INMATE NAME

Grievance filed against: _Mrs. Coleman (Inmate Services)_

Description of complaint: _On August 16, 2016 at aprox 12:15 to 12:20 I was called down to inmate services to have copies of certified mail receipts for security purposes on a legal matter. Mrs. Coleman told me that I could not have them copied because it was against the rules. She informed me that certified mail receipts are not legal documents and the only copies I was allowed to make had to be legal documents._

Inmate Signature: _Jerome Huffman Sr_

Fill out the grievance form in detail, if extra space is needed please use the back of this form. An inmate may state a grievance concerning any matter he/she feels is unjust and not in keeping with jail standards. The statement must be factual and this form must be signed. All grievances will be forwarded to the grievance chairman. Responses to grievances will be made as soon as possible.

Officer receiving grievance: _K O Brien_   P.E. # _1183_   Date: _8/16/17_

Action Taken: _____   P.E. # _____ Date: _____

Action Taken: _____   P.E. # _____ Date: _____

Response to inmate: _____

_INMATE SERVICES IS NOT A PHOTO-COPY SERVICE FOR DOCUMENTS UNRELATED TO AN INMATE'S CURRENT CRIMINAL MATTERS._

_PHOTO-COPY OF DOCUMENTS PERTAINING TO CIVIL CASES & PERSONAL MATTERS NEED TO BE DONE BY FRIENDS, FAMILY OR ATTORNEY OF THE INMATE. CERTIFIED MAIL RECEIPTS ARE NOT "LEGAL" DOCUMENTS._

Staff member resolving grievance: _CAPT. S. RICHMOND_   P.E. # _1703_   Date: _08-18-17_

Copy to: Inmate, Grievance Chairman, Classification File, Jail Commander

ORIGINAL

Exhibit 24

## ST. JOSEPH COUNTY JAIL INMATE REQUEST FORM

Jeremy Huffman Sr. O.C.A. # 113741  8/17/17  A511
__Inmate Name__                                __Date__        __Cell__

**REQUEST**

____ **Make Barber Shop Appointment**          ____ **Request Release of Property**

____ **Request to speak with Chaplain**        _X_ **Request to speak with Inmate Services**

____ **Request Special Family Visit**          ____ **Request to speak with Commissary**

____ **Other Request (Be Specific About Reason for Request)**

Miss Coleman,
    I don't understand why you refused to
copy my certified mail receipts. They are
domestic return receipts from the United States Postal
service that are specifically meant to prove paid
for services rendered by the federal postal service
for security and legal purposes. Please explain
why I cannot pay to have them copied. I
must understand why sending copies home for
extra security reasons is not considered a legitimate
reason. THIS IS A SERIOUS LEGAL MATTER!

Thank you. Please return this
with a response.

**RESPONSE OF STAFF MEMBER RESPONDING TO INMATE REQUEST:**

Mr. Huffman,
write to the Warden or the assistant Warden regarding this
matter. I explained to you more than once why I couldn't
make copies for you.

COLLECTED BY DEPUTY ___Archer___   P.E.# 1566  DATE 8/17/17

RESPONSE BY DEPUTY __Miss Coleman__   P.E.# ____   DATE 8/21/17

FORM REVISED: 03/04/2014

Exhibit 27



Edward W. Hardig

Michael J. Anderson
Peter J. Agostino
Scott M. Keller
Michael P. Misch**

Frank J. Agostino, of Counsel

Gaylen W. Allsop, Retired

Bernard E. Edwards, Jr.
Loris P. Zappia
Mark F. James
Bradley P. Colborn
Tracey S. Schafer
Jonathan A. Watson+
Stephanie L. Nemeth+
Eli A. Wax

* Also Licensed in IL
+ Also Licensed in MI

September 27, 2017

Jeremy Huffman, Sr. (#127265)
c/o Elkhart County Corrections Center
26861 CR 26
Elkhart, IN 46517

      Re:   Tort Claim Notice

Dear Mr. Huffman:

     Please be advised I represent the St. Joseph County Jail, St. Joseph County Sheriff's Department and the St. Joseph County Board of Commissioners. I am in receipt of your tort claim notice served upon the Sheriff's Department and County Jail. I am in the process of investigating this matter and need to review your medical records associated with your claim. Enclosed are authorizations for your signature directed to Beacon Health Ventures, who provides medical services to the St. Joseph County Jail, as well as Memorial Hospital of South Bend. I would appreciate your signing and returning the authorizations to me in the return envelope I have also enclosed for your convenience. Once I have had an opportunity to review your medical records, I will be in a position to respond to your tort claim notice.

     Thank you.

                  Sincerely yours,

                  ANDERSON AGOSTINO & KELLER, P.C.

                  Peter J. Agostino

PJA/clt
Enclosures

Anderson • Agostino & Keller, P.C.

   131 S. Taylor Street   South Bend, IN 46601   574.288.1510 office   574.288.1650 fax   www.aaklaw.com

Edward W. Hardig
Michael J. Anderson
Peter J. Agostino
Scott M. Keller
Michael P. Misch**

Frank J. Agostino, of Counsel
James E. Burke, of Counsel
Gaylen W. Allsop, Retired

Bernard E. Edwards, Jr.
Lora Z. Pappas
Mark P. James
Bradley P. Colborn
Tracey S. Schafer
Jonathan A. Watson*
Stephanie L. Nemeth*
Eli A. Wax

* Also Licensed in IL
** Also Licensed in MI

**AAK LAW**

January 8, 2018

Jeremy Huffman, Sr. (#127265)
c/o Elkhart County Corrections Center
26861 CR 26
Elkhart, IN 46517

Re:   Tort Claim Notice

Dear Mr. Huffman:

Thank you for providing me with the authorization so I could review your medical records while you were at the St. Joseph County Jail and at Memorial Hospital. I have reviewed the records, as well as the St. Joseph County Jail's records, and it is my opinion that St. Joseph County is not liable for the injury you suffered. From your Notice of Tort Claim, it appears your complaint is that you did not get taken to the hospital and receive adequate care for the cyst on your elbow within a timely manner.

Based on the jail and medical records, it appears that you were booked into the County Jail on July 15, 2016, by the U.S. Marshal's Service. This is important to note, because, although you were physically present in the County Jail, the County does not have absolute authority over you and your care. Instead, certain medical treatment must be approved by the U.S. Marshal's Service, specifically treatment that requires you to be removed from the jail. However, if the medical treatment is deemed emergent, then the jail staff has the authority to see that you receive the care even if it means you are taken out of the jail.

The records show that the first time you complained about your elbow was on October 20, 2016, and you were placed on the list to see the doctor for the next day, October 21, 2016. While Although the records indicate additional times when you saw the doctor within the jail, or made complaints to the medical staff about not receiving further

Anderson • Agostino & Keller, P.C.

131 S. Taylor Street   South Bend, IN 46601   574.288.1510 office   574.288.1650 fax   www.aaklaw.com

---

Jeremy Huffman, Sr. (#127265)
c/o Elkhart County Corrections Center
January 8, 2018
Page Two

treatment after your MRI on December 19, 2016, and biopsy on February 7, 2017, there is nothing in the records that shows that any doctor reported an emergency situation until March 12, 2017, when Dr. Hall ordered that you be taken to the ER on an emergency basis. On that day, the jail staff transferred you to the ER, where you received additional treatment including surgery with Dr. Ratigan. When you returned to the jail on April 14, 2017, the records show you received treatment on nearly a daily basis until you left the St. Joseph County Jail on August 25, 2017.

I have provided you the above summary so that you understand the dates and actions that I have based my opinion on. You may be interested to know that the Seventh Circuit has held that non-medical officials cannot be held liable for reasonably relying on the medical judgment of professionals. Schlatter v. Fries, 2013 U.S. Dist. LEXIS 91056, *34, n.5. It is this holding that I believe supports my opinion that the non-medical jail staff at the St. Joseph County Jail are not liable for your injury. The jail informed medical staff of any complaints you had made, and relied upon the medical staff to inform them if you needed to be transferred out of the jail for any additional treatment. The medical staff (nurses and doctors) you and other inmates see within the St. Joseph County Jail are not employees of the County; but of Beacon Medical, which is under contract to provide medical services to inmates of the County Jail.

This opinion solely relates to any claims you are asserting against St. Joseph County and its jail staff. This letter expresses no opinion on whether you have a case against others, including the U.S. Marshal's Services, whom we do not represent.

Thank you.

Sincerely yours,

ANDERSON, AGOSTINO & KELLER, P.C.

Peter J. Agostino



**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

Washington, DC 20530-0001
DEC - 6 2018

CERTIFIED MAIL #   7006 0150 0002 9393 4230

Jeremy Huffman, Reg. #16508-027
USP McCreary
U.S. Penitentiary
P.O. Box 3000
Pine Knot, KY  42635

Re: Administrative Tort Claim No. OGC 51516

Dear Mr. Huffman:

This responds to the above-referenced administrative tort claim received by the United States Marshals Service (USMS) on July 18, 2018, in the amount of $10,000,000.00. You claim that on September 1, 2016 forward, you suffered injuries due to the lack of medical care, vision care, and dental care, while being housed at St. Joseph County Jail (SJCJ), South Bend, Indiana.

The applicable provisions of the Federal Tort Claims Act [28 U.S.C. §§ 1346(b), 2401(b), 2671, et seq.] provide for the payment of claims which arise from the negligent or wrongful act or omission of an employee of the Federal Government while acting within the scope of his or her employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred.

Our review of the circumstances and the applicable law revealed no negligence on behalf of any USMS employee. Your allegations arise from the conditions of confinement while housed at a contract facility. The USMS entered into an Intergovernmental Agreement with SJCJ, to temporarily house federal detainees. In this regard, the daily safekeeping responsibility for federal prisoners housed at a local contract jail rests with the jail. The independent contractor is the appropriate party to whom you should address your claim for damage allegedly caused by its employee. The United States is not liable under the Federal Tort Claims Act for acts or omissions of independent contractors.  See 28 U.S.C. § 2671 and Logue v. United States, 412 U.S. 521 (1973).

Moreover, to the extent that you allegation refer to specific actions, our investigation reveals that all requests for necessary outside medical care made by the SJCJ were promptly reviewed and approved by the USMS.

Accordingly, your administrative tort claim against the United States in the amount of $10,000,000.00 is denied.  If you are dissatisfied with our determination, suit may be filed in the appropriate U.S. District Court no later than six months after the date of the mailing of this denial.  See 28 U.S.C. § 2401(b).

Sincerely,

Gerald M. Auerbach
General Counsel

Exhibit 29



**SOUTH BEND ORTHOPAEDICS**

53880 Carmichael Drive • South Bend, IN 46635
60160 Bodnar Boulevard • Mishawaka, IN 46544
Phone: 574.247.9441 • Fax: 574.247.9442
www.sbortho.com

Date: 05/25/2017

RE: Jeremy Huffman, DOB: 08/06/1985, PT ID #653206

Discontinue wound vac. Granulation tissue treated with silver nitrate. Will attempt healing by secondary intention. Fluid culture sent. Will transition to wet to dry dressing.
Dressing changes 2-3 times a day: wet to dry with moist gauze, ABD pad, wrap with kerlix and ACE wrap.
Okay to shower, wet with soap directly to wound after water.

Sincerely,

Electronically Signed by: SAM M FULLER MD

2 - weeks for follow-up appt.