USDC IN/ND case 3:19-cv-00169-JD-MGG   document 1-3   filed 03/11/19   page 1 of 1

Jeremy Huffman Sr. #16508-027
Federal Correctional Institution
P.O. Box 4000
Manchester, KY 40962



**CERTIFIED MAIL®**
7017 2400 0000 7562 1208

U.S. POSTAGE PAID
PM 3-DAY
MANCHESTER, KY
40962
MAR 06, 19
AMOUNT
$0.00
R2305K141379-05

⇔16508-027⇔
District Court Clerk
204 S MAIN ST
room 102
South BEND, IN 46601
United States