AO 240 (Rev. 7/10) (INND Rev. 8/16)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners who do not pay the filing fee when they file a new case or a notice of appeal.]

Jeremy Huffman Sr.,
[Put your full name on this line.]

v.

St. Joseph County Jail et, al,
[Put the name of the first person you are suing on this line.]

Case Number: 3:19-cv-169
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER MOTION TO PROCEED IN FORMA PAUPERIS

I am a prisoner. I am unable to pre-pay the costs of this case or appeal. I have attached an official copy of my prisoner trust fund account statement showing every transaction for the last six months. I declare **under penalty of perjury** that these statements are true.

Signature: [signed]
Prisoner Number: 16508-027
Date: 2/24/19

### OFFICIAL CERTIFICATE OF PRISONER ACCOUNT

I certify that every transaction for the last six months (or _____ months if the prisoner has been here less than six months) is listed on the attached prisoner trust account statement.

Signature of Authorized Officer: [signed]
Date: 01/23/19

Printed Name and Job Title: J. CRASE   CORRECTIONAL COUNSELOR
Name of Facility: FCI MANCHESTER

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## Inmate Inquiry 

| | | | |
|---|---|---|---|
| Inmate Reg #: | 16508027 | Current Institution: | Manchester FCI |
| Inmate Name: | HUFFMAN, JEREMY | Housing Unit: | MAN-L-A |
| Report Date: | 01/23/2019 | Living Quarters: | L02-208U |
| Report Time: | 11:11:07 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2742 |
| PAC #: | 378559291 |
| Revalidation Date: | 25th |
| FRP Participation Status: | Participating |
| Arrived From: | MCR |
| Transferred To: | |
| Account Creation Date: | 2/16/2018 |
| Local Account Activation Date: | 10/31/2018 3:16:23 AM |
| Sort Codes: | |
| Last Account Update: | 1/21/2019 6:05:21 PM |
| Account Status: | Active |
| Phone Balance: | $0.09 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☑ Payroll  ☑ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

### Account Balances

| | |
|---|---|
| Account Balance: | $10.19 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |

| | |
|---:|:---|
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $10.19 |
| National 6 Months Deposits: | $502.56 |
| National 6 Months Withdrawals: | $509.15 |
| Available Funds to be considered for IFRP Payments: | $27.56 |
| National 6 Months Avg Daily Balance: | $21.19 |
| Local Max. Balance - Prev. 30 Days: | $50.84 |
| Average Balance - Prev. 30 Days: | $9.55 |

## Commissary History

### Purchases

| | |
|---:|:---|
| Validation Period Purchases: | $37.65 |
| YTD Purchases: | $113.25 |
| Last Sales Date: | 1/9/2019 11:10:33 AM |

### SPO Information

| | |
|---:|:---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---:|:---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $360.00 |
| Expended Spending Limit: | $37.65 |
| Remaining Spending Limit: | $322.35 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---:|:---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|