UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JEREMY HUFFMAN, SR.,

    Plaintiff,

    v.

ST. JOSEPH COUNTY JAIL, et al.,

    Defendants.

CAUSE NO.: 3:19-CV-169-JD-MGG

ORDER

Jeremy Huffman, Sr., a prisoner without a lawyer, filed an unsigned complaint against St. Joseph County Jail and thirteen other defendants. However, Federal Rule of Civil Procedure 11(a) requires that all filings be signed.

For these reasons, the court:

(1) DENIES the complaint with leave to refile (ECF 1);

(2) DIRECTS the clerk to place this cause number on a blank Prisoner Complaint (INND Rev. 8/16) and send it to Jeremy Huffman, Sr.;

(3) GRANTS Jeremy Huffman, Sr., until **April 22, 2019**, to file an amended complaint on that form; and

(4) CAUTIONS Jeremy Huffman, Sr., that if he does not respond by that deadline, this case may be dismissed without further notice.

SO ORDERED on March 25, 2019

                                          /s/ JON E. DEGUILIO
                                          JUDGE
                                          UNITED STATES DISTRICT COURT