# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Jeremy Huffman Sr.

V.

St. Joseph County Jail et, al

case # 3:19-cv-169

## SUPPLEMENT TO COMPLAINT

Plaintiff, Jeremy Huffman Sr. filed a pro se complaint against the St. Joseph County Jail et, al and 13 others. Plaintiff did not sign the complaint by harmless error. Attached is page 19 of the complaint, signed by plaintiff. Attached also is a certified mail receipt to show the date this complaint was postmarked.

*Jeremy Huffman Sr.*
Jeremy Huffman Sr.
Federal Correctional Institution
P.O. Box 4000
Manchester, KY 40962

March 19, 2019

-FILED-

MAR 25 2019

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

(INND Rev. 8/16) page 4

5. When did this event happen?
   ○ Before I was confined.
   ☒ While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event did not happen in a prison or jail.
   ○ No, this event is not grievable at the prison or jail where it occurred.
   ☒ Yes, I filed a grievance and attached is a copy of the response from the final step. (Exhibit 2 and 25)
   ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   Plaintiff asks that the defendants be ordered to pay him compensatory and punitive damages in the amount of $10,000,000.00 and that medical care for inmates at the St. Joseph County Jail be given at the standard levels set forth by the Constitution of the United States of America.

[Initial Each Statement]
   _JH_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   _JH_ I will keep a copy of this complaint for my records.
   _JH_ I will promptly notify the court of any change of address.
   _JH_ I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on _3_/_4_/20_19_ at _11:30_ (am)/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   _[signature]_                                    16508-027
   Signature                                        Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

CASE # 3:19-CV-169

7017 2400 0000 7562 1208

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Postmark Here: MANCHESTER KY, MAR 05 2019, USPS

Jeremy Huffman
#16508-027
Unit LA

NAME Jeremy Huffman Sr.
REG. NO. 16508-027
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
MANCHESTER, KY 40962-4000

KNOXVILLE TN 377
21 MAR 2019 PM 3 L

⇔ 16508-027 ⇔
District Court Clerk
204 S MAIN ST
room 102
South BEND, IN 46601
United States

46601-219499