Case # 3:19-CV-169

Dear Clerk, 3/28/19
Enclosed is a pro se complaint I filed that I neglected to sign, originally. Here it is SIGNED. Please forgive me for inconveniences I may have caused. Please incorperate the motion for appointment of counsel and motion for leave to proceed in forma pauperis that I filed with the original unsigned complaint.

Also, as my finances and resources are extremely limitted, I would also ask that all attachments (exhibits, proposed summons and USM 285 forms) be correlated with this new SIGNED complaint. Thank You.

Sincerely,
Jeremy Huffman Sr.
Fed. Reg. #16508-027

-FILED-
APR 02 2019
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA