UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JEREMY HUFFMAN, SR., <br><br> Plaintiff, <br><br> v. <br><br> ST JOSEPH COUNTY JAIL, et al., <br><br> Defendants. | CAUSE NO.: 3:19-CV-169-JD-MGG |

ORDER

Jeremy Huffman, Sr., a prisoner without a lawyer, filed this lawsuit and must pay the filing fee as required by 28 U.S.C. § 1915(b). Therefore, the court:

(1) GRANTS the plaintiff leave to proceed in forma pauperis (ECF 2);

(2) WAIVES the initial partial filing fee;

(3) ORDERS the plaintiff, **Jeremy Huffman, Sr., Manchester Federal Correctional Institution # 16508-027,** to pay (and the facility having custody to automatically remit) to the clerk 20% of the money received for each calendar month during which $10.00 or more is received, until the $350.00 filing fee is paid in full;

(4) DIRECTS the clerk to create a ledger for receipt of these funds; and

(5) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED on April 9, 2019

/s/ JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT