UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JEREMY HUFFMAN, SR.,

    Plaintiff,

    v.

ST. JOSEPH COUNTY JAIL, et al.,

    Defendants.

CAUSE NO.: 3:19-CV-169-JD-MGG

ORDER

Jeremy Huffman, Sr., proceeding without the benefit of counsel, filed a motion (ECF 3) seeking appointment of counsel. "There is no right to court-appointed counsel in federal civil litigation." *Olson v. Morgan*, 750 F.3d 708, 711 (7th Cir. 2014) (*citing Pruitt v. Mote*, 503 F.3d 647, 649 (7th Cir. 2007)). However, in some circumstances, the court may ask counsel to volunteer to represent indigent parties.

> When confronted with a request under § 1915(e)(1) for pro bono counsel, the district court is to make the following inquiries: (1) has the indigent plaintiff made a reasonable attempt to obtain counsel or been effectively precluded from doing so; and if so, (2) given the difficulty of the case, does the plaintiff appear competent to litigate it himself?

*Pruitt v. Mote*, 503 F.3d at 654. Since the court has not yet screened the amended complaint (ECF 6), as required by 28 U.S.C. § 1915A, "the case [is] still in its infancy, thereby making it impossible at [this] juncture to make any accurate determination regarding [the plaintiff's] abilities or the difficulty of the case." *Romanelli v. Suliene*, 615 F.3d 847, 852 (7th Cir. 2010).

For these reasons, the motion (ECF 3) is DENIED.

SO ORDERED this April 10, 2019.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge