FILED
NOV 07 2019
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

10/31/19

Dear District Clerk,

My name is Jeremy Huffman Sr. federal inmate number 16508-027. I currently have an active civil action in district court in the Northern District of Indiana against the St. Joseph County Jail and 13 others. It is my great concern that the court as well as the defendants in this case me made aware that the Federal Bureau of Prisons is transferring me to a new (unknown) facility and my Manchester, KY address will no longer be deliverable to me. My new address will not be disclosed to me but will be availible on the FBOP website in the weeks to come or I will write to the courts when I arrive at my next location. Thank You.

Sincerely,
Jeremy Huffman Sr.
#16508-027