NAME Jeremy Huffman Sr.
REG. NO. 16508-027 QTR. LA
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
MANCHESTER, KY 40962-4000

⇔16508-027⇔
District Court Clerk
204 S MAIN ST
room 102
South BEND, IN 46601
United States

