UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Jeremy Huffman Sr. ) Date: 11/19/19
)
)
vs. ) Case # 3:19-CV-169
) JD/MMG
)
St. Joseph County Jail et, al )

## NOTICE OF CHANGE OF ADDRESS

Comes now pro se plaintiff Jeremy Huffman Sr. to give notice that the plaintiffs mailing address has been changed. Plaintiff's new address is as follows:

Jeremy Huffman Sr. #16508-027
FCI Beckley
P.O. Box 350
Beaver, WV 25813

-FILED-

NOV 22 2019

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA