-FILED-
DEC 27 2019
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Date: 12/19/19

To: District Court Clerk
Northern District of Indiana
102 Robert A. Grant Fed. Bldg.
and U.S. Courthouse
204 S. Main St
South Bend, IN 46601

From: Jeremy Huffman #16508-027
Federal Correctional Institution Beckley
P.O. Box 350
Beaver, WV 25813

Dear Clerk,
In reference to CASE # NDIN 3:19-CV-169 I have some concerns. I don't see any indication that the Marshal's Service has served my amended complaint, since it was filed 4-9-19. Can you tell me what I need to do to get this complaint served? Also, please inform me of your receipt of my motion for notice of change of address.
Thanks very much,
Jeremy Huffman.