-FILED-

MAR 19 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Dear Clerk, 3/15/20

I am Jeremy Huffman Sr., a pro se prisoner representing myself in CASE # 3:19-cv-00169. I am writing your office because I need any court files or records that show the dates each defendant in this case was served with a copy of the complaint and a summons by the US Marshal Service. This information would be greatly appreciated.

Thank You.
Jeremy Huffman Sr.
#16508-027


Please send these documents to me at:

Jeremy Huffman #16508-027
Federal Correctional Institution Beckley
P.O. Box 350
Beaver, WV 25813

Jeremy Cummings Jr. #16508-027
Federal Correctional Institution Beckley
P.O. Box 350
Beaver, WV 25813

CHARLESTON WV 250
05 MAR 2020 PM 4 L

⇔16508-027⇔
District Court Clerk
204 S MAIN ST
room 102
South BEND, IN 46601
United States

46601-219459