# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Jeremy Huffman Sr.

V.

St. Joseph County Jail et, al

Case # 3:19-cv-169

-FILED-
JUN 17 2020
At _____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## Motion For Appointment Of Counsel

- Pursuant to 28 USC § 1915 (e)(1), plaintiff Jeremy Huffman Sr. Moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. One year and two months have lapsed since plaintiffs' last motion for appointment of counsel was denied by Magistrate Judge Michael G. Gotsch Sr. on grounds that this case had not yet been screened and could not yet be determined accurately whether or not plaintiff could litigate himself.

2. There has been no answers from any of the defendants. No docket entries since 12/27/19.

3. All reasons set forth in prior motion for appointment of counsel should also be considered. (Attached)

- Wherefore, plaintiff requests that the court appoint counsel in this case.

June 1, 2020

Jeremy Huffman Sr. #16508-027
Federal Correctional Institution Beckley
P.O. Box 350
Beaver, WV 25813

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Jeremy Huffman Sr.

V.

St. Joseph County Jail et, al

# MOTION FOR APPOINTMENT OF COUNSEL

- Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff, Jeremy Huffman Sr. moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiffs imprisonment will greatly limit his ability to litigate. This case is complex and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law. Plaintiff suffers from anxiety and depression that hinder his attention.

3. A trial in this case will likely involve conflicting testimony, and counsel would greater enable plaintiff to present evidence and cross examine witnesses.

4. Plaintiff has made repeated efforts to obtain a lawyer. Attached to this motion are letters from attorneys, letters from the ACLU of Indiana, and a letter from the Indianapolis Bar Association with a list of potential lawyers. Very few lawyers responded to plaintiff's requests and the ones that did, refused to help.

- WHEREFORE, plaintiff requests that the court appoint counsel in this case.

March 4, 2019

Jeremy Huffman Sr. #16508-027
Federal Correctional Institution
P.O. Box 4000
Manchester, KY 40962

⇔16508-027⇔
District Court Clerk
204 S MAIN ST
room 102
South BEND, IN 46601
United States

⇔16508-027⇔
District Court Clerk
204 S MAIN ST
room 102
South BEND, IN 46601
United States

⇔16508-027⇔
District Court Clerk
204 S MAIN ST
room 102
South BEND, IN 46601
United States