| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jeremy Huffman, Sr | 3:19-cv-169 |
| DEFENDANT | TYPE OF PROCESS |
| St Joseph County Jail et al | summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Nurse Jason, LNU, RN at St Joseph County Jail

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
St Joseph County Jail, 401 W Sample Street, South Bend, IN 46601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jeremy Huffman, Sr. 16508-027
Beckley FCI   PO Box 350
Beaver, WV 25813

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1-4 | No. 27 | No. 27 | | 2/11/21 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)    Date 2/13/21   Time   ☐ am ☐ pm

Address (complete only different than shown above)    Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Service fee $8.00    total $8.00

Form USM-285
Rev. 01/21


**UNITED STATES POSTAL SERVICE**

February 18, 2021

Dear T I:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8169 0224 6689 4330 26**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | February 13, 2021, 9:30 am |
| **Location:** | SOUTH BEND, IN 46601 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

### Shipment Details

| | |
|---|---|
| **Weight:** | 15.0oz |

### Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | L Miller   nFC 19 |
| **Address of Recipient:** | 401 W SAMPLE ST SOUTH BEND, IN 46601 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004