**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | | |
|---|---|---|
| JEREMY HUFFMAN, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:19-cv-169 |
| | ) | |
| ST. JOSEPH COUNTY, et al | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REFUSAL OF SERVICE

Defendants, Head Nurse Lynn, Nurse Jason, Dr. Tieman and Dr. Hall (hereinafter collectively "Defendants"), by counsel, file notice of pro se Plaintiff's refusal of service of Defendants' Motion to Conduct Limited Discovery. (ECF 27). Defendants attempted to serve Plaintiff with a copy of this motion with the documents attached thereto via certified mail, return receipt requested, tracking number #70109 2280 000 1174 0563. Counsel for Defendants received the same back, noting the addressee refused the parcel, and the same was returned to sender.

Respectfully Submitted,

Georgianne M. Walker (23182-71)
Amanda M. Jordan (32129-71)
Attorneys for Defendants

**MAY • OBERFELL • LORBER**
4100 Edison Lakes Parkway, Suite 100
Mishawaka, IN 46545
Telephone: (574) 243-4100
Facsimile: (574) 232-9789
gwalker@maylorber.com
ajordan@maylorber.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that service of the above document was made on March 3, 2021 by U.S. certified mail, return receipt requested, postage affixed upon the following:

Jeremy Huffman, Sr.
16508-027
Beckley FCI
Federal Correction Institution
Inmate Mail/Parcels
P O Box 350
Beaver, WV  25813
Via U.S. Mail

Amanda Jordan (32129-71)