TRULINCS 16508027 - HUFFMAN, JEREMY - Unit: BEC-A-A

---

FROM: Stilley, Oscar
TO: 16508027
SUBJECT: Motion to Stay
DATE: 03/09/2021 11:06:02 AM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JEREMY HUFFMAN, SR., | ) | PLAINTIFF |
| | ) | |
| v. | ) Cause No. 3:19-cv-169 | |
| | ) | |
| ST. JOSEPH COUNTY, et al | ) | DEFENDANTS |

PLAINTIFF'S MOTION FOR STAY AND EXTENSION OF TIME TO SERVE

Comes now Plaintiff Jeremy Huffman, Sr. (Plaintiff) and for his motion for stay and extension of time to serve states:

1. Plaintiff has been informed that certified mail to him has not been delivered. See Docket 28, 28-1. Plaintiff has not seen this material but has been informed that said pleading indicates the failure to deliver certified mail.

2. Mail to Plaintiff generally is only delivered as scanned documents. Whether this is legal or not, especially with respect to legal mail, is a question for another day.

3. Plaintiff's Good Conduct Time (GCT) release date is 6-8-2021. That means that he should be released from prison, to supervised release, at that time.

4. Plaintiff is also informed that "Nurse Lynn" is not enough information for good service.

5. Plaintiff is under such restrictions and limitations that effective prosecution of this case while in prison is not practicable. Plaintiff is often on lockdown, has exceedingly limited resources, and doesn't have the skill and experience to litigate without help.

6. A stay would allow Plaintiff to conduct this litigation much more effectively, with help from others. It would also give Plaintiff a much better chance to recruit counsel.

7. No party to this proceeding will be prejudiced by a stay and extension of time to serve.

8. For these reasons Plaintiff requests a stay of proceedings until 7-6-2021, the first business day after Independence Day.

9. Plaintiff also requests an extension of time up through and including 10-5-2021 to serve defendants not yet served with the summons and complaint.

WHEREFORE, Plaintiff prays a stay of proceedings until 7-5-2021; an extension of time to serve summons and complaint until 10-5-2021; and such other and further relief as may be appropriate whether or not specifically prayed.

VERIFICATION Plaintiff by his signature below pursuant to 28 USC 1746 declares under penalty of perjury that the foregoing facts are true and correct.

By: _____   Date: 3/17/21
Jeremy Huffman, 16508/027
Beckley FCI
PO Box 350
Beaver, WV 25813

CERTIFICATE OF SERVICE

TRULINCS 16508027 - HUFFMAN, JEREMY - Unit: BEC-A-A

---

Plaintiff by his signature above pursuant to 28 USC 1746 certifies that he caused the Defendants to be served by placing a copy of this pleading in US Mail, with sufficient postage prepaid, addressed to the clerk of the court for filing and service via CM/ECF.