UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JEREMY HUFFMAN, SR., <br><br>Plaintiff, <br><br>v. <br><br>CHRISTOPHER HALL, et al., <br><br>Defendants. | CAUSE NO. 3:19-CV-169-JD-MGG |

## ORDER

Defendants, by counsel, filed a document titled "Second Amended Notice of Refusal of Service and Motion for Extension." ECF 49. Defendants seek an additional 60 days in which to file their motion for summary judgment on the issue of exhaustion because they have been unsuccessful in serving Plaintiff Jeremy Huffman, Sr., a prisoner without a lawyer, with their discovery requests because either the prison facility or Huffman is refusing service. Good cause having been shown, Defendants' motion (ECF 49) is GRANTED and Defendants' motion for summary judgment on the issue of exhaustion shall be filed 60 days following service of Huffman's responses to Defendants' discovery requests.

SO ORDERED this June 16, 2021.

s/Michael G. Gotsch, Sr.<br>
Michael G. Gotsch, Sr.<br>
United States Magistrate Judge