United States District Court
Northern District of Indiana
South Bend, Division

-FILED-
JUN 16 2021
At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Jeremy Huffman, SR.
Plaintiff

v.

Christopher Hall, et al.,
Defendants.

Cause #
3:19-CV-169-JD-MGG

Letter From Plaintiff
To Court

Dear Clerk of courts,
 I recieved the Status Report Order (Document 31) in the second week of May with page #2 missing. The institution where I am housed copied the document and apparently lost or misplaced page 2. It took me nearly 2 weeks to get ahold of page 2 before I could try to respond or file something.
 However, now that I have the entire document, I see that I am not even aware of what the order is really asking. I dont know what it means by "joining parties" or "amending the pleadings."

I dont know what filing "dispositive motions" means so that I can figure a deadline.

When referencing "discovery", I have provided as much as I have had access to from prison and am planning to pursue more when I get out.

I am not knowledgable in any of these areas and am very limited in my access to research information on the meanings of the terms.

It is very important that the ~~courts~~ courts grant me a "stay" in this case or atleast allow me to postpone all pleadings until I can get out of prison. This will allow me fair access to the internet for help and also for me to be able to find an attorney.

Thank You,
Jeremy Huffman Sr.
"Plaintiff"