**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| JEREMY HUFFMAN, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:19-cv-169 |
| | ) | |
| HEAD NURSE LYNN, et al | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' STATUS REPORT**

Defendants, Head Nurse Lynn, Nurse Jason, Dr. Tieman and Dr. Hall (collectively "Defendants"), by counsel, pursuant to this Court's Order May 6, 2021 (ECF 31), file their status report as follows:

1.     **Joining Parties.** Defendants propose the following deadlines:

A.     The last date the Plaintiff may seek permission to join additional parties and to amend the pleadings is October 1, 2021.

B.     The last date the Defendants may seek permission to join additional parties and to amend the pleadings is November 1, 2021.

2.     **Discovery Plan.**

Discovery will be needed on the following subjects: The allegations contained in Plaintiff's Complaint and the denials and affirmative and additional defenses contained in Defendants' Answer.

A.     Defendants anticipate written discovery, including interrogatories, requests for production, and requests for admissions to Plaintiff will be served, as well as non-party

requests for productions with associated subpoenas duces tecum to Plaintiff's healthcare providers and the St. Joseph County Jail.

B.     Defendants also anticipate depositions of Plaintiff and Plaintiff's healthcare providers may be necessary.

C.     Defendants propose the following discovery deadlines:

   a.   The last date to complete all discovery is February 28, 2022.

   b.   Maximum of 40 interrogatories by each party to any other party.

   c.   Maximum of 30 requests for admission by each party to any other party.

   d.   Maximum of 5 depositions by Plaintiff and 5 by Defendants.

3.     **Dispositive Motions.**

The last date the parties may file dispositive motions is May 31, 2022.

Respectfully submitted,

/s/Georgianne M. Walker_____
Georgianne M. Walker (23182-71)
Amanda M. Jordan (32129-71)
Attorneys for Defendants

**MAY • OBERFELL • LORBER**
4100 Edison Lakes Parkway, Suite 100
Mishawaka, IN 46545
Telephone: (574) 243-4100
Facsimile: (574) 232-9789
gwalker@maylorber.com
ajordan@maylorber.com

2

## CERTIFICATE OF SERVICE

   I certify that service of the above document was made on July 16, 2021 by certified mail, return receipt requested upon the following:

LEGAL MAIL FOR:
Jeremy Huffman, Sr., 16508-027
FCI BECKLEY
PO BOX 1280
BEAVER, WV  25813
Certified Mail # 7016 2140 0000 6277 3394
Return Receipt Requested

         /s/Georgianne M. Walker_____
         Georgianne M. Walker (23182-71)
         Amanda M. Jordan (32129-71)
         Attorneys for Defendants