**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| JEREMY HUFFMAN, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:19-cv-169 |
| | ) | |
| HEAD NURSE LYNN, et al | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF REFUSAL OF SERVICE</u>**

Defendants, Head Nurse Lynn, Nurse Jason, Dr. Tieman and Dr. Hall (hereinafter collectively "Defendants"), by counsel, notify the Court of inability to serve discovery requests as follows:

1.  Defendants attempted to serve Plaintiff with a copy of Defendants' Motion to Conduct Limited Discovery (ECF 27) to the following address, but the same was returned to defense counsel noting the addressee refused the parcel:

    Jeremy Huffman, Sr.
    16508-027
    Beckley FCI
    Federal Correction Institution
    Inmate Mail/Parcels
    P O Box 350
    Beaver, WV 25813

2.  Defendants notified the Court of the same by filing a "Notice of Refusal of Service" on March 4, 2021. (ECF 28).

3.  After contacting FCI Beckley, defense counsel amended its Certificate of Service, and attempted service of their discovery requests (ECF 38-40) to Plaintiff to the following address:

> Jeremy Huffman, Sr. 16508-027
> FCI Beckley Federal Corr. Inst.
> P O Box 350
> Beaver, WV 25813

4.  Defense counsel again received back, noted as "Return to Sender" and "Unable to Forward."

5.  Defendants notified the Court of the same by filing a "Notice of Refusal of Service and Motion to Extend" on June 3, 2021. (ECF 49).

6.  After further research, defense counsel found what it believed to be the correct address to send legal mail to Plaintiff. Defense counsel, therefore, amended its Certificate of Service and attempted service of their discovery requests to Plaintiff at the following address:

> LEGAL MAIL FOR:
> Jeremy Huffman, Sr., 16508-027
> FCI BECKLEY
> PO BOX 1280
> BEAVER, WV  25813

7.  Defendants received the package containing the aforementioned discovery requests back, with a note from USPS stating:

> RETURN TO SENDER
> UNCLAIMED
> UNABLE TO FORWARD
> RETURN TO SENDER

8.  Tracking information on USPS.com indicates the package was "Refused" on June 7, 2021.

9.  Again, it is unclear to Defendants whether Plaintiff or the facility is refusing delivery.

10. At this time, defense counsel has exhausted all potential addresses to serve Plaintiff these discovery requests, and has been unsuccessful.

11. Defendants cannot proceed further in this matter until they are able to successfully serve Plaintiff with its limited discovery requests as granted by the Court.

WHEREFORE, Defendants, by counsel, respectfully provide notice of Defendants' efforts and failure to serve its limited discovery requests pertaining to the exhaustion of administrative remedies.

Respectfully Submitted,

_____
Georgianne M. Walker (23182-71)
Amanda M. Jordan (32129-71)
Attorneys for Defendants

**MAY • OBERFELL • LORBER**
4100 Edison Lakes Parkway, Suite 100
Mishawaka, IN 46545
Telephone: (574) 243-4100
Facsimile: (574) 232-9789
gwalker@maylorber.com
ajordan@maylorber.com

## CERTIFICATE OF SERVICE

I certify that service of the above document was made on July 20, 2021 by U.S. certified mail, return receipt requested, postage affixed upon the following:

LEGAL MAIL FOR:
Jeremy Huffman, Sr., 16508-027
FCI BECKLEY
PO BOX 1280
BEAVER, WV  25813
Certified Mail # 7016 2140 0000 6277 3400
Return Receipt Requested

_____
Amanda Jordan (32129-71)

3