-FILED-
SEP 15 2021
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Dear Clerk,                                                 9/12/21

I am Jeremy Huffman Jr., plaintiff under cause # 3:19-CV-169-JD-MGG. I am currently quarantined at Beckley FCI in preparation for transfer to a federal halfway house in Michigan City, Indiana. This letter is to inform the courts of my change of address as follows:

Current:
Beckley FCI
P.O. Box 350
Beaver, WV 25813

Starting 9/29/2021:
PACT Bradley Center
132 E. 6th St.
Michigan City, IN 46360

ALSO

I am in receipt of the defendant's status report concerning dates about "joining parties," "discovery plan," and "dispositive motions" but I am unsure how to answer. I will do my best.

1) Joining Parties. - Plaintiff proposes that the last date plaintiff may seek permission to join additional parties and to amend pleadings is December 1, 2021.

Plaintiff proposes the last date defendants may seek permission to join additional parties and to amend pleadings is January 1, 2022.

2) Discovery Plan. Plaintiff only proposes that the dates for discovery deadline be discussed at a later date so that plaintiff can get out of prison and search for counsel in this matter.

3) Dispositive Motions. Plaintiff is currently trying to find out exactly what dispositive motions are so he can answer properly.

Respectfully,
Jeremy Hoffman #16508-027

Jeremy Huffman #16508-027
Beckley FCI
P.O. Box 350
Beaver, WV 25813

Clerk of Courts
U.S. Courthouse and Federal Building
204 S. Main St., Room 102
South Bend, IN 46601

CHARLESTON WV 250
13 SEP 2021 PM 1 L

