UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JEREMY HUFFMAN, SR., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER HALL, et al., <br><br> Defendants. | CAUSE NO. 3:19-CV-169-JD-MGG |

ORDER

Jeremy Huffman, Sr., a prisoner without a lawyer, filed a letter requesting that this case be stayed or that he be allowed to postpone filing further pleadings until he is released from prison. ECF 51. He states a stay or postponement is necessary because he does not know how to prepare a response to the court's status report order. Huffman represents that he will be able to respond to the court's status report order when he is released from prison because he will have access to the internet and be able to find an attorney to help him. However, in a subsequent filing (ECF 54), Huffman responded to the court's status report order. Because he has now responded to the status report order, his request (ECF 51) to stay or postpone filing his pleadings is DENIED.

SO ORDERED on December 2, 2021

s/ Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge