USDC IN/ND case 3:19-cv-00169-JD-MGG   document 64   filed 12/02/21   page 1 of 1

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
1300 S. HARRISON STREET
FORT WAYNE, INDIANA 46802

OFFICIAL BUSINESS

FILED
DEC 20 2021
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

SECURITY SCREENED

FT WAYNE IN 468
02 DEC 2021 PM 2 T

$0.53 Q
US POSTAGE
FIRST-CLASS
062S0010313613
46802
S87691.033

Jeremy Huffman, Sr  16508-027
Pact-Bradley House
132 E Sixth Street
Michigan City, IN 46360

NIXIE    462    FE 1    0012/15/21
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 46802349599    *1585-03910-15-17
Return to Sender