UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JEREMY HUFFMAN, SR., | |
| Plaintiff, | |
| v. | CAUSE NO. 3:19-CV-169-JD-MGG |
| CHRISTOPHER HALL, et al., | |
| Defendants. | |

ORDER

Jeremy Huffman, Sr., a prisoner without a lawyer, has listed his address as being at the Pact-Bradley House. However, mail sent to him at that address has now been returned as undeliverable. ECF 66. As courts routinely observe, "[t]he demand that plaintiffs provide contact information is no esoteric rule of civil procedure, but rather the obvious minimal requirement for pursuing a lawsuit." *Tylicki v. Ryan*, 244 F.R.D. 146, 147 (N.D. N.Y 2006) (quotation marks and citation omitted). Thus, it appears that Huffman may have abandoned this case.

Accordingly, Huffman is ORDERED to show cause by **January 21, 2022** why this action should not be dismissed for want of prosecution. The Court CAUTIONS Huffman that if he fails to respond by that deadline, this case may be dismissed without further notice.

The Court acknowledges that if Huffman is no longer at the address listed for him on the docket, this order is unlikely to reach him. However, it is possible that Huffman will attempt to determine the status of this case by visiting the clerk's office (if

he has been released from custody) or by checking the online docket, in which case this order would alert him that he needs to take action before the harsh sanction of dismissal is imposed. In addition, if this order is returned to the clerk as undeliverable, that would serve as further confirmation that Huffman has failed to provide his current address. Thus, the court believes that this show-cause order is appropriate notwithstanding the likelihood that it will not reach its intended recipient.

    SO ORDERED on December 28, 2021

        /s/JON E. DEGUILIO
        CHIEF JUDGE
        UNITED STATES DISTRICT COURT